# EXHIBIT 6



| From: | PAUL ROTH <PROTH@celestron.com> |
|---|---|
| Sent: | Tuesday, October 29, 2013 12:52 PM |
| To: | david shen; Sylvia; Jack Chen; knwj@sunny-optics.com; James Chiu (nbsunny@vip.sina.com); lhuen@telus.net; DAVE ANDERSON |
| Subject: | Summary of Pre-Payments to Ningbo Sunny |
| Importance: | High |

The purpose of this e-mail is to summarize the pre-payments from Celestron to Ningbo Sunny.

As instructed by Ningbo Sunny, all of the pre-payments were made to the HSBC Account of Wellex Development Limited in Hangzhou, China.

The amounts are summarized below:

| Date of Pre-Payment | USD Million |
|---|---|
| **July 2013** | |
| 22 July 2013 | 2.0 |
| Total for July 2013 | 2.0 |
| | |
| **September / October 2013** | |
| 20 September 2013 | 1.0 |
| 2 October 2013 | 1.0 |
| 29 October 2013 | 2.0 |
| Total for Sep / Oct 2013 | 4.0 |
| | |
| **November 2013** | |
| 8 November 2013 | 0.6 |
| 22 November 2013 | 0.6 |
| Total for November 2013 | 1.2 |
| | |
| Grand Total | 7.2 |

Based on the above schedule, the total amount of pre-payments from Celestron to Ningbo Sunny will be **USD 7.2 million** through November 22, 2013.

Best regards,

Paul

*The following individuals are copied with this e-mail:*

1

**TRIAL EXHIBIT 1157.001**

*Synta: David Shen, Sylvia Shen, Jack Chen, Laurence Huen*
*Ningbo Sunny: Peter Ni, James Chiu*
*Celestron: Dave Anderson*


Paul Roth
Chief Financial Officer

Email: proth@celestron.com
Direct Line: 310-803-5968
Cell: 310-848-3011



2835 Columbia Street | Torrance, CA 90503 | www.celestron.com

2

**TRIAL EXHIBIT 1157.002**