# EXHIBIT 11

| | |
|---|---|
| **Sender:** | Victor Aniceto </O=MEADE INSTRUMENTS CORPORATION/OU=MEADE/CN=RECIPIENTS/CN=VICTOR.ANICETO> |
| **Sent:** | Tuesday, November 12, 2013 8:36:33 PM |
| **Recipient:** | jlup47@gmail.com |
| **Subject:** | Fwd: proposed promo |
| **Attachments:** | proposed promo activity 11-12-13.xls;ATT511408.htm |

Hi joe,
Here is the proposal.

Thanks
Victor

Sent from my iPhone

Begin forwarded message:

> **From:** "Victor Aniceto" <victor.aniceto@meade.com>
> **Date:** November 12, 2013 at 4:54:52 PM PST
> **To:** "Joe Lupica" <joe.lupica@meade.com>
> **Subject: proposed promo**
>
> Joe,
> We met earlier today to discuss promotional activities to generate revenue and kick start our holiday activities.
>
> Attached is a P & L with background on YTD sales on products we currently have instock.
>
> For the LX850, we discussed $1000 off on the mount only. This will result in a retail price of $4999. Comparably, CGE Pro mounts have a special price of $3999 ($1,000 off). We will still be higher by $1,000 but we have Starlock. This is designed to get interest going on this mount as well as take advantage of the great review in S & T.
>
> For the PST, we will offer $100 off which will be competitive against the Lunt offers.
> The SMT90-15 needs a boost as we have only sold 3 all year that is why we are aggressive but we will still have good margins.
>
> Lastly, the XWA eyepieces are really under performing and we just need to move the inventory out.
>
> Mr Ni discussed with me earlier that he wants us to remain profitable and he doesn't want to disrupt Synta business. However, this promo will not be disruptive to Celestron business.
>
> We plan to launch this at ASAE and sent to the dealers by Saturday, 11/16/13.
>
> Please provide your approval.
>
> Thanks.
>
> **Victor Aniceto**
> Vice President of Sales
> Meade Instruments Corp.
> victor.aniceto@meade.com
> Tel - 949.451.1450, ext. 6364
> Fax - 949.451.1460   www.meade.com



HIGHLY CONFIDENTIAL

NSE00015507

**TRIAL EXHIBIT 1085.001**

NATIVE FILE PRODUCED

HIGHLY CONFIDENTIAL

NSE00015508

TRIAL EXHIBIT 1085.002

HIGHLY CONFIDENTIAL

NSE00015509

**TRIAL EXHIBIT 1085.003**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Domestic FYTD sales | | on hand | | standard cost | | Dealer Cost | | Retail | | Proposed Promo cost | | Proposed Promo retail | | Meade GPM | | Projected sales | | Projected revenue | |
| 2 | | | | | | | | | | | | | | | | | | | | | | |
| 3 | 37-0850-00 | LX850 mount | 8 | | 45 | | $ 2,424 | | $ 4,799 | | $ 5,999 | | $ 3,999 | | $ 4,999 | | 39.4% | | 20 | | $ | 79,980 |
| 4 | | | | | | | | | | | | | | | | | | | | | | |
| 5 | PST | PST | 102 | | 267 | | $ 313 | | $ 559 | | $ 699 | | $ 479 | | $ 599 | | 34.7% | | 100 | | $ | 47,900 |
| 6 | | | | | | | | | | | | | | | | | | | | | | |
| 7 | SMT90-15 | SolarMax II 90 telescope | 3 | | 30 | | $ 746 | | $ 2,879 | | $ 3,599 | | $ 1,999 | | $ 2,499 | | 62.7% | | 10 | | $ | 19,990 |
| 8 | | | | | | | | | | | | | | | | | | | | | | |
| 9 | 07550 | 9mm 2" | 17 | | 38 | | $ 124 | | $ 209 | | $ 299 | | $ 199 | | $ 249 | | 37.7% | | 30 | | $ | 5,970 |
| 10 | 07551 | 14mm 2" | 7 | | 65 | | $ 183 | | $ 279 | | $ 399 | | $ 223 | | $ 299 | | 17.9% | | 40 | | $ | 8,920 |
| 11 | 07552 | 20mm 2" | 11 | | 109 | | $ 231 | | $ 349 | | $ 499 | | $ 279 | | $ 349 | | 17.2% | | 50 | | $ | 13,950 |
| 12 | | | | | | | | | | | | | | | | | | | | | $ | 176,710 |
| 13 | | | | | | | | | | | | | | | | | | | | | | |

TRIAL EXHIBIT 1085.004