# EXHIBIT 14

| | |
|---|---|
| **From:** | joyce <hcsynta@sysnix.com.tw> |
| **Sent:** | Wednesday, June 04, 2014 10:46 PM |
| **To:** | nbsunny |
| **Subject:** | Re: 转发: Re:Hayneedle  fwd: |
| **Attachments:** | 2K3-S-082.xls; 2K4SY013.xls; 2K4-S-046.xls; 2K4-S-058.xls |

James,

你可告訴 Peter 你從蘇州知道此事 ( 內容照抄 )，因此　ｐａｙｍｅｎｔ　ｔｅｒｍｓ 須和蘇州相同，
請他立刻支付這些貨款.

Joyce

> James,
> Can you please inform Peter that you know about this matter (just copy the content) from Suzhou. Hence, the payment terms should be the same with Suzhou. Please tell him to make these payments immediately.
> Joyce

**From:** nbsunny
**Sent:** Thursday, June 5, 2014 10:25 AM
**To:** Joyce Huang
**Subject:** 转发: Re:Hayneedle

Joyce,  fwd:

您觉得怎么写好,是否能代替写好,并附上台湾 Synta 给 Orion 的发票金额,这样我们发给 Orion?

> Joyce
> What is your idea about how to put it? Can you write a letter on my behalf and attach the invoice amount sent by Synta in Taiwan to Orion?

发件人：david shen
发送时间：2014-06-05 09:21
收件人：nbsunny; sunny 倪總; knw
主题：Re:回复: Fw:Hayneedle

邱 總 您 好

您 要 用 sunny 信 件 表 示

黃 小 姐　cc orion

david

> Director Sunny Ni; joyce using now
> Re:
>
> Hi Director Qiu,
> Pls kindly indicate in Sunny's letter that Ms. Huang
> cc: Orion
> david

在 2014-06-05 08:19:45 ，"nbsunny" <nbsunny@vip.sina.com> 写道：  wrote

Joyce,

请问 Synta 有支付下列发票吗?

> Can you kindly ask Synta whether the payment of the following invoices has been made?

| | | |
|---|---|---|
| 2K3-S-082 | $1,600.00 | 7/13 |
| 2K4SY013 | $40,685.00 | 4/21 |
| 2K4-S-046 | $1,660.00 | 4/28 |

1


Δ π EXHIBIT 191
Deponent Chiu
Date 9/14/18  Rptr
WWW.DEPOBOOK.COM

NSE00073815

**TRIAL EXHIBIT 1773.001**

| 2K4-S-058 | $830. 00 5/15 |
|---|---|

如果没有,请催 Orion 立即支付. 后面的货,将需要 Orion 付款给台湾 Synta 后才能出货. 谢谢!

James

<div style="border:1px solid red">If the payment has not been made, please urge Orion to pay them immediately. Subsequent shipments will only be delivered after Orion pays Synta in Taiwan. Thanks!<br>James</div>

发件人 : <u>david shen</u>

发送时间 : 2014-06-04 21:54

收件人 : <u>Laurence</u>; <u>DAVE</u>; <u>sylvia</u>; <u>Jack</u>; <u>knwj</u>; <u>sunny 倪總</u>; <u>邱軍文</u>; <u>joyce 現在用</u>    <span style="border:1px solid red">Director Sunny Ni, Qiu Junwen, Joyce using now</span>

主题 : Fw:Hayneedle

-------- Forwarding messages --------

From: "销售课/刘蕾芳" <<u>fanfang.liu@synta-cn.com</u>>    <span style="border:1px solid red">Sales Dept/Liu Fanfang</span>

Date: 2014-06-04 19:01:16

To: "Peter Moreo" <<u>peterm@telescope.com</u>>

Cc: <u>syntadavid@163.com</u>,"孙玉峰" <<u>syf_synta@163.com</u>>

Subject: Hayneedle    <span style="border:1px solid red">Sun Yufeng</span>

Dear Peter,

This message is written under thoroughly consideration, and is our genuine thought to your company.

In May we had a meeting in the USA, I had expressed my thought that we were worried about the cash flow in your company if you bought Hayneedle. We are surprised to know that Orion still want to buy Hayneedle.  Since it seems that you still want to carry on this project, so we have to protect ourselves to avoid any possible risk and stop your credit amount immediately.

According to the previous bad bankrupt experience of Tasco company,  Synta had lost a lot. We have to make this decision, from now one we will not give Orion any credit amount. Please wire us all open invoices immediately.  Before we receive all these wire payments (nearly 500k us dollars), we will not make any shipments. Also we do not think there is any need to negotiate it once more face to face.

David told me that if Orion really buys Hayneedle, this will be the beginning of hazard, we could not trust Orion's credit any more.

We will have to require that  for any future shipment, the payment should be paid  in advance.

2

HIGHLY CONFIDENTIAL

NSE00073816

**TRIAL EXHIBIT 1773.002**

Michael

Message sent by Nancy

°

3

HIGHLY CONFIDENTIAL

NSE00073817

**TRIAL EXHIBIT 1773.003**

| | |
|---|---|
| **From:** | joyce <hcsynta@sysnix.com.tw> |
| **Sent:** | Wednesday, June 04, 2014 10:46 PM |
| **To:** | nbsunny |
| **Subject:** | Re: 转发: Re:Hayneedle |
| **Attachments:** | 2K3-S-082.xls; 2K4SY013.xls; 2K4-S-046.xls; 2K4-S-058.xls |

James,

你可告訴 Peter 你從蘇州知道此事 ( 內容照抄 ), 因此　ｐａｙｍｅｎｔ　ｔｅｒｍｓ須和蘇州相同, 請他立刻支付這些貨款.

Joyce

**From:** nbsunny
**Sent:** Thursday, June 5, 2014 10:25 AM
**To:** Joyce Huang
**Subject:** 转发: Re:Hayneedle

Joyce,

您觉得怎么写好, 是否能代替写好, 并附上台湾 Synta 给 Orion 的发票金额, 这样我们发给 Orion?

发件人 : david shen
发送时间 : 2014-06-05 09:21
收件人 : nbsunny; sunny 倪總; knwj; joyce 現在用
主题 : Re:回复: Fw:Hayneedle

邱 總 您 好

您 要 用 sunny 信 件 表 示

黃 小 姐　cc  orion

david


在 2014-06-05 08:19:45 , "nbsunny" <nbsunny@vip.sina.com> 写道 :

Joyce,

请问 Synta 有支付下列发票吗?

| | | |
|---|---|---|
| 2K3-S-082 | $1,600.00 | 7/13 |
| 2K4SY013 | $40,685.00 | 4/21 |
| 2K4-S-046 | $1,660.00 | 4/28 |

1

HIGHLY CONFIDENTIAL

NSE00073815

**TRIAL EXHIBIT 1773.004**

| 2K4-S-058 | $830.00 5/15 |
| --- | --- |

如果没有,请催 Orion 立即支付. 后面的货,将需要 Orion 付款给台湾 Synta 后才能出货. 谢谢!

James

**发件人：** david shen
**发送时间：** 2014-06-04 21:54
**收件人：** Laurence; DAVE; sylvia; Jack; knwj; sunny 倪總; 邱軍文; joyce 现在用
**主题：** Fw:Hayneedle

-------- Forwarding messages --------
From: "销售课/刘蕃芳" <fanfang.liu@synta-cn.com>
Date: 2014-06-04 19:01:16
To: "Peter Moreo" <peterm@telescope.com>
Cc: syntadavid@163.com,"孙玉峰" <syf_synta@163.com>
Subject: Hayneedle

Dear Peter,

This message is written under thoroughly consideration, and is our genuine thought to your company.

In May we had a meeting in the USA, I had expressed my thought that we were worried about the cash flow in your company if you bought Hayneedle. We are surprised to know that Orion still want to buy Hayneedle.  Since it seems that you still want to carry on this project, so we have to protect ourselves to avoid any possible risk and stop your credit amount immediately.

According to the previous bad bankrupt experience of Tasco company,  Synta had lost a lot. We have to make this decision, from now one we will not give Orion any credit amount. Please wire us all open invoices immediately.  Before we receive all these wire payments (nearly 500k us dollars), we will not make any shipments. Also we do not think there is any need to negotiate it once more face to face.

David told me that if Orion really buys Hayneedle, this will be the beginning of hazard, we could not trust Orion's credit any more.

We will have to require that  for any future shipment, the payment should be paid  in advance.

。

2

HIGHLY CONFIDENTIAL

NSE00073816

**TRIAL EXHIBIT 1773.005**

Michael

Message sent by Nancy

°

HIGHLY CONFIDENTIAL

NSE00073817

**TRIAL EXHIBIT 1773.006**

# NATIVE FILE PRODUCED

HIGHLY CONFIDENTIAL

NSE00073818

**TRIAL EXHIBIT 1773.007**

**NINGBO SUNNY ELECTRONIC CO.,LTD**                              TEL: 86-574-62882396
**NO.199 ANSHAN ROAD CHENGDONG NEW AREA YUYAO**      FAX: 86-574-62882311
**ZHEJIANG PROVINCE CHINA**

# INVOICE

| MESSRS. : | Orion Telescope Center | | DATE: | 2013.07.13 |
| ADDRESS: | 89 Hanger Way, Watsonville | | NO. : | 2K3-S-082 |
| | CA 95076, USA | | PAGE: | 1 OF 1 |

| MARKS & NOS. | DESCRIPTION OF GOODS | QTY | JNIT PRIC | AMOUNT |
|---|---|---|---|---|
| | | PCS | USD | USD |
| | SPARE PARTS OF TELESCOPE | | | FOB NINGBO |
| | | | | |
| PO No. #44919 ( OR0522-N-13 ) | | | | |
| | | | | |
| | MODEL:#ORION MOON MAP | 5000 | 0.32 | 1600.00 |
| | TOTAL: | | | 1600.00 |

# NATIVE FILE PRODUCED

HIGHLY CONFIDENTIAL

NSE00073819

**TRIAL EXHIBIT 1773.009**

**GOOD ADVANCE INDUSTRIES LIMITED**          TEL: 86-574-62882396
**NO.89 LANE 4 CHIA-AN W.ROAD**               FAX: 86-574-62882311
**LUNG-TAN TAOYUAN TAIWAN R.O.C.**

# INVOICE

| MESSRS. : | **Orion Telescopes & Binoculars** | DATE: | **2014.04.17** |
| ADDRESS: | **89 Hangar Way** | NO. : | **2K4SY013** |
| | **Watsonville, CA 95076** | PAGE: | **1 OF 1** |

| MARKS & NOS. | DESCRIPTION OF GOODS | QTY | JNIT PRIC | AMOUNT |
|---|---|---|---|---|
| | | **PCS** | **USD** | **USD** |
| **ORION** | **TELESCOPE** | | | **FOB NINGBO** |
| **OAKLAND,CA** | | | | |
| **USA** | | | | |
| | | | | |
| **C/NO.1-531** | | | | |
| **PO NO.#45539(OR1217-N-13)** | | | | |
| | **MODEL:#05205 T-ring for Nikon** | **100** | **4.40** | **440.00** |
| | **MODEL:#05224 T-ring for Canon EOS** | **200** | **5.25** | **1050.00** |
| | **MODEL:#08921 66-9mm** | **100** | **17.90** | **1790.00** |
| | **MODEL:#08922 66-15mm** | **100** | **17.90** | **1790.00** |
| | **MODEL:#08923 66-20mm** | **100** | **17.90** | **1790.00** |
| | **MODEL:#09024** | **200** | **108.00** | **21600.00** |
| | **MODEL:#11042** | **250** | **30.50** | **7625.00** |
| | **MODEL:#11043** | **200** | **40.40** | **8080.00** |
| | **TOTAL:** | **1250** | | **44165.00** |

**GOOD ADVANCE INDUSTRIES LIMITED**

*Joyce Huang*

**TRIAL EXHIBIT 1773.010**

# NATIVE FILE PRODUCED

HIGHLY CONFIDENTIAL

NSE00073820

**TRIAL EXHIBIT 1773.011**

**GOOD ADVANCE INDUSTRIES LIMITED**
**NO.89 LANE 4 CHIA-AN W.ROAD**
**LUNG-TAN TAOYUAN TAIWAN R.O.C.**

**TEL: 86-574-62882396**
**FAX: 86-574-62882311**

# INVOICE

| | | | | |
|---|---|---|---|---|
| **MESSRS. :** | **Orion Telescopes & Binoculars** | | **DATE:** | **2014.04.28** |
| **ADDRESS:** | **89 Hangar Way** | | **NO. :** | **2K4-S-046** |
| | **Watsonville, CA 95076** | | **PAGE:** | **1 OF 1** |

| MARKS & NOS. | DESCRIPTION OF GOODS | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | PCS | USD | USD |
| | **SPAREPARTS OF TELESCOPE** | | | |
| C/NO. 1-1 | | | | |
| PO NO.#45847(OR 0414-N-14) | | | | |
| | MODEL:#08921 66-9mm | 50 | 17.90 | 895.00 |
| | MODEL:#08923 66-20mm | 50 | 17.90 | 895.00 |
| | **TOTAL:** | 100 | | 1790.00 |

**GOOD ADVANCE INDUSTRIES LIMITED**

**Joyce Huang**

**FEDEX NO.8037 0350 1919**

Ni Wen Jin
AUTHORIZED

# NATIVE FILE PRODUCED

HIGHLY CONFIDENTIAL

**TRIAL EXHIBIT 1773.013**

**GOOD ADVANCE INDUSTRIES LIMITED**  **TEL: 86-574-62882396**
**NO.89 LANE 4 CHIA-AN W.ROAD**  **FAX: 86-574-62882311**
**LUNG-TAN TAOYUAN TAIWAN R.O.C.**

# INVOICE

| MESSRS. : | **Orion Telescopes & Binoculars** | | DATE: | **2014.05.15** |
| ADDRESS: | **89 Hangar Way** | | NO. : | **2K4-S-058** |
| | **Watsonville, CA 95076** | | PAGE: | **1 OF 1** |

| MARKS & NOS. | DESCRIPTION OF GOODS | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | **PCS** | **USD** | **USD** |
| | **SPAREPARTS OF TELESCOPE** | | | |
| C/NO. 1-1 | | | | |
| PO NO.#45950(OR 00505-N-14) | | | | |
| | **MODEL:#08920 6mm** | **50** | **17.90** | **895.00** |
| | **TOTAL:** | **50** | | **895.00** |

**GOOD ADVANCE INDUSTRIES LIMITED**

**Joyce Huang**

**FEDEX NO.8045 8223 0929**

Ni Wen Jun
AUTHORIZED

**TRIAL EXHIBIT 1773.014**