# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DANIEL HIGHTOWER, ET AL., <br>    Plaintiffs, <br>  v. <br> CELESTRON ACQUISITION, LLC, et al., <br>    Defendants. | Case No. 20-cv-03639-EJD   (VKD) |
| SPECTRUM SCIENTIFICS, LLC, et al., <br>    Plaintiffs, <br>  v. <br> CELESTRON ACQUISITION, LLC, et al., <br>    Defendants. | Case No. 20-cv-03642-EJD   (VKD) <br><br> **ORDER RE PROTECTIVE ORDER** |

The parties submitted a joint discovery dispute letter regarding their competing proposals for two provisions in a proposed stipulated protective order. No. 20-cv-03639-EJD, Dkt. No. 141. The Court heard oral argument on the parties' dispute on March 2, 2021. No. 20-cv-03639-EJD, Dkt. No. 150. For the reasons explained on the record, the parties shall file a revised version of their proposed protective order that includes: (1) the language for Section 5.2(d) to which the parties agreed at the hearing, and (2) defendant Celestron Acquisition, LLC's proposal for Section 7.3(h).

The revised protective order may also include revisions indicating that disputes involving matters related to the protective order (including disputes about designations) will be resolved using the Court's expedited discovery proceedings, as described in the Standing Order for Civil

Cases.

The revised protective order must be filed no later than **March 9, 2021**.

**IT IS SO ORDERED.**

Dated: March 2, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge