UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SPECTRUM SCIENTIFICS, LLC, ET AL., Plaintiffs, v. CELESTRON ACQUISITION, LLC, et al., Defendants. | Case No. 20-cv-03642-EJD (VKD) **ORDER RE APRIL 5, 2021 DISCOVERY LETTER BRIEF RE COORDINATION** Re: Dkt. No. 152 |
|---|---|

For the reasons stated on the record, the parties shall confer further concerning a discovery plan for the coordinated cases and shall submit their proposed plan(s) by **April 23, 2021**. The parties should clearly indicate for the Court the aspects of the plan on which they agree and the aspects on which they disagree, with their respective proposals described in a way that allows for easy comparison and resolution (e.g., chart format). The parties may include in their submission a request to be heard on any aspect of their proposal(s).

The Court will issue a separate order concerning the parties' discovery dispute regarding the depositions of Sylvia and Jean Shen (Dkt. No. 151).

**IT IS SO ORDERED.**

Dated: April 13, 2021

Virginia K. DeMarchi
VIRGINIA K. DEMARCHI
United States Magistrate Judge