J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Ellen V. Leonida, Esq. (SBN: 184194)
  leonida@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
Gunnar Martz, Esq. (SBN: 300852)
  martz@braunhagey.com
Hunter B. Thomson, Esq. (SBN: 330533)
  thomson@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR REPRESENTATIVE
PLAINTIFFS SPECTRUM SCIENTIFICS LLC
and RADIO CITY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| SPECTRUM SCIENTIFICS LLC, RADIO CITY, INC., and those similarly situated,<br><br>            Plaintiffs,<br><br>        v.<br><br>CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>            Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SPECTRUM SCIENTIFICS LLC**<br><br>**Compl. Filed:** June 1, 2020<br>**First Am.** July 17, 2020<br>**Compl. Filed:**<br>**Second Am.** October 19, 2020<br>**Compl. Filed:**<br>**Trial Date:** None Set |

Case No. 5:20-cv-03642-EJD

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SPECTRUM SCIENTIFICS, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Spectrum Scientifics LLC, by and through its counsel, hereby gives notice of voluntary dismissal of its individual claims without prejudice.  Plaintiff Radio City, Inc. continues as a Representative Plaintiff in this action.

Dated:  June 1, 2021

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP


By:   /s/ *Matthew Borden*
        Matthew Borden

Attorneys for Representative Plaintiffs
Spectrum Scientifics LLC and Radio City, Inc.

Case No. 5:20-cv-03642-EJD

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SPECTRUM SCIENTIFICS, LLC