J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Ellen V. Leonida, Esq. (SBN: 184194)
  leonida@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
Gunnar Martz, Esq. (SBN: 300852)
  martz@braunhagey.com
Hunter B. Thomson, Esq. (SBN: 330533)
  thomson@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PUTATIVE REPRESENTATIVE
PLAINTIFF RADIO CITY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| RADIO CITY, INC., and those similarly situated, | **STIPULATION REGARDING AMENDED COMPLAINT** |
| Plaintiffs, | |
| v. | **Location:** Courtroom 4 – 5th Fl. <br> **Judge:** Hon. Edward J. Davila |
| CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50, | **Compl. Filed:** June 1, 2020 <br> **First Am. Compl. Filed:** July 17, 2020 <br> **Second Am. Compl. Filed:** October 19, 2020 <br> **Trial Date:** None Set |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiff Radio City, Inc. and Defendants Celestron Acquisition, LLC, Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC, Nantong Schmidt Opto-Electrical Technology Co. Ltd., Pacific Telescope Corp., Corey Lee, David Shen, Sylvia Shen, Jack Chen, Jean Shen, Joseph Lupica, Dave Anderson, and Laurence Huen ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 2, 2021, the Court granted in part and denied in part Defendants' Motions to Dismiss (ECF No. 173) (the "Court Order");

WHEREAS, the Court Order set a June 16, 2021, deadline for Plaintiff to file an amended complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants would have 14 days thereafter to respond to the amended complaint;

WHEREAS, the Court entered a similar order granting in part and denying in part a motion to dismiss in the coordinated indirect purchaser class action (the "IPP Action") bearing the case number 5:20-cv-03639-EJD (IPP Action ECF No. 177);

WHEREAS, on June 7, 2021, Defendants and Indirect Purchaser Plaintiffs filed a stipulation in the IPP Action (the "IPP Action Stipulation"), which sought to extend the deadlines in the IPP Action to file an amended complaint and any responsive pleading thereto to July 27, 2021 and August 17, 2021, respectively (IPP Action ECF No. 180);

WHEREAS, on June 8, 2021, the Court approved the IPP Action Stipulation (IPP Action ECF No. 181);

WHEREAS, Plaintiff has requested, and Defendants have agreed in the spirit of continued coordination and professional courtesy to, a similar extension of the relevant deadlines to file an amended complaint and any responsive pleading thereto;

WHEREAS, the parties have not previously sought any other modification of the deadlines to file an amended complaint and any responsive pleading thereto;

1       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

2       1.     Plaintiff's deadline to file its amended complaint shall be extended to July 27, 2021.

3       2.     Defendants' deadline to answer or otherwise respond to any amended complaint

4 shall be extended to August 17, 2021.

5       3.     By stipulating hereto, no Defendant waives any substantive or procedural claim,

6 defense, position, or argument, including but not limited to the defense that they are not and should

7 not be parties to this litigation.

8

9 Dated:  June 9, 2021                    Respectfully Submitted,

10                               BRAUNHAGEY & BORDEN LLP

11

12                               By:    /s/*Matthew Borden*
                                      Matthew Borden

13                             Attorneys for Putative Representative Plaintiff
14                             Radio City, Inc.

15

16 Dated:  June 9, 2021                    EISNER, LLP

17

18                               By:    /s/*Christopher Frost*
                                      Christopher Frost

19                             Attorneys for Defendants Celestron
20                             Acquisition, LLC, Suzhou Synta Optical
                             Technology Co., Ltd., Synta Canada Int'l
21                             Enterprises Ltd., SW Technology Corp.,
                             Olivon Manufacturing Co. Ltd., Olivon USA,
22                             LLC, Nantong Schmidt Opto-Electrical
                             Technology Co. Ltd., Pacific Telescope Corp.,
23                             Corey Lee, David Shen, Sylvia Shen, Jack
                             Chen, Jean Shen, Joseph Lupica, Dave
24                             Anderson, and Laurence Huen

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ATTESTATION OF FILER</u>

In compliance with Civil Local Rule 5-1(i), the undersigned ECF user whose identification and credentials are being used to file this document hereby attests that all signatories have concurred and agreed to the filing of this document.

By:   /s/*Matthew Borden*
Matthew Borden

1

## **[PROPOSED] ORDER**

2    Pursuant to the Stipulation Regarding Amended Complaint, IT IS SO ORDERED.

3

4    Dated: _____, 2021

5    _____
     Hon. Edward J. Davila
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28