J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Ellen V. Leonida, Esq. (SBN: 184194)
  leonida@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
Gunnar Martz, Esq. (SBN: 300852)
  martz@braunhagey.com
Hunter B. Thomson, Esq. (SBN: 330533)
  thomson@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR REPRESENTATIVE
PLAINTIFF RADIO CITY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| SPECTRUM SCIENTIFICS LLC, RADIO CITY, INC., and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>Defendants. | **SECOND STIPULATION REGARDING AMENDED CLASS ACTION COMPLAINT**<br><br>**Judge:** Hon. Edward J. Davila<br>**Location:** Courtroom 4 – 5th Fl.<br><br>**Compl. Filed:** June 1, 2020<br>**First Am. Compl. Filed:** July 17, 2020<br>**Trial Date:** None Set |

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiff Radio City, Inc. and Defendants Celestron Acquisition, LLC, Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC, Nantong Schmidt Opto-Electrical Technology Co. Ltd., Pacific Telescope Corp., Corey Lee, David Shen, Sylvia Shen, Jack Chen, Jean Shen, Joseph Lupica, Dave Anderson, and Laurence Huen ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 2, 2021, the Court granted in part and denied in part Defendants' Motions to Dismiss (ECF No. 173);

WHEREAS, the original deadline for Plaintiff to file an amended complaint was June 16, 2021 (see *id.*);

WHEREAS, on June 9, 2021, the Court entered the Parties' Stipulation to extend the time for Plaintiffs to file an amended Complaint to July 27, 2021 and extended Defendants' time to respond to the Complaint to August 17, 2021 (ECF No. 176);

WHEREAS, Plaintiff and Defendants have met and conferred and believe each would benefit from a further extension of these deadlines;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Plaintiff's deadline to file an amended complaint shall be extended to August 31, 2021.

2. Defendants' deadline to answer or otherwise respond to any amended complaint shall be extended to September 28, 2021.

3. Any opposition to any motion to dismiss shall be filed by October 26, 2021.

4. Any reply to any motion to dismiss shall be filed by November 16, 2021.

Dated: July 26, 2021                                         Respectfully Submitted,

                                                             BRAUNHAGEY & BORDEN LLP


                                                             By:  */s/ Matthew Borden*
                                                                  Matthew Borden

                                                             Attorneys for Representative Plaintiff

| | |
|---|---|
| | Radio City, Inc. |
| Dated: July 26, 2021 | EISNER, LLP |
| | By:   /s/Ashlee Lin<br>      Ashlee Lin |
| | Attorneys for Defendants Celestron Acquisition, LLC, Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC, Nantong Schmidt Opto-Electrical Technology Co. Ltd., Pacific Telescope Corp., Corey Lee, David Shen, Sylvia Shen, Jack Chen, Jean Shen, Joseph Lupica, Dave Anderson, and Laurence Huen |

**ATTESTATION OF FILER**

In compliance with Civil Local Rule 5-1(i), the undersigned ECF user whose identification and credentials are being used to file this document hereby attests that all signatories have concurred and agreed to the filing of this document.

By:    */s/Matthew Borden*
         Matthew Borden

**[PROPOSED] ORDER**

Pursuant to the Second Stipulation Regarding Amended Class Action Complaint, IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. Edward J. Davila
United States District Judge