[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| IN RE: TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD-VKD<br>Case No. 5:20-cv-03642-EJD-VKD |
|---|---|
| | *The Hon. Edward J. Davila* |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **STIPULATION RE: DOCUMENT PRODUCTION SCHEDULE**<br><br>Judge:     Hon. Edward J. Davila<br>Location:  Courtroom 4 – 5th Flr. |

WHEREAS, Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs") (collectively, "Plaintiffs"), and Defendants Suzhou Synta Optical Technology Co., Ltd, Nantong Schmidt Opto-Electrical Technology Co. Ltd, Synta Technology Corp. of Taiwan, Olivon Manufacturing Co. Ltd, Pacific Telescope Corp., Synta Canada International Enterprises, Ltd., David Shen, Sylvia Shen, Jack Chen, Jean Shen, Laurence Huen, Celestron Acquisition, LLC, Joe Lupica, Dave Anderson, Corey Lee, and SW Technology Corporation (collectively, "Defendants") have engaged in multiple conferences pursuant to the Court's October 7, 2021 Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The parties have largely reached agreement regarding the schedule and procedure for Defendants' review and production of search term results and transactional data.

2. The parties will submit a letter brief to the Court regarding the remaining disputed issue by Friday, October 29, 2021. The issue pertains to whether documents should be collected and reviewed from two additional custodians.

3. Defendants have completed their document collection in accordance with the February 19, 2021 ESI Order ("ESI Order") for all custodians identified in the 2021-10-26 Telescope Search Terms and Custodians excel sent by IPP Counsel Alejandra C. Salinas on October 26, 2021 ("Search Terms and Custodians Excel").

4. Defendants will run the "Applicable Search Terms" without technology assisted review as set forth in the Search Terms and Custodians Excel. Defendants will begin their review on November 1, 2021. As a part of this review, Defendants will keep track of any documents that are subject of any objection disputes to facilitate future production in the event the Court orders such production. Plaintiffs will identify all remaining objection disputes by October 28, 2021.

5. By no later than November 3, 2021, the parties will stipulate to a schedule to resolve all remaining disputes regarding Defendants' RFP objections.

6. By no later than November 15, 2021, Defendants will make a substantial production.

7. By no later than December 1, 2021, all Defendants will complete their production of transactional data. By December 1, 2021, Defendants will also substantially complete their

production of all responsive non-privileged documents that identify one or more of the following individuals in the "AllCustodian" metadata field: Corey Lee, Victor Aniceto, Joseph Lupica, and/or Dave Anderson ("December 1 Production").

8. By no later than December 13, 2021, Defendants will produce a privilege log identifying all responsive documents that have been withheld or redacted from the December 1 Production in accordance with Section V of the ESI Order.

9. By no later than January 3, 2022, Defendants will substantially complete their production of all responsive non-privileged documents that identify one or more of the following individuals in the "AllCustodian" metadata field: David Shen, Sylvia Shen, Jack Shen and/or Jean Shen ("January 3 Production").

10. By no later than January 13, 2022, Defendants will produce a privilege log identifying all responsive documents that have been withheld or redacted from the January 3 Production in accordance with Section V of the ESI Order.

11. By no later than February 15, 2022, Defendants will substantially complete their production of all remaining responsive non-privileged documents ("February 15 Production").

12. By no later than February 25, 2022, Defendants will produce a privilege log identifying all responsive documents that have been withheld or redacted from the February 15 Production in accordance with Section V of the ESI Order.

Dated: October 26, 2021    Respectfully Submitted,

/s/ Kalpana Srinivasan
Kalpana Srinivasan (Bar No. 237460)
Marc M. Seltzer (Bar No. 54534)
Steven Sklaver (Bar No.237612)
Michael Gervais (Bar No. 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: 310-789-3100
ksrinivasan@susmangodfrey.com
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Alejandra C. Salinas (*pro hac vice*)
Texas SBN 24102452
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
asalinas@susmangodfrey.com


/s/ *Adam J. Zapala*
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Tamarah P. Prevost (SBN 313422)
Reid W. Gaa (SBN 330141)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
tprevost@cpmlegal.com
rgaa@cpmlegal.com


/s/ *Lin Y. Chan*
Eric B. Fastiff (SBN 182260)
Lin Y. Chan (SBN 255027)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN &**
 **BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
efastiff@lchb.com
lchan@lchb.com
rstoler@lchb.com


Catherine P. Humphreville (*pro hac vice*)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Case No. 5:20-cv-03639-EJD-VKD
Case No. 5:20-cv-03642-EJD-VKD

3

JOINT STIPULATION RE: DISCOVERY PLAN SCHEDULE

chumphreville@lchb.com

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ *Ronald J. Fisher*
J. Noah Hagey
Matthew Borden
Ronald J. Fisher
Gunnar Martz
Athul K. Acharya
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210
Fax: (415) 276-1808
hagey@braunhagey.com
borden@braunhagey.com
fisher@braunhagey.com
martz@braunhagey.com
acharya@braunhagey.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

/s/ *Christopher Frost*
Christopher Frost (SBN 200336)
Jordan Matthews (SBN 316301)
**WEINBERG GONSER LLP**
10866 Wilshire Blvd., PH 165
Los Angeles, California 90024
Telephone:  (424) 407-4119
Facsimile:  (424) 238-3060
chris@weinberg-gonser.com
jordan@weinberg-gonser.com

/s/ *Ashlee N. Lin*
Ashlee N. Lin (SBN 275267)
Amber Henry (SBN 247624)
EISNER, LLP
9601 Wilshire Blvd.
7th Floor Beverly Hills California 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201
alin@eisnerlaw.com
ahenry@eisnerlaw.com

*Counsel for Defendants Celestron Acquisition, LLC; David Shen; Suzhou Synta Optical Technology Co.,*

*Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd.; Synta Technology Corp.; SW Technology Corporation; Synta Canada International Enterprises Ltd.; Olivon Manufacturing Co. Ltd.; Joe Lupica; Dave Anderson; Olivon USA; and Pacific Telescope Corp.*

**FILING ATTESTATION**

I, Alejandra C. Salinas, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

By: */s/ Alejandra C. Salinas*
Alejandra C. Salinas

**[PROPOSED] ORDER**

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Hon. Virginia K. DeMarchi
United States District Judge