CHRISTOPHER FROST (SBN 200336)
chris@wgfcounsel.com
ASHLEY MORRIS (SBN 225455)
ashley@wgfcounsel.com
JOHN MAATTA (SBN 83683)
john@wgfcounsel.com
WEINBERG GONSER FROST, LLP
10866 Wilshire Blvd., PH 1650
Los Angeles, California 90024
Telephone: (424) 407-4119
Facsimile: (424) 238-3060

Attorneys for Defendants,
Celestron Acquisition, LLC; David Shen;
Suzhou Synta Optical Technology Co., Ltd.;
Nantong Schmidt Opto-Electrical Technology Co. Ltd.;
Synta Technology Corp.; SW Technology Corporation;
Synta Canada International Enterprises Ltd.;
Olivon Manufacturing Co. Ltd.; Joe Lupica;
Dave Anderson; Olivon USA; and Pacific Telescope Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03642-EJD |
| THIS DOCUMENT RELATES TO:<br><br>SPECTRUM SCIENTIFICS LLC, RADIO CITY, INC., and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTOELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF RADIO CITY, INC.'S MOTION TO ENFORCE DISCOVERY ORDER AND FOR ORDER TO SHOW CAUSE AS TO WHY DEFENDANTS SHOULD NOT BE SANCTIONED FOR VIOLATING THE COURT'S ORDER**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>**Old Hearing Date**<br>Date:     August 9, 2022<br>Time:    10:00 am<br>Ctroom:  2 (5th Floor)<br><br>**New Hearing Date**<br>Date:     August 16, 2022<br>Time:    10:00 am<br>Ctroom:  2 (5th Floor) |

Direct Purchaser Plaintiff Radio City ("DPP") and Defendants Celestron Acquisition, LLC; David Shen; Suzhou Synta Optical Technology Co., Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd.; Synta Technology Corp.; SW Technology Corporation; Synta Canada International Enterprises Ltd.; Olivon Manufacturing Group Ltd.; Olivon USA; Joe Lupica; Dave Anderson; and Pacific Telescope Corp. (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, on July 5, 2022, DPPs filed a Motion to Enforce Discovery Order and for Order to Show Cause as to Why Defendants Should Not Be Sanctioned for Violating the Court's Order (ECF No. 238) (the "Motion"), which is currently set for hearing on August 9, 2022;

WHEREAS, counsel for Defendants will be out of state and unavailable on August 9, 2022;

WHEREAS, Defendants have requested, and DPPs and IPPs do not object to, continuing the August 9, 2022 hearing by one (1) week, to August 16, 2022 at 10:00 am; and

WHEREAS, counsel for Defendants have confirmed with the Court's courtroom deputy that the Court has availability to hear the Motion on August 16, 2022;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

The hearing for DPP's Motion is continued from August 9, 2022 to August 16, 2022 at 10:00 a.m.

**IT IS SO STIPULATED.**

///
///
///
///
///

Dated: August 2, 2022                    Respectfully Submitted,

*/s/ Christopher Frost*
Christopher Frost (SBN 200336)
chris@wgfcounsel.com
**WEINBERG GONSER FROST LLP**
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 407-4119

*Attorneys for Defendants,
Celestron Acquisition, LLC; David Shen;
Suzhou Synta Optical Technology Co., Ltd.;
Nantong Schmidt Opto-Electrical Technology
Co. Ltd.; Synta Technology Corp.; SW
Technology Corporation; Synta Canada
International Enterprises Ltd.; Olivon
Manufacturing Group Ltd. (incorrectly
named as Olivon Manufacturing Co. Ltd.);
Olivon USA; Joe Lupica; Dave Anderson;
and Pacific Telescope Corp.*

*/s/ Ronald Fisher*
Ronald Fisher (SBN 298660)
fisher@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California St., Fl. 10,
San Francisco, CA 94104-2411
Telephone: (415) 429-4539

*Counsel for the Direct Purchaser Plaintiffs*

*/s/ Lin Chan*
Lin Y. Chan (SBN 255027)
lchan@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel for the Indirect
Purchaser Plaintiffs*

## ATTORNEY ATTESTATION

I, Christopher Frost, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

                                                    */s/ Christopher Frost*
                                                      Christopher Frost

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation To Continue Hearing on Plaintiff Radio City, Inc.'s Motion To Enforce Discovery Order, IT IS HEREBY ORDERED that the Motion currently set for hearing on August 9, 2022 is continued to August 16, 2022 at 10:00a.m.

IT IS SO ORDERED.

Date: _____, 2022   By: _____
                                          Hon. Virginia K. DeMarchi