UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | **ORDER RE APPOINTMENT OF SPECIAL MASTER**<br><br>Case No. 20-cv-03639-EJD (VKD)<br>Re: Dkt. No. 296<br><br>Case No. 20-cv-03642-EJD (VKD)<br>Re: Dkt. No. 285 |

The Court has reviewed the parties' respective positions regarding appointment of a special master for discovery purposes. Case No. 20-3639, Dkt. No. 296; Case No. 20-3642, Dkt. No. 285. At this time, the Court does not recommend appointment of a special master.

**IT IS SO ORDERED.**

Dated: November 30, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge