1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
3  Ellen V. Leonida, Esq. (SBN: 184194)
       leonida@braunhagey.com
4  Ronald J. Fisher, Esq. (SBN: 298660)
       fisher@braunhagey.com
5  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
6  San Francisco, CA 94104
   Telephone: (415) 599-0210
7  Facsimile: (415) 599-0210

8  ATTORNEYS FOR REPRESENTATIVE
   PLAINTIFF RADIO CITY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| SPECTRUM SCIENTIFICS, LLC, RADIO CITY, INC., and those similarly situated, | **NOTICE OF CHANGE IN COUNSEL** |
| Plaintiffs, | **Judge:** Hon. Edward J. Davila<br>**Crtrm:** 4, 5th Floor |
| v. | **Third Am. Compl. Filed:** August 31, 2021<br>**Trial Date:** None Set |
| CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Hunter B. Thomson hereby withdraws as counsel of record for Representative Plaintiff Radio City, Inc., in the above-titled action. Representative Plaintiff Radio City, Inc. shall continue to be represented by the law firm of BraunHagey & Borden LLP.

Dated: December 22, 2022

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Ronald J. Fisher*
      Ronald J. Fisher

Attorneys for Representative Plaintiff Radio City, Inc.