UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 20-cv-03642-EJD   (VKD)<br><br>**ORDER RE FEBRUARY 13, 2023 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 323 |

Defendants and Direct Purchaser Plaintiffs ("DPPs") ask the Court to resolve their dispute concerning DPPs' interrogatories asking defendants to identify all of their employees since January 1, 2005. Dkt. No. 323. The Court finds this dispute suitable for resolution without oral argument. Civil. L.R. 7-1(b).

Defendants represent that they have identified all relevant managerial employees with knowledge of information relevant to DPPs claims, and defendant Celestron has produced detailed organizational charges identifying key employees in the relevant departments. DPPs do not explain why these identifications are insufficient, or why DPPs require a list of all of defendants' employees since 20025, no matter what their role. Instead, DPPs seem to suggest that because Radio City has identified all of its employees in response to an identical interrogatory, all defendants should do the same. This argument is not persuasive.

DPPs request for an order compelling defendants' further responses to these interrogatories is denied.

**IT IS SO ORDERED.**

Dated: February 24, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge