1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7
8

IN RE TELESCOPES ANTITRUST
LITIGATION.

Case No. 20-cv-03642-EJD   (VKD)

9
10

**ORDER RE MARCH 21, 2023
DISCOVERY DISPUTE RE GROVES
DEPOSITION**

11

Re: Dkt. No. 364

12
13

14          Defendants and Direct Purchaser Plaintiffs ("DPPs") ask the Court to resolve their dispute

15    concerning defendants' request to take the deposition of Christopher Groves, DPPs' expert

16    declarant.  Dkt. No. 364.  The Court finds this dispute suitable for resolution without oral

17    argument.  Civil. L.R. 7-1(b).

18          Mr. Groves has signed declarations in support of DPPs' motion for sanctions (Dkt. No.

19    318) and in support of DPPs' opposition (Dkt. No. 341) to defendants' motion for terminating

20    sanctions (Dkt. No. 322).  Those motions are set for hearing on April 4 and 6, 2023, respectively.

21    Defendants ask that DPPs produce Mr. Groves for a deposition concerning the opinions expressed

22    in his declarations in advance of the hearings on these motions.  Dkt. No. 364 at 2.  DPPs object to

23    producing Mr. Groves at this time, and have declined to provide a date for his deposition until

24    after Judge Davila issues an order regarding the parties' overarching disputes regarding

25    depositions in this case.  *Id.* at 5.

26          Having considered the parties' submission, the Court orders as follows:

27          DPPs must make Mr. Groves available for deposition by defendants on or before March

28    31, 2023.  DPPs shall advise defendants by **no later than noon on March 23, 2023** of three days

United States District Court
Northern District of California

and times during which Mr. Groves is available for deposition.  The deposition must not exceed three hours on the record, and defendants' questioning shall be limited to the opinions and bases therefor that Mr. Groves provides in his supporting declarations (Dkt. Nos. 318-1, 341-1, 345-1). If DPPs elect to withdraw their motion for sanctions (Dkt. No. 318) in view of defendants' administrative motion and status report on the matters addressed in that motion (*see* Dkt. No. 360), then Mr. Groves's deposition shall be limited to the opinions and bases therefor provided in his supporting declaration at Dkt. No. 341-1.

**IT IS SO ORDERED.**

Dated: March 22, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California