J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Ellen V. Leonida, Esq. (SBN: 184194)
  leonida@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
Ellis E. Herington, Esq. (SBN: 343085)
  herington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR REPRESENTATIVE
PLAINTIFF RADIO CITY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| SPECTRUM SCIENTIFICS LLC, RADIO CITY, INC., and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>Defendants. | **DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**Compl. Filed:** June 1, 2020<br>**Third Am. Compl. Filed:** August 31, 2021<br>**Trial Date:** None Set |

1    Direct Purchaser Plaintiffs ("DPPs") file this administrative motion to seal pursuant to Civil
2  Local Rule 79-5(f).
3    DPPs file this motion because portions of DPPs' Corrected Opposition to Defendants'
4  Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and
5  Defendant Synta's Interrogatories, Set One ("Corrected Opposition"), which was filed on March
6  30, 2023, describe, characterize, quote, or otherwise illustrate documents or portions of documents
7  designated by Defendants as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in
8  this matter under the Stipulated Protective Order. (ECF No. 137.)  DPPs take no position as to the
9  sealing of the document but reserve the right to further respond should Defendants request sealing.
10    As required by the Local Rules, the document subject to conditional sealing has been
11  attached as an exhibit in sealed form to the Declaration of Matthew Borden Relating to DPPs'
12  Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Borden
13  Declaration") and lodged conditionally under seal.
14    DPPs file the document conditionally under seal in accordance with Civil Local Rule 79-
15  5(f) and reserve the right to further respond pursuant to that Rule.

17  Dated:  March 30, 2023                 Respectfully submitted,

18                                          BRAUNHAGEY & BORDEN LLP

20                                          By:   /s/ *Matthew Borden*
                                                  Matthew Borden
21                                          Attorneys for Plaintiff