| | |
|---|---|
| 1 | J. Noah Hagey, Esq. (SBN: 262331) |
| | hagey@braunhagey.com |
| 2 | Matthew Borden, Esq. (SBN: 214323) |
| | borden@braunhagey.com |
| 3 | Ellen V. Leonida, Esq. (SBN: 184194) |
| | leonida@braunhagey.com |
| 4 | Ronald J. Fisher, Esq. (SBN: 298660) |
| | fisher@braunhagey.com |
| 5 | Ellis E. Herington, Esq. (SBN: 343085) |
| | herington@braunhagey.com |
| 6 | BRAUNHAGEY & BORDEN LLP |
| | 351 California Street, 10th Floor |
| 7 | San Francisco, CA 94104 |
| | Telephone: (415) 599-0210 |
| 8 | Facsimile: (415) 276-1808 |
| 9 | ATTORNEYS FOR REPRESENTATIVE |
| | PLAINTIFF RADIO CITY, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| SPECTRUM SCIENTIFICS LLC, RADIO CITY, INC., and those similarly situated, | **DECLARATION OF MATTHEW BORDEN IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| Plaintiffs, | |
| v. | |
| CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50, | **Compl. Filed:** June 1, 2020<br>**Third Am. Compl. Filed:** August 31, 2021<br>**Trial Date:** None Set |
| Defendants. | |

I, Matthew Borden, declare:

1. I am licensed to practice before this Court and am counsel of record for Direct Purchaser Plaintiffs ("DPPs"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. I make this declaration in support of DPPs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed concurrently with DPPs' Notice of Errata Re DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One.

3. Portions of DPPs' Corrected Opposition describe, characterize, quote, or otherwise illustrate documents or portions of documents designated by Defendants as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in this matter under the Stipulated Protective Order. (ECF No. 137.)

4. Attached as **Exhibit 1** is a true and correct copy of DPPs' Corrected Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 30, 2023       By:       /s/ *Matthew Borden*
                                           Matthew Borden