1    J. Noah Hagey, Esq. (SBN: 262331)
        hagey@braunhagey.com
2    Matthew Borden, Esq. (SBN: 214323)
        borden@braunhagey.com
3    Ellen V. Leonida, Esq. (SBN: 184194)
        leonida@braunhagey.com
4    Ronald J. Fisher, Esq. (SBN: 298660)
        fisher@braunhagey.com
5    Ellis E. Herington, Esq. (SBN: 343085)
        herington@braunhagey.com
6    BRAUNHAGEY & BORDEN LLP
     351 California Street, 10th Floor
7    San Francisco, CA 94104
     Telephone: (415) 599-0210
8    Facsimile: (415) 276-1808

9    ATTORNEYS FOR REPRESENTATIVE
     PLAINTIFF RADIO CITY, INC.

10

11                    **UNITED STATES DISTRICT COURT**

12

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14   IN RE TELESCOPES ANTITRUST          Case No. 5:20-cv-03639-EJD
     LITIGATION
15
                                          Case No. 5:20-cv-03642-EJD
16   This Document Relates to:

     SPECTRUM SCIENTIFICS LLC, RADIO     **[PROPOSED] ORDER**
17   CITY, INC., and those similarly situated,

18          Plaintiffs,                  **Judge:**      Hon. Virginia K.
                                                         DeMarchi
19          v.
                                          **Compl. Filed:**   June 1, 2020
20   CELESTRON ACQUISITION, LLC, SUZHOU   **Third Am.**        August 31, 2021
     SYNTA OPTICAL TECHNOLOGY CO., LTD.,  **Compl. Filed:**
21   SYNTA CANADA INT'L ENTERPRISES       **Trial Date:**      None Set
     LTD., SW TECHNOLOGY CORP., OLIVON
22   MANUFACTURING CO. LTD., OLIVON USA,
     LLC, NANTONG SCHMIDT OPTO-
23   ELECTRICAL TECHNOLOGY CO. LTD.,
     NINGBO SUNNY ELECTRONIC CO., LTD.,
24   PACIFIC TELESCOPE CORP., COREY LEE,
     DAVID SHEN, SYLVIA SHEN, JACK CHEN,
25   JEAN SHEN, JOSEPH LUPICA, DAVE
     ANDERSON, LAURENCE HUEN, and DOES
26   1-50,

27          Defendants.

28

THIS MATTER comes before the Court upon Direct Purchaser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, which was filed with this Court in the above-captioned action on March 30, 2023. All interested parties having appeared through counsel, and after full consideration of the parties' papers, the arguments of counsel, and all other files and papers herein, and for good cause appearing, the motion is DENIED as follows:

      1.  Exhibit 1 to the Declaration of Matthew Borden Relating to DPPs' Administrative Motion:

        _____                _____

          Grant                       Deny

DPPs shall file the exhibit attached to the Declaration of Matthew Borden for which sealing has not been granted in the public record no earlier than four days, and no later than ten days, after the date of this order.

**IT IS SO ORDERED**.

Dated: _____, 2023

                                           _____
Honorable Virginia K. DeMarchi
United States Magistrate Judge