| | |
|---|---|
| 1 | J. Noah Hagey, Esq. (SBN: 262331) |
|   |    hagey@braunhagey.com |
| 2 | Matthew Borden, Esq. (SBN: 214323) |
|   |    borden@braunhagey.com |
| 3 | Ellen V. Leonida, Esq. (SBN: 184194) |
|   |    leonida@braunhagey.com |
| 4 | Ronald J. Fisher, Esq. (SBN: 298660) |
|   |    fisher@braunhagey.com |
| 5 | Ellis E. Herington, Esq. (SBN: 343085) |
|   |    herington@braunhagey.com |
| 6 | BRAUNHAGEY & BORDEN LLP |
|   | 351 California Street, 10th Floor |
| 7 | San Francisco, CA 94104 |
|   | Telephone: (415) 599-0210 |
| 8 | Facsimile: (415) 276-1808 |

ATTORNEYS FOR REPRESENTATIVE
PLAINTIFF RADIO CITY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| SPECTRUM SCIENTIFICS LLC, RADIO CITY, INC., and those similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>   Defendants. | **SUPPLEMENTAL DECLARATION OF RONALD J. FISHER IN SUPPORT OF DPPS' OPPOSITION TO DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AGAINST DPP PUTATIVE CLASS, OR ALTERNATIVELY, FOR ISSUE AND EVIDENCE SANCTIONS AND ADVERSE INFERENCE INSTRUCTION AND TO REQUEST FOR MONETARY SANCTIONS**<br><br>Date:    April 6, 2023<br>Time:    9:00 a.m.<br>Judge:    Hon. Edward J. Davila<br>Location:   Courtroom 4 – 5th Fl.<br><br>Compl. Filed:  June 1, 2020<br>Third Am.<br>Compl. Filed:  August 31, 2021<br>Trial Date:   None Set |

Case No. 5:20-cv-03642-EJD

SUPPLEMENTAL DECLARATION OF RONALD J. FISHER ISO DPPS' OPPOSITION TO DEFENDANTS'
MOTION FOR TERMINATING SANCTIONS

I, Ronald J. Fisher, declare:

1. I am licensed to practice before this Court and a partner at BraunHagey & Borden LLP, counsel of record for Plaintiff Radio City, Inc and the Direct Purchaser Plaintiffs ("DPP") class. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. In my original declaration, I identified categories of financial and transaction-related documents that DPPs produced to Defendants, including (1) Radio City's purchasing invoices from Celestron, (2) annual sales reports for Radio City's sales of Celestron telescopes and telescope accessories, (3) Radio City's monthly financial statements covering multiple years and (4) sales orders for Radio City's sales of Celestron telescopes and telescope accessories. I make this declaration to provide the Court with exemplars of documents related to Defendants' motion for terminating sanctions (Dkt. 322).

3. Attached as **Exhibit 1** is a true and correct copy of a compilation of purchasing invoices for purchases Radio City made from Celestron in the year 2014. This document bears the bates range DPP00056958 to DPP00057017. DPPs also produced compilations of purchasing invoices for purchases Radio City made from Celestron in the years 2015 and 2016. These documents bear the bates ranges DPP00057018 to DPP00057089 and DPP00057090 to DPP00057171, respectively. These documents were produced on September 24, 2021.

4. Attached as **Exhibit 2** is a true and correct copy of a compilation of annual sales reports for Radio City's sales of Celestron telescopes and telescope accessories between the years 2006 and 2018. This document bears the bates range DPP00057865 to DPP00057890. These documents were produced on September 24, 2021.

5. Attached as **Exhibit 3** is a true and correct copy of a monthly financial statement prepared for Radio City by its accountant for the month of August in the year 2016. This document bears the bates range DPP00056369 to DPP00056381. DPPs produced monthly financial statements to Defendants for each month between July 2014 and December 2016. These documents bear the bates ranges DPP00046195-00046200, DPP00046213-00046218, DPP00046228-00046233, DPP00046246-00046251, DPP00046262-00046267, DPP00046280-00046285,

DPP00056149-00056154, DPP00056155-00056167, DPP00056168-00056180, DPP00056181-00056193, DPP00056194-00056199, DPP00056200-00056212, DPP00056213-00056218, DPP00056219-00056231, DPP00056232-00056237, DPP00056238-00056250, DPP00056251-00056263, DPP00056264-00056277, DPP00056278-00056289, DPP00056290-00056302, DPP00056303-00056315, DPP00056316-00056328, DPP00056329-00056342, DPP00056343-00056355, DPP00056356-00056368, DPP00056369-00056381, DPP00056382-00056394, DPP00056395-00056407, DPP00056408-00056420, and DPP00056421-00056455. These documents were produced on September 24, 2021.

6. Attached as **Exhibit 4** is a true and correct copy of a sales order processed for Radio City's sale of a Celestron telescope or telescope accessory on August 20, 2016. This document bears the bates number DPP00022969. DPPs have produced a large amount of Radio City's sales orders to Defendants in this case.

7. DPPs also produced compilations of Radio City's weekly sales reports to Defendants. Attached as **Exhibit 5** is a true and correct copy of a compilation of weekly sales reports covering the time period January to December 2014. This document bears the bates range DPP00520235 to DPP00520295. DPPs also produced compilations of Radio City's weekly sales reports to Defendants for the years 2015 and 2016. These documents bear the bates ranges DPP00519609 to DPP00519667 and DPP00520300 to DPP00520357, respectively.

8. DPPs also produced Radio City's quarterly sales reports to Defendants. Attached as **Exhibit 6** is a true and correct copy of a quarterly sales report for the Radio City Astronomy Department, generated on November 5, 2014, covering the time period from July 1, 2014 to September 30, 2014. This document bears the bates numbers DPP00054440 and DPP00054460.

9. On March 3, 2023, I notified Defendants that boxes of purchase receipts had been collected from Radio City and that DPPs would make them available for Defendants to inspect and scan at DPPs' counsel's offices. Attached as **Exhibit 7** is a true and correct copy of the letter I sent to Defendants on March 3, 2023, notifying them of this information. Defendants have not contacted DPPs to request an inspection or otherwise retrieve copies of the receipts.

10. In my original declaration, I identified a full composite report that was produced to Defendants for the time period January to June 2014. Attached as **Exhibit 8** is a true and correct copy of relevant pages from this composite report, including a monthly sales report for the month of April 2014 and the cover pages from an April 2014 stock status report, a July 2014 register report, a July 2014 used report, and a June 2014 open invoice report.

11. Attached as **Exhibit 9** is a true and correct copy of a July 1, 2014, Register Report that was produced to Defendants bearing the bates number DPP00521051.

12. Attached as **Exhibit 10** is a true and correct copy of a July 21, 2014, Register Report that was produced to Defendants bearing the bates number DPP00013445.

13. Attached as **Exhibit 11** is a true and correct copy of a document that was produced to Defendants bearing the bates range DPP00521652 – DPP00521664.

I swear under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: April 5, 2023                           /s/ *Ronald J. Fisher*
                                                      Ronald J. Fisher