09:02AM 1

2                    UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5

6    IN RE TELESCOPES ANTITRUST
     LITIGATION                      CASE NO.  CV-20-03639 EJD

7    _____    SAN JOSE, CALIFORNIA
     THIS DOCUMENT RELATES TO:
8    ALL INDIRECT PURCHASER ACTIONS  OCTOBER 31, 2024

9                                    PAGES 1 - 27

10

11                    TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE EDWARD J. DAVILA
12                  UNITED STATES DISTRICT JUDGE

13   A-P-P-E-A-R-A-N-C-E-S

14   FOR THE PLAINTIFFS:   COTCHETT PITRE & MCCARTHY LLP
                           BY:  ADAM J. ZAPALA
15                         840 MALCOLM ROAD, SUITE 200
                           BURLINGAME, CALIFORNIA 94010

16

17   FOR THE DEFENDANT     FROST LLP
     TELEPHONICALLY:       BY:  CHRISTOPHER L. FROST
18                         10960 WILSHIRE BOULEVARD, SUITE 2100
                           LOS ANGELES, CALIFORNIA 90024

19                         FROST LLP
                           BY:  JOSHUA STAMBAUGH
20                         10960 WILSHIRE BOULEVARD, SUITE 2100
                           LOS ANGELES, CALIFORNIA 90024

21

22           (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23   OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
     TRANSCRIPT PRODUCED WITH COMPUTER.

A P P E A R A N C E S:  (CONT'D)

ALSO PRESENT:                    BRAUNHAGEY & BORDEN LLP
                                BY:  MATTHEW B. BORDEN
                                747 FRONT STREET, 4TH FLOOR
                                SAN FRANCISCO, CALIFORNIA 94111

```
 1      SAN JOSE, CALIFORNIA                    OCTOBER 31, 2024

 2                          P R O C E E D I N G S

 3

 4          (COURT CONVENED AT 9:19 A.M.)

 5                  THE COURT:  THANK YOU.  PLEASE BE SEATED.  LET'S

 6      CALL OUR MORNING MATTER, OUR 9:00 O'CLOCK MATTER.  IT'S NOW,

 7      THE RECORD SHOULD REFLECT, IT'S 9:20 PACIFIC STANDARD TIME.

 8          LET'S CALL 20-3639, HIGHTOWER VERSUS CELESTRON.

 9          MAY I HAVE THE APPEARANCE OF THE PARTIES, PLEASE.

10                  MR. ZAPALA:  THANK YOU, YOUR HONOR.

11      MAY I APPROACH?

12                  THE COURT:  YES.

13                  MR. ZAPALA:  GOOD MORNING, YOUR HONOR.

14          ADAM ZAPALA FROM COTCHETT PITRE & MCCARTHY FOR THE

15      INDIRECT PURCHASER PLAINTIFFS.

16                  THE COURT:  THANK YOU.  GOOD MORNING.

17                  MR. ZAPALA:  GOOD MORNING.

18                  THE COURT:  AND I SEE THE DEFENDANT'S CHAIR EMPTY.

19      IS ANYONE HERE FOR DEFENDANT?

20                  MR. FROST:  THANK YOU, YOUR HONOR.  GOOD MORNING.

21          THIS IS CHRISTOPHER FROST OF FROST LLP ON BEHALF OF THE

22      DEFENDANTS.  MY SINCERE APOLOGIES THAT WE HAVE TO APPEAR BY

23      TELEPHONE TODAY.

24                  THE COURT:  THANK YOU, MR. FROST.  THANK YOU FOR

25      JOINING.
```

Timestamps (left margin): 09:19AM (lines 4-8), 09:20AM (lines 9-25)

09:20AM 1      I THINK YOUR ASSOCIATE, JOSHUA STAMBAUGH, WAS ASSIGNED TO

09:20AM 2  APPEAR.  WE RECEIVED A MESSAGE JUST BEFORE 9:00 O'CLOCK,

09:20AM 3  SOMETHING ABOUT A FLIGHT DELAY, AND THEN IN A SUBSEQUENT

09:20AM 4  REQUEST, THAT IN MR. STAMBAUGH'S OPINION THE MATTER MIGHT BE

09:20AM 5  RESOLVED BY US PASSING THE MATTER AND CALLING IT LAST ON OUR

09:20AM 6  CALENDAR.

09:20AM 7      I REALLY APPRECIATE HIS DESIRE TO HELP ME MANAGE MY

09:20AM 8  CALENDAR, BUT I WOULD PREFER TO CALL THE MATTER NOW IF THAT'S

09:21AM 9  ALL RIGHT WITH YOU, SIR, AND MR. STAMBAUGH?

09:21AM 10         MR. FROST:  YES, OF COURSE.  WE APPRECIATE YOUR

09:21AM 11  INDULGENCE.  MY APOLOGIES AGAIN.

09:21AM 12         THE COURT:  WELL, THANK YOU.  LET'S GET TO THE

09:21AM 13  BUSINESS AT HAND.  THIS IS A MOTION FOR PRELIMINARY APPROVAL OF

09:21AM 14  SETTLEMENT, AND I DID RECEIVE THE DOCUMENTS REGARDING

09:21AM 15  SETTLEMENT.

09:21AM 16      LET ME, LET ME TURN THEN TO MR. ZAPALA.  WHY SHOULD THE

09:21AM 17  COURT GRANT PRELIMINARY APPROVAL HERE?

09:21AM 18         MR. ZAPALA:  THANK YOU, YOUR HONOR.

09:21AM 19      ADAM ZAPALA AGAIN FOR THE INDIRECT PURCHASER PLAINTIFFS.

09:21AM 20      WE'RE PLEASED TO PRESENT THIS SETTLEMENT.  WE THINK IT'S

09:21AM 21  AN EXCELLENT RESULT FOR THE INDIRECT PURCHASER CLASS.

09:21AM 22      THIS SETTLEMENT INCLUDES $32 MILLION IN REMUNERATION FOR

09:21AM 23  CLASS MEMBERS, WHICH WE BELIEVE IS AN EXCELLENT RECOVERY BOTH

09:21AM 24  IN LIGHT OF THE FACTS AND CIRCUMSTANCES OF THIS CASE BUT ALSO

09:21AM 25  OBVIOUSLY THE EXPERIENCE OF EXPERIENCED CLASS COUNSEL IN

| | | |
|---|---|---|
| 09:21AM | 1 | ANTITRUST CASES. |
| 09:22AM | 2 | THE FIRST THING I WILL TALK ABOUT IS SORT OF THE |
| 09:22AM | 3 | PROCEDURAL FAIRNESS OF THE SETTLEMENT AND THE FACTORS THAT |
| 09:22AM | 4 | COURTS IN THE NINTH CIRCUIT LOOK AT AT PRELIMINARY APPROVAL AND |
| 09:22AM | 5 | WHAT IS NOW UNDER RULE 23 A MOTION TO DIRECT NOTICE TO THE |
| 09:22AM | 6 | CLASS. |
| 09:22AM | 7 | FIRST, THIS WAS NOT A FILE AND SETTLE KIND OF CASE AS IS |
| 09:22AM | 8 | OBVIOUS FROM THE MANY ENTRIES IN YOUR DOCKET.  THERE'S BEEN |
| 09:22AM | 9 | EXTENSIVE LITIGATION IN YOUR CASE, EXTENSIVE DISCOVERY, MOTIONS |
| 09:22AM | 10 | PRACTICE, MOTIONS TO COMPEL.  AND WHAT THAT MEANS IS THAT THE |
| 09:22AM | 11 | PARTIES WERE FULLY INFORMED ABOUT THE STRENGTHS AND WEAKNESSES |
| 09:22AM | 12 | OF THE CASE WHEN THEY NEGOTIATED THE SETTLEMENT.  SO THAT'S ONE |
| 09:22AM | 13 | ISSUE TO LOOK AT IN TERMS OF PROCEDURAL FAIRNESS, THE AMOUNT OF |
| 09:22AM | 14 | LITIGATION THAT OCCURRED.  AND OBVIOUSLY, I THINK WE PUT IT IN |
| 09:22AM | 15 | OUR PAPERS, BUT THE INDIRECT PURCHASER PLAINTIFFS EXPENDED IN |
| 09:22AM | 16 | LODESTAR ABOUT $11 MILLION.  SO IN TERMS OF TIME WORKED ON THE |
| 09:22AM | 17 | CASE, IT'S BEEN EXTENSIVE.  YOUR HONOR HAS RULED ON A NUMBER OF |
| 09:22AM | 18 | PLEADING CHALLENGES. |
| 09:22AM | 19 | IN ADDITION, THE SETTLEMENT PROCESS WAS OVERSEEN BY A |
| 09:23AM | 20 | NATIONALLY RENOWNED MEDIATOR, A FORMER MAGISTRATE JUDGE OF THE |
| 09:23AM | 21 | CENTRAL DISTRICT, JUDGE SEGAL, AND THERE WERE PROTRACTED |
| 09:23AM | 22 | NEGOTIATIONS. |
| 09:23AM | 23 | THIS WAS, AGAIN, NOT A FILE AND SETTLE SORT OF CASE. |
| 09:23AM | 24 | THERE WAS AN INITIAL MEDIATION TWO YEARS AGO THAT WAS |
| 09:23AM | 25 | UNSUCCESSFUL, ANOTHER MEDIATION OCCURRING A YEAR AFTER THAT |

09:23AM 1    THAT RESULTED IN A MEDIATOR'S PROPOSAL THAT BOTH SIDES

09:23AM 2    EXPECTED.  SO THE ENTIRE MEDIATION PROCESS HAS BEEN OVERSEEN BY

09:23AM 3    A FORMER FEDERAL JUDGE.

09:23AM 4         AND THEN IN ADDITION TO THAT, IN TERMS OF THE TERMS OF THE

09:23AM 5    SETTLEMENT, THERE'S NO SIGNS OF COLLUSION, THERE'S NO CLEAR

09:23AM 6    SAILING PROVISIONS OR ANYTHING LIKE THAT.  THERE'S NO REVERSION

09:23AM 7    TO THE DEFENDANT.  SO A $32 MILLION DEAL, NONE OF THAT REVERTS

09:23AM 8    TO THE DEFENDANT.

09:23AM 9         SO IN TERMS OF PROCEDURAL FAIRNESS, WE BELIEVE ALL OF THE

09:23AM 10   SIGNS POINT TOWARDS APPROVAL.  THE NEGOTIATIONS WERE ARM'S

09:23AM 11   LENGTH.  AGAIN, THERE WERE 3.9 MILLION DOCUMENTS PRODUCED IN

09:23AM 12   THIS CASE, AND MANY OF THOSE HAVE BEEN REVIEWED AT THE TIME OF

09:23AM 13   SETTLEMENT.

09:23AM 14        IN TERMS OF SUBSTANTIVE FAIRNESS, OF COURSE, AGAIN,

09:24AM 15   32 MILLION IS REAL MONEY.  THIS IS AN INDIRECT PURCHASER CASE.

09:24AM 16   THEY'RE NOTORIOUSLY DIFFICULT AND COMPLEX AND OFTEN RESULTS IN

09:24AM 17   ZERO RECOVERY FOR THE CLASS, EITHER BECAUSE OF CLASS

09:24AM 18   CERTIFICATION DENIAL OR OTHER COMPLEXITIES THAT ARISE IN THE

09:24AM 19   CONTEXT OF COMPLEX LITIGATION.

09:24AM 20        IT'S BEEN CASE LAW FOR -- SORT OF BEDROCK CASE LAW IN THE

09:24AM 21   NINTH CIRCUIT THAT SETTLEMENTS ARE FAVORED IN ANTITRUST CLASS

09:24AM 22   ACTIONS, AND THAT'S WHAT THIS IS.

09:24AM 23        THE VOLUME OF COMMERCE IN THIS CASE HAS BEEN CALCULATED BY

09:24AM 24   OUR EXPERTS AT A LITTLE OVER 600 MILLION.  SO WHAT THAT MEANS

09:24AM 25   IS DURING THE CLASS PERIOD THERE WERE 600 MILLION IN SALES IN

09:24AM 1    TELESCOPES IN THE INDIRECT CASES.  SO IF YOU LOOK AT THE

09:24AM 2    32 MILLION, YOU'RE TALKING ABOUT A 5 PERCENT OVERCHARGE, AND

09:24AM 3    THAT COMES OUT TO 32 MILLION, WHICH IS EXACTLY WHAT THE

09:24AM 4    RECOVERY IS.

09:24AM 5        SO, AGAIN, IN TERMS OF THE AMOUNT OF MONEY GOING TO THE

09:24AM 6    CLASS, WE THINK IT'S MORE THAN FAIR AND ADEQUATE.  AND AGAIN,

09:24AM 7    IT'S SUPPORTED BY SOPHISTICATED COUNSEL.  THESE ARE THE ONLY

09:24AM 8    KIND OF CASES THAT I DO.  I KNOW THAT'S TRUE OF MY COLLEAGUES

09:25AM 9    AS WELL, MS. SRINIVASAN FROM SUSMAN GODFREY AND MS. CHAN FROM

09:25AM 10   LIEFF, CABRASER, HEIMANN & BERNSTEIN.

09:25AM 11       SO THESE FIRMS AND THE ATTORNEYS WORKING ON THE CASE ARE

09:25AM 12   REALLY EXPERIENCED ANTITRUST COUNSEL, AND, AGAIN, THEIR

09:25AM 13   RECOMMENDATION THAT THE COURT APPROVE IT CARRIES WEIGHT GIVEN

09:25AM 14   THAT KIND OF EXPERIENCE.

09:25AM 15       IN ADDITION TO SORT OF ALL OF THE SIGNS ABOUT THE FAIRNESS

09:25AM 16   OF THE SETTLEMENT, WE BELIEVE WE HAVE PROMULGATED OR SET FORTH

09:25AM 17   A MULTI LAYERED NOTICE PLAN TO REACH NOTICE TO THE CLASS.  THAT

09:25AM 18   INCLUDES INDIVIDUAL NOTICE BOTH BY EMAIL AND U.S. MAIL, ALSO

09:25AM 19   EARNED AND UNEARNED MEDIA AND TARGETED ADVERTISING ON SOCIAL

09:25AM 20   MEDIA TO INFORM THOSE CLASS MEMBERS WHO MAYBE DIDN'T RECEIVE

09:25AM 21   INDIVIDUAL NOTICE ABOUT THEIR RIGHTS.

09:25AM 22       ALL OF THAT INFORMATION IN TERMS OF THE NOTICE PROGRAM CAN

09:25AM 23   BE FOUND IN THE DECLARATION OF CARLA PEAK, WHICH WAS SUBMITTED

09:25AM 24   ALONG WITH THE MATERIALS.  AGAIN, WE SUBMIT THAT THAT NOTICE

09:25AM 25   PLAN IS BOTH CONSISTENT WITH RULE 23 AND DUE PROCESS.

09:26AM  1          AND THEN FINALLY, WE'VE SET FORTH A SORT OF SCHEDULE KEYED

09:26AM  2     OFF OF THE DATE THAT IN THE EVENT THAT THE COURT FINDS THE

09:26AM  3     SETTLEMENT WORTHY OF PRELIMINARY APPROVAL, WE'VE SET FORTH A

09:26AM  4     SCHEDULE FOR SORT OF NOTICE AND OBJECTIONS, EXCLUSIONS, AND

09:26AM  5     THEN ULTIMATELY THE FINAL APPROVAL HEARING.

09:26AM  6          I'M HAPPY TO ANSWER ANY QUESTIONS THAT THE COURT MAY HAVE

09:26AM  7     ABOUT THE SETTLEMENT.

09:26AM  8               THE COURT:  THANK YOU.  THANK YOU VERY MUCH.

09:26AM  9               INITIALLY, MR. FROST, ANY COMMENTS THAT YOU WOULD LIKE TO

09:26AM 10     MAKE INITIALLY BEFORE I ASK A FEW QUESTIONS?

09:26AM 11               MR. FROST:  NONE, YOUR HONOR.  THANK YOU.  I THINK

09:26AM 12     MR. ZAPALA DID A FINE JOB OF EXPLAINING THE SORT OF UPS AND

09:26AM 13     DOWNS OF THE SETTLEMENT AND HOW WE GOT THERE.

09:26AM 14               THE COURT:  OKAY.  THANK YOU.

09:26AM 15          I'M JUST CURIOUS, MY FIRST QUESTION IS JUST ABOUT DO YOU

09:26AM 16     HAVE ANY EXPECTATION OF WHAT EACH CONSUMER MIGHT RECEIVE?  AND

09:26AM 17     I KNOW IT'S DEPENDENT ON CLAIM NUMBERS AND THOSE THINGS.

09:26AM 18               MR. ZAPALA:  YEAH.

09:26AM 19               THE COURT:  I THINK YOUR PAPERS SUGGEST THAT YOU'RE

09:26AM 20     GOING TO BE ABLE TO REACH 80 PERCENT OF PURCHASERS, IS THAT --

09:27AM 21               MR. ZAPALA:  WITH THE NOTICE PROGRAM, WITH THE

09:27AM 22     NOTICE PROGRAM.

09:27AM 23               THE COURT:  RIGHT.

09:27AM 24               MR. ZAPALA:  YEAH, THAT'S THE SUGGESTION IN TERMS OF

09:27AM 25     -- THAT'S WHAT NOTICE PROVIDERS SHOOT FOR IN TERMS OF WHEN

09:27AM  1    THEY'RE CRAFTING A NOTICE PROGRAM, THEY SHOOT FOR A REACH OF

09:27AM  2    80 PERCENT.  IT'S CALLED A REACH.  IT'S SORT OF A TERM THAT IS

09:27AM  3    USED IN MEDIA AND ADVERTISING.  THERE'S A COMPLICATED

09:27AM  4    CALCULATION THAT GOES INTO IT, BUT VERITA, WHICH IS THE NOTICE

09:27AM  5    PROVIDER, DID OPINE THAT THE NOTICE PROGRAM WOULD REACH

09:27AM  6    80 PERCENT OF THOSE CLASS MEMBERS.

09:27AM  7            THE COURT:  OKAY.

09:27AM  8            MR. ZAPALA:  BOTH THROUGH -- AGAIN, WE DON'T HAVE --

09:27AM  9    WE HAVE EMAIL AND MAILING ADDRESSES FOR SOME PORTION OF THE

09:27AM  10   CLASS, BUT IT'S NOT THE ENTIRE CLASS.  WE ESTIMATE THE CLASS TO

09:27AM  11   BE LARGER THAN THAT.  AND THAT'S WHERE THE MEDIA PROGRAM COMES

09:27AM  12   IN TO TRY TO REACH THOSE EXTRA CLASS MEMBERS.

09:27AM  13       THAT SAID, WE DO HAVE -- AGAIN, WE ESTIMATE THE CLASS TO

09:27AM  14   BE AROUND 4 MILLION.  WE HAVE SOMETHING LIKE 2.5 MILLION

09:27AM  15   RECORDS GIVEN A LOT OF THESE PURCHASES OCCUR OVER AMAZON.  SO

09:28AM  16   COMPARED TO MANY OF MY CASES, WE ACTUALLY HAVE A LOT OF CONTACT

09:28AM  17   INFORMATION, UNLIKE A LOT OF INDIRECT PURCHASER CASES.

09:28AM  18       IN TERMS OF YOUR QUESTION ABOUT HOW MUCH EACH CONSUMER

09:28AM  19   WILL TAKE, AGAIN, IT VERY MUCH DEPENDS ON THE CLAIMS RATE.

09:28AM  20   WE'RE GOING TO DO EVERYTHING WE CAN TO MAKE SURE THAT CLAIMS

09:28AM  21   RATE IS AS HIGH AS POSSIBLE.  UNFORTUNATELY, INDIRECT PURCHASER

09:28AM  22   CASES ARE PLAGUED BY LOW CLAIMS RATES, AND ONE OF THE REASONS

09:28AM  23   IS THAT IT'S THE NATURE OF CLASS ACTIONS.  SOME PEOPLE HAVE

09:28AM  24   LESS IN PURCHASERS, AND, THEREFORE, DON'T TAKE THE TIME TO SEND

09:28AM  25   IN THE CLAIM FORM.  BUT AGAIN, WE'RE TRYING TO MAKE THAT

09:28AM  1    PROCESS AS EASY AS POSSIBLE.

09:28AM  2         IT'S DIFFICULT IN INDIRECT PURCHASERS CASES BECAUSE THE

09:28AM  3    DATA THAT YOU GET FROM THE DEFENDANT IS NOT IN PRIVITY WITH

09:28AM  4    YOUR CLIENTS.  YOU HAVE TO GET IT FROM THIRD PARTIES, WHICH

09:28AM  5    WE'VE DONE.

09:28AM  6         ONE OF THE THINGS I'M DOING IN INDIRECT PURCHASER CASES

09:28AM  7    THAT I THINK IS REAL BENEFIT TO THE CLASS AND TO GET THE CLAIMS

09:28AM  8    UP IS WE'RE USING THAT INTERMEDIARY DATA THAT WE RECEIVE.

09:28AM  9    USUALLY IT'S NOT 100 PERCENT BECAUSE, YOU KNOW, WE MAY NOT HAVE

09:29AM  10   SUBPOENAED FROM ALL OF THE DISTRIBUTORS.  THERE MAY BE CERTAIN

09:29AM  11   TIME PERIODS THAT DISTRIBUTORS DON'T HAVE THAT DATA FOR PART OF

09:29AM  12   YOUR CLASS PERIOD.

09:29AM  13        SO IT'S ALWAYS UNDER -- IT DOESN'T COVER THE ENTIRE CLASS,

09:29AM  14   BUT WHAT WE'VE ENDED UP DOING AND WHAT WE'RE DOING IN THIS CASE

09:29AM  15   IS WE'RE GOING TO FILL IN THE CLAIM FORMS WITH DATA THAT WE

09:29AM  16   HAVE.  AND CLASS MEMBERS COULD SIGN THAT CLAIM FORM WITHOUT

09:29AM  17   DOING ALMOST ANYTHING ELSE, YOU KNOW, PROVIDING PURCHASE

09:29AM  18   RECORDS OR ANYTHING LIKE THAT.

09:29AM  19        WE THINK THAT'S A REAL BENEFIT.  WE'VE NOTICED IN OUR

09:29AM  20   CASES WHERE WE'VE DONE THAT AND GET MUCH HIGHER CLAIMS RATE,

09:29AM  21   AND WE REDUCE THE BARRIERS FOR PEOPLE PARTICIPATING IN THE

09:29AM  22   SETTLEMENT.  WE HAVE EVERY INTENTION OF DOING THAT HERE.  IT'S

09:29AM  23   PART OF OUR PLAN.

09:29AM  24        IN TERMS OF THE DISTRIBUTION PLAN, IT IS PRO RATA.  SO A

09:29AM  25   CLASS MEMBER'S SHARE OF THE SETTLEMENT WILL DEPEND ON, A, HOW

09:29AM  1    MANY PURCHASES THEY HAD IN TELESCOPES, ONE OR MORE; AND THEN

09:29AM  2    ALSO WHAT PERCENTAGE THOSE PURCHASES MAKE UP OF EVERYONE

09:29AM  3    CLAIMING.  SO IT'S KIND OF DEPENDENT ON TWO THINGS:  HOW MANY

09:29AM  4    PURCHASES THEY HAD AND THEN HOW MANY PEOPLE END UP CLAIMING.

09:30AM  5    AND THEN THEIR TAKE WOULD BE WHATEVER PERCENTAGE OF THEIR

09:30AM  6    PURCHASES.

09:30AM  7            THE COURT:  SURE.  SO DID I READ SOMETHING THAT SAID

09:30AM  8    THAT YOU ANTICIPATE 2 TO 3 PERCENT?

09:30AM  9            MR. ZAPALA:  THAT'S -- I MEAN, THE STUDIES SUGGEST

09:30AM 10    THAT THAT IS WHAT CLAIMS RATES ARE IN SORT OF SIMILAR CASES, SO

09:30AM 11    WE SET THAT OUT.

09:30AM 12        WE HAVE EVERY INTENTION OF BEATING THAT.  I THINK WE WILL.

09:30AM 13    I DO THINK RECENT CLAIMS RATES ARE DOING BETTER.  WE HAVE MORE

09:30AM 14    ELECTRONIC MEANS NOW TO REACH CLASS MEMBERS.  YOU KNOW, WE'RE

09:30AM 15    USING MORE INNOVATIVE TECHNIQUES TO REACH CLASS MEMBERS ASIDE

09:30AM 16    FROM JUST SNAIL MAIL, WHICH, FRANKLY, NOBODY READS ANYMORE AND

09:30AM 17    I THINK WAS A LOT OF THE WAYS MAYBE 20 YEARS AGO PEOPLE WERE

09:30AM 18    TRYING TO REACH CLASS MEMBERS, WHICH IS NOT VERY EFFECTIVE.

09:30AM 19        SO SOME OF THE STUDIES ARE BASED ON THAT REGIME AND THE

09:30AM 20    REGIME HAS VERY MUCH CHANGED.

09:30AM 21        IN ADDITION TO THAT, IN TERMS OF DISTRIBUTION, WE DO

09:30AM 22    INTEND ON DOING ELECTRONIC PAYMENTS WHERE WE CAN, AND, AGAIN,

09:30AM 23    WE FIND THAT THAT INCREASES THE CLAIMS RATE AS WELL.

09:30AM 24    SOMETIMES, BELIEVE IT OR NOT, WE SEND OUT CHECKS TO PEOPLE AND

09:31AM 25    THEY DON'T GET CASHED.

09:31AM  1          THE COURT:  I DO BELIEVE IT.  PEOPLE RECEIVE

09:31AM  2    SOMETHING, AND THEY DON'T KNOW WHAT A CHECK IS.

09:31AM  3          MR. ZAPALA:  RIGHT.

09:31AM  4          THE COURT:  SO IS THE CONSUMER TO RECEIVE THEN BASED

09:31AM  5    ON THE NUMBER OF RESPONSES, AND THERE'S A $32 MILLION, YOU'RE

09:31AM  6    RESERVING AND ASKING THAT THE COURT RESERVE 33 PERCENT FOR

09:31AM  7    ATTORNEYS' FEES AND COSTS?

09:31AM  8          MR. ZAPALA:  WE ARE.  WE HAVEN'T -- NOW, THAT'S WHAT

09:31AM  9    WE INTEND ON PUTTING IN THE NOTICE, YOUR HONOR, AND THAT'S JUST

09:31AM 10    A CEILING.  IT MAY BE THE CASE THAT WE COME IN AND ASK FOR LESS

09:31AM 11    THAN THAT.  IT MAY BE THE CASE THAT WE COME IN AND ASK FOR THAT

09:31AM 12    AND YOU AWARD LESS THAN THAT.

09:31AM 13       BUT WE LIKE TO PUT IN THE HIGH END NUMBER IN THE NOTICE SO

09:31AM 14    THAT NOBODY COULD BE PREJUDICED, RIGHT?  YOU CERTAINLY CAN'T

09:31AM 15    PUT IN 25 PERCENT AND THEN COME IN AND ASK FOR 33 PERCENT.

09:31AM 16          THE COURT:  SURE.

09:31AM 17          MR. ZAPALA:  SO WE PUT IN THE 33 AND A THIRD.  WE

09:31AM 18    HAVEN'T LANDED ON THAT YET.  IT IS CONSISTENT WITH WHAT OUR

09:31AM 19    LODESTAR IS IN THE CASE IN TERMS OF A LODESTAR CROSS-CHECK, BUT

09:31AM 20    OBVIOUSLY THAT WILL BE A FEE MOTION THAT WE'LL FILE WELL IN

09:31AM 21    ADVANCE OF THE OPT OUT AND OBJECTION DEADLINE, AND THEN THAT'S

09:32AM 22    SUBJECT TO YOUR HONOR'S DISCRETION AND NINTH CIRCUIT CASE LAW

09:32AM 23    AT FINAL APPROVAL.

09:32AM 24          THE COURT:  OF COURSE.  AND SO TELL ME WHAT THE --

09:32AM 25    I'M ASKING YOU TO DO THE MATH -- IF IT'S A 2 PERCENT OR A

09:32AM 1    3 PERCENT, CAN WE SAY A CONSUMER MIGHT RECEIVE?

09:32AM 2              MR. ZAPALA:  OH, IN TERMS OF THE -- WHEW.

09:32AM 3              THE COURT:  YOU NEED TO GET YOUR PHONE OUT.

09:32AM 4              MR. ZAPALA:  YEAH, REALLY.

09:32AM 5         WELL, IF WE TOOK THE -- SO THERE'S 4 MILLION CLASS

09:32AM 6    MEMBERS, JUST APPROXIMATELY.  NOW, AGAIN, THAT'S AN ESTIMATE.

09:32AM 7    IT COULD BE WRONG.

09:32AM 8         BUT, YOU KNOW, IF YOU TOOK 32 MILLION DIVIDED BY 4, YOU

09:32AM 9    COULD COME UP WITH A NET OF OR SORT OF A GROSS, THAT WOULD BE

09:32AM 10   THE INDIVIDUAL TAKE.

09:32AM 11        AGAIN, IF WE WENT AND IF WE TOOK FEES OF 10 MILLION, YOU'D

09:32AM 12   BE TALKING ABOUT A $22 MILLION NET SETTLEMENT FUND, AND I'M NOT

09:32AM 13   SURE WHAT THAT COMES OUT TO.

09:32AM 14             THE COURT:  MR. BORDEN IS CALCULATING IT FOR YOU

09:32AM 15   RIGHT NOW.

09:32AM 16             MR. ZAPALA:  BUT, AGAIN, I MEAN, ROUGHLY, WE'RE

09:32AM 17   TALKING ABOUT A 5 PERCENT OVERCHARGE ON, YOU KNOW, THESE

09:32AM 18   PURCHASES AND THEN, OF COURSE, YOU'VE GOT FEES AND COSTS.

09:33AM 19        I THINK I PUT MY PHONE AWAY AND TURNED IT OFF.

09:33AM 20             THE COURT:  I'M JUST -- I'M NOT GOING TO HOLD YOU TO

09:33AM 21   THIS FIGURE, BUT I THINK -- I'M JUST CURIOUS WHAT YOUR INITIAL

09:33AM 22   FIRST PASS THOUGHTS ARE.

09:33AM 23             MR. ZAPALA:  YEAH.  AND THAT WOULD BE WITH THE

09:33AM 24   ENTIRE CLASS PARTICIPATING, OBVIOUSLY.

09:33AM 25             THE COURT:  SURE.

| | | |
|---|---|---|
| 09:33AM | 1 | MR. ZAPALA:  AND THAT'S NOT GOING TO HAPPEN. |
| 09:33AM | 2 | THE COURT:  NO, NO. |
| 09:33AM | 3 | MR. ZAPALA:  SO THE PRO RATA TAKE OBVIOUSLY GOES UP |
| 09:33AM | 4 | FROM THERE. |
| 09:33AM | 5 | THE COURT:  RIGHT.  BUT IF YOU'VE GOT -- IF YOU HAVE |
| 09:33AM | 6 | 3 PERCENT -- |
| 09:33AM | 7 | MR. BORDEN HAS DONE THE MATH, HAVE YOU, MR. BORDEN? |
| 09:33AM | 8 | MR. BORDEN:  I DIDN'T QUITE HEAR ALL OF IT. |
| 09:33AM | 9 | MR. ZAPALA:  I CAN DO IT, YOUR HONOR. |
| 09:33AM | 10 | THE COURT:  SURE.  GO AHEAD. |
| 09:33AM | 11 | (PAUSE IN PROCEEDINGS.) |
| 09:33AM | 12 | THE COURT:  YOUR PHONE IS SMOKING THERE, MR. ZAPALA. |
| 09:33AM | 13 | MR. ZAPALA:  I'M PUTTING IT TO THE TEST, YEAH. |
| 09:34AM | 14 | (PAUSE IN PROCEEDINGS.) |
| 09:34AM | 15 | MR. ZAPALA:  I'LL JUST WALK THROUGH THE CALCULATION |
| 09:34AM | 16 | THAT I DID, AND HOPEFULLY I DID MY MATH RIGHT AND MY HIGH |
| 09:34AM | 17 | SCHOOL MATH TEACHERS COULD BE PROUD. |
| 09:34AM | 18 | I TOOK A NET SETTLEMENT AMOUNT OF I WILL CALL IT |
| 09:34AM | 19 | 22 MILLION AND SAY 10 MILLION COME OUT FOR COSTS AND FEES, AND |
| 09:34AM | 20 | THEN DIVIDED IT BY 120,000, WHICH IS 3 PERCENT OF 4 MILLION, I |
| 09:34AM | 21 | BELIEVE, AND THAT COMES OUT TO $183. |
| 09:34AM | 22 | THE COURT:  OKAY. |
| 09:34AM | 23 | MR. ZAPALA:  SO THAT WOULD BE THE PRO RATA TAKE IF |
| 09:34AM | 24 | THOSE METRICS HOLD UP. |
| 09:34AM | 25 | THE COURT:  SURE.  SURE.  AND FLUCTUATING FROM THAT |

```
09:34AM   1        IT COULD GO UP, IT COULD GO DOWN.
09:34AM   2                MR. ZAPALA:  IF MORE PEOPLE PARTICIPATE, OBVIOUSLY
09:34AM   3        THAT NUMBER WOULD GO DOWN.
09:34AM   4                THE COURT:  AND IT'S NOT DEPENDENT ON THE MODEL OF
09:35AM   5        TELESCOPE THAT THEY PURCHASED, IS IT?  IF SOMEONE PURCHASED A
09:35AM   6        HIGHER END TELESCOPE --
09:35AM   7                MR. ZAPALA:  WELL, IT IS IN SO FAR AS THE
09:35AM   8        5 PERCENT -- THE PERCENTAGE IS APPLIED TO A HIGHER NUMBER, SO
09:35AM   9        THE OVERCHARGE -- SO, FOR EXAMPLE, YOU KNOW A 5 PERCENT
09:35AM  10        OVERCHARGE ON A $100 TELESCOPE WOULD BE $5, AND A 5 PERCENT
09:35AM  11        OVERCHARGE ON A TELESCOPE THAT IS $1,000 IS MORE THAN THAT.
09:35AM  12            SO IT IS SOMEWHAT DEPENDENT BECAUSE SOMEONE WHO HAD $1,000
09:35AM  13        PURCHASE HAS A HIGHER PERCENTAGE OF THE PURCHASE TOTAL THAN THE
09:35AM  14        $100 PERSON IF THAT MAKES SENSE.
09:35AM  15                THE COURT:  SO THAT'S ANOTHER METRIC THAT HAS TO BE
09:35AM  16        MET.
09:35AM  17                MR. ZAPALA:  BECAUSE IT'S PRO RATA.
09:35AM  18                THE COURT:  SO THE $183 SOUNDS LIKE A GREAT NUMBER,
09:35AM  19        BUT SOMEONE WHO BOUGHT AN ENTRY LEVEL TELESCOPE FOR $150 IS
09:35AM  20        UNLIKELY TO GET THAT.
09:35AM  21            IS THAT FAIR?
09:35AM  22                MR. ZAPALA:  I THINK THAT'S FAIR.  AGAIN, I MEAN,
09:35AM  23        THE INDIVIDUAL CLAIMANT WILL TAKE WHATEVER THEIR CORRESPONDING
09:36AM  24        PERCENTAGE IS OF THE DENOMINATOR.  SO TO THE EXTENT THAT THEIR
09:36AM  25        PURCHASE MADE UP 1 PERCENT OF THE CLAIMING PURCHASES, THEY
```

| | | |
|---|---|---|
| 09:36AM | 1 | WOULD GET 1 PERCENT OF THE NET SETTLEMENT FUND. |
| 09:36AM | 2 | THE COURT:  OKAY. |
| 09:36AM | 3 | MR. ZAPALA:  THAT'S THE NATURE OF A PRO RATA |
| 09:36AM | 4 | DISTRIBUTION. |
| 09:36AM | 5 | THE COURT:  SURE. |
| 09:36AM | 6 | MR. ZAPALA:  AND I WILL SAY, AND I THINK WE SET |
| 09:36AM | 7 | FORTH IN OUR PAPERS, BUT THAT'S THE STANDARD DISTRIBUTION |
| 09:36AM | 8 | SCHEME IN AN ANTITRUST CASE.  AND I HAVE DONE LOTS OF THEM IN |
| 09:36AM | 9 | MY CAREER, AND I CAN'T THINK OF A SINGLE DISTRIBUTION MECHANISM |
| 09:36AM | 10 | WHERE WE HAVE NOT DONE IT IN THIS MANNER. |
| 09:36AM | 11 | THE COURT:  SURE.  AND LET'S TALK ABOUT THE NOTICE |
| 09:36AM | 12 | THEN. |
| 09:36AM | 13 | MR. ZAPALA:  SURE. |
| 09:36AM | 14 | THE COURT:  IN THE CASES THAT YOU'VE DONE, DO YOU |
| 09:36AM | 15 | EVER NOTIFY THE CONSUMERS ABOUT WHAT PRO RATA MEANS TO THE |
| 09:36AM | 16 | DETAIL THAT WE JUST DID? |
| 09:36AM | 17 | MR. ZAPALA:  IT'S SET FORTH IN THE LONG FORM NOTICE, |
| 09:36AM | 18 | AND I HAVE NEVER -- IT'S ALWAYS BEEN SET FORTH, FRANKLY, IN THE |
| 09:36AM | 19 | MANNER THAT WE SET IT FORTH IN THIS NOTICE. |
| 09:36AM | 20 | THE COURT:  RIGHT. |
| 09:36AM | 21 | MR. ZAPALA:  IF YOU WOULD LIKE US TO DESCRIBE IT |
| 09:36AM | 22 | MORE, WE CAN CERTAINLY DO THAT. |
| 09:36AM | 23 | THE COURT:  THIS IS A WORK IN PROGRESS, "THIS" BEING |
| 09:37AM | 24 | NOTICE TO THE CLASS.  AS YOU SAY, SOCIAL MAILS CHANGE.  AND DO |
| 09:37AM | 25 | PEOPLE READ SNAIL MAIL ANYMORE?  I HOPE THEY DO.  WE WANT TO |

09:37AM 1     KEEP THE POST OFFICE GOING.  THAT'S IMPORTANT.

09:37AM 2         BUT PEOPLE SHIFT TO ELECTRONIC COMMUNICATIONS, AND THEN WE

09:37AM 3     HAVE TO SHIFT OUR MESSAGING TO THEM BECAUSE WE KNOW PEOPLE

09:37AM 4     SPEND, WHAT, 1.2 SECONDS ON AN EMAIL LOOKING AT THE HEADER, AND

09:37AM 5     IT'S EASIER TO HIT DELETE THAN IT IS TO OPEN IT AND READ IT, SO

09:37AM 6     WE WANT TO CAPTURE AS MANY --

09:37AM 7         MR. ZAPALA:  RIGHT.  AND THAT'S WHY I REALLY THINK

09:37AM 8     THE MULTI LAYERED APPROACH IS THE BEST WAY TO GO.  BECAUSE IF

09:37AM 9     YOU JUST GO SNAIL MAIL, AND YOU'RE GIVING THEM ONE CHANCE, AND

09:37AM 10     IF YOU GO SNAIL MAIL AND MEDIA, YOU'RE INCREASING THE

09:37AM 11     LIKELIHOOD THAT YOU'LL CATCH THEIR ATTENTION.

09:37AM 12         THE COURT:  SURE.  OKAY.  SO LET'S -- LET ME --

09:37AM 13     LET'S SEE.  I DID HAVE SOME QUESTIONS ABOUT -- LET'S GO TO THE

09:37AM 14     CLAIM FORM FIRST.

09:37AM 15         MR. ZAPALA:  SURE.

09:37AM 16         THE COURT:  THAT'S EXHIBIT E I THINK.

09:37AM 17         MR. ZAPALA:  YES.

09:37AM 18         THE COURT:  AND ON THE CLAIM FORM, I THINK IT'S

09:38AM 19     PAGE 1 IS WHAT I'M LOOKING AT, ON THE BOTTOM IT SAYS -- AND

09:38AM 20     THERE'S CLAIM FORM, CLASS MEMBER INFORMATION.  THIS IS WHAT THE

09:38AM 21     CONSUMER WOULD FILL OUT --

09:38AM 22         MR. ZAPALA:  CORRECT.

09:38AM 23         THE COURT:  -- INITIALLY.  AND THIS IS GOING TO BE

09:38AM 24     DONE EITHER ON AN EMAIL FORM OR RETURN BY A SNAIL MAIL?

09:38AM 25         MR. ZAPALA:  YES, THIS CAN BE DONE -- SO THIS WILL

09:38AM  1    BE DOWNLOADED FROM THE WEBSITE SO CONSUMERS WILL GET A NOTICE.

09:38AM  2        IF THEY'RE GETTING A MAILED NOTICE, THEY WILL GET THE

09:38AM  3    CLAIM FORM.  IF THEY'RE GETTING AN EMAILED NOTICE BECAUSE WE

09:38AM  4    DON'T HAVE A RESIDENTIAL ADDRESS --

09:38AM  5            THE COURT:  RIGHT.

09:38AM  6            MR. ZAPALA:  -- THEY CAN USE THAT NOTICE TO GO ON

09:38AM  7    THE WEBSITE AND DOWNLOAD THE CLAIM FORM AND DO IT

09:38AM  8    ELECTRONICALLY.

09:38AM  9            THE COURT:  OKAY.  GREAT.

09:38AM  10           MR. ZAPALA:  AND THAT'S AVAILABLE TO ANYONE,

09:38AM  11    INCLUDING PEOPLE WHO ONLY RECEIVE THE NOTICE BY MAIL.  ANYONE

09:38AM  12    CAN SUBMIT ELECTRONICALLY OR REQUEST A PAPER COPY.

09:38AM  13           THE COURT:  OKAY.  SO ON THIS FORM I LOOKED BELOW

09:38AM  14    THE CLASS MEMBER INFORMATION, THIS IS THE INITIAL FORM THAT

09:38AM  15    THEY SAY, YES, I'D LIKE TO BE PART OF THIS CLASS OR THE CLAIM

09:38AM  16    FORM THEY HAVE TO FILL OUT.

09:39AM  17        THE LANGUAGE BELOW IN ITALICS SAYS, "FAILURE TO ADD YOUR

09:39AM  18    UNIQUE CLAIM I.D."  AND IF I'M A CONSUMER, I LOOK AT THIS AND I

09:39AM  19    THINK, OH, DEAR, WHERE IS MY UNIQUE CLAIM I.D.?

09:39AM  20           MR. ZAPALA:  THAT'S ON THE NOTICE ITSELF.

09:39AM  21           THE COURT:  OKAY.

09:39AM  22           MR. ZAPALA:  SO WHEN THEY RECEIVE NOTICE OF THE

09:39AM  23    SETTLEMENT, EACH NOTICE WILL HAVE A UNIQUE IDENTIFIER ON IT,

09:39AM  24    AND THEY JUST NEED TO INCLUDE THAT IN THE CLAIM FORM.

09:39AM  25           THE COURT:  OKAY.

09:39AM  1        MR. ZAPALA:  AND AGAIN, THAT LANGUAGE SOUNDS HARSH

09:39AM  2    IN A WAY, BUT THEY CAN CONTACT THE CLAIMS ADMINISTRATOR TO GET

09:39AM  3    THAT IF THEY LOSE IT.  IT'S NOT ALL IS LOST.  WE DO EVENTUALLY

09:39AM  4    NEED TO GET IT.  AND THE CLAIMS ADMINISTRATOR --

09:39AM  5        THE COURT:  HERE'S MY SUGGESTION, SHOULD WE --

09:39AM  6    "FAILURE TO ADD YOUR UNIQUE CLAIM I.D.," AND THEN IN

09:39AM  7    PARENTHESIS, "FOUND ON YOUR NOTICE," OR SOMETHING LIKE THAT?

09:39AM  8        MR. ZAPALA:  SURE.

09:39AM  9        THE COURT:  OR "SEE NOTICE," SOMETHING LIKE THAT.

09:39AM 10      AND THEN FLIPPING TO PAGE 2, PAYMENT SELECTION.

09:40AM 11        MR. ZAPALA:  YES.

09:40AM 12        THE COURT:  AND, YOU KNOW, OF COURSE -- PARDON ME.

09:40AM 13    AND I LOOK AT THAT AND I THINK DOES THAT MEAN I HAVE TO PAY OR

09:40AM 14    DOES THAT MEAN HOW I'M GOING TO RECEIVE?

09:40AM 15      SO SHOULD WE SAY, "HOW WOULD YOU LIKE TO RECEIVE YOUR

09:40AM 16    PAYMENT," OR SOMETHING LIKE THAT?

09:40AM 17        MR. ZAPALA:  ABSOLUTELY.

09:40AM 18        THE COURT:  AND THEN THEY UNDERSTAND, I THINK.

09:40AM 19    PARDON ME FOR -- YOU KNOW, I DON'T MEAN TO SAY I'M DUMBING THIS

09:40AM 20    DOWN, BUT I WANTED TO MAKE IT ACCESSIBLE FOR EVERYBODY.

09:40AM 21        MR. ZAPALA:  YOUR HONOR, NOT AT ALL.  I THINK THIS

09:40AM 22    IS A VERY USEFUL EXERCISE.  CLAIMS ADMINISTRATORS AND CLASS

09:40AM 23    COUNSEL GET INTO THESE RHYTHMS AND CERTAIN WAYS THAT THEY DO

09:40AM 24    THINGS, AND IT'S USEFUL TO HAVE THAT DISRUPTED IN A LOT OF

09:40AM 25    WAYS.

| | | |
|---|---|---|
| 09:40AM | 1 | THE COURT:  I JUST HAD A PASSING QUESTION ABOUT THIS |
| 09:40AM | 2 | AS WELL.  THIS INFORMATION THAT IS OBTAINED HERE, IS THIS |
| 09:40AM | 3 | CONFIDENTIAL, THE PAYPAL, THE ZELLE, AND THE VENMO, ALL OF |
| 09:41AM | 4 | THOSE NUMBERS AND ALL OF THAT, IS THAT CONFIDENTIAL TO -- |
| 09:41AM | 5 | MR. ZAPALA:  WELL, WE HAVE EVERY INTENTION OF |
| 09:41AM | 6 | KEEPING IT CONFIDENTIAL.  WHETHER IT'S CONSIDERED CONFIDENTIAL |
| 09:41AM | 7 | IN SOME LIKE MACRO SENSE, I DON'T KNOW.  IT'S JUST AN ACCOUNT |
| 09:41AM | 8 | NUMBER. |
| 09:41AM | 9 | THE COURT:  YES. |
| 09:41AM | 10 | MR. ZAPALA:  BUT OUR CLAIMS ADMINISTRATOR HAS |
| 09:41AM | 11 | EXTENSIVE CONFIDENTIALITY PROTECTIONS AS ANY ENTITY DOES |
| 09:41AM | 12 | NOWADAYS THAT HAS TO PROTECT DATA. |
| 09:41AM | 13 | SO THIS ISN'T GOING TO BE SHARED -- THIS IS NOT SHARED |
| 09:41AM | 14 | WITH ANYONE OTHER THAN THE CLAIMS ADMINISTRATOR AND THE CLASS |
| 09:41AM | 15 | MEMBER, UNLESS THE CLASS MEMBER DISCLOSES IT TO SOMEBODY ELSE. |
| 09:41AM | 16 | THE COURT:  SHOULD YOU TELL THEM THAT OR IS THAT |
| 09:41AM | 17 | NECESSARY? |
| 09:41AM | 18 | MR. ZAPALA:  SURE.  WE CAN PUT SOMETHING IN THERE |
| 09:41AM | 19 | THAT SAYS, YOU KNOW, THE CLAIMS ADMINISTRATOR WILL KEEP THIS |
| 09:41AM | 20 | INFORMATION CONFIDENTIAL. |
| 09:41AM | 21 | THE COURT:  SOMETHING LIKE THAT.  OF COURSE THAT |
| 09:41AM | 22 | CREATES -- I'LL SEE IN ABOUT ANOTHER YEAR AND A HALF -- SOME |
| 09:41AM | 23 | BREACH OF LAWSUITS FROM THE CLAIMS ADMINISTRATOR, RIGHT? |
| 09:41AM | 24 | MR. ZAPALA:  WHICH JUST HAPPENED, BELIEVE IT OR NOT. |
| 09:41AM | 25 | WE HAD A DATA BREACH.  NOT OUR CLAIMS ADMINISTRATOR, |

09:41AM 1  THANKFULLY, BUT A CLAIMS ADMINISTRATOR HAS HAD A DATA BREACH.

09:42AM 2          THE COURT:  RIGHT.  OKAY.  THAT WAS A QUESTION THAT

09:42AM 3  I HAVE.

09:42AM 4          MR. ZAPALA:  SURE.  I'VE NOTED IT, AND WE'LL MAKE

09:42AM 5  THAT CHANGE, YOUR HONOR.

09:42AM 6          THE COURT:  LET'S SEE.  THE OTHER QUESTION I HAD, DO

09:42AM 7  WE NEED TO DO ANY LANGUAGE ISSUES IN ANY OF THESE FORMS OR

09:42AM 8  NOTICES?

09:42AM 9          MR. ZAPALA:  THE NOTICES ARE PROVIDED -- WE DON'T

09:42AM 10 SEND THEM OUT IN THE FIRST LANGUAGE, BUT THEY ARE AVAILABLE ON

09:42AM 11 THE WEBSITE IN DIFFERENT LANGUAGES.  AND WE INTEND TO DO THAT

09:42AM 12 IN SPANISH -- AND I THINK JUST SPANISH.

09:42AM 13         THE COURT:  OKAY.  LET'S SEE.  THE EMAIL NOTICE IS

09:42AM 14 IN EXHIBIT B, I BELIEVE, IT'S 391-2B.

09:42AM 15         MR. ZAPALA:  I THINK EXHIBIT B AT LEAST I THINK IS

09:42AM 16 THE POSTCARD NOTICE, BUT THEY'RE FUNCTIONALLY VERY SIMILAR.

09:42AM 17         THE COURT:  YES, THEY ARE THE SAME, RIGHT.

09:42AM 18         MR. ZAPALA:  AND EXHIBIT A IS THE EMAIL NOTICE.

09:42AM 19         THE COURT:  GOT IT.  YES.  THANK YOU.

09:42AM 20     I'M LOOKING AT EXHIBIT A, THE EMAIL NOTICE, AND THERE'S A

09:43AM 21 LOT OF LANGUAGE THERE.

09:43AM 22         MR. ZAPALA:  UH-HUH.

09:43AM 23         THE COURT:  HOW DO WE KEEP SOMEONE'S ATTENTION?

09:43AM 24         MR. ZAPALA:  NUMBER ONE, I WILL SAY THAT VERITA HAS

09:43AM 25 OPINED IN THEIR DECLARATION THAT THIS DOES COMPLY WITH THE

09:43AM 1    PLAIN LANGUAGE REQUIREMENT.

09:43AM 2              THE COURT:  YES.

09:43AM 3              MR. ZAPALA:  IT'S A BALANCING ACT, RIGHT?

09:43AM 4         ON THE ONE HAND RULE 23 REQUIRES THAT YOU DISCLOSE CERTAIN

09:43AM 5    INFORMATION TO CLASS MEMBERS, ON THE OTHER YOU WANT TO KEEP IT

09:43AM 6    SIMPLE AND READABLE.  THIS IS THE BEST BALANCE THAT WE HAVE

09:43AM 7    COME UP WITH IN TERMS OF INFORMING THE CLASS MEMBERS OF THE

09:43AM 8    INFORMATION THAT THEY NEED TO KNOW ABOUT THE SETTLEMENT, AND

09:43AM 9    THAT'S REQUIRED BY RULE 23, FRANKLY.

09:43AM 10        IT'S ALWAYS A BALANCE, AND WE'RE HAPPY TO TAKE

09:43AM 11   SUGGESTIONS.  BUT I THINK I WILL SAY IN TERMS OF MY EXPERIENCE,

09:43AM 12   THIS IS VERY SIMILAR IN NATURE TO THE SHORT FORM NOTICES THAT

09:43AM 13   ARE OFTEN APPROVED BY DISTRICT COURTS.

09:43AM 14             THE COURT:  AND I GUESS WHAT REALLY POPULATES THIS

09:43AM 15   NOTICE IS THE PARTIES, DOESN'T IT?

09:43AM 16             MR. ZAPALA:  EXACTLY, YEAH.  I SUSPECT THAT CLASS

09:44AM 17   MEMBERS WILL GLOSS OVER THAT INFORMATION TO SOME DEGREE, RIGHT?

09:44AM 18   I DON'T KNOW THAT THEY'LL READ SYNTA CANADA INTERNATIONALLY

09:44AM 19   SUPER CLOSELY, BUT I THINK THEY'LL GET A SENSE OF WHO THE

09:44AM 20   PARTIES ARE.

09:44AM 21        ONE OF THE THINGS THAT ALSO TAKES UP A LOT OF SPACE IS THE

09:44AM 22   LISTING OF THE INDIRECT PURCHASER STATES, WHICH IS IMPORTANT

09:44AM 23   OBVIOUSLY FOR CLASS MEMBERS TO KNOW BECAUSE IF THEY KNOW, FOR

09:44AM 24   EXAMPLE, WELL, GEE, I ACTUALLY BOUGHT MY TELESCOPE IN TEXAS,

09:44AM 25   RIGHT, I SOMEHOW GOT THIS NOTICE.  THAT'S IMPORTANT FOR THEM TO

09:44AM  1    KNOW BECAUSE THEY WOULD KNOW ACTUALLY, A, THEY'RE NOT PART OF

09:44AM  2    THE CLASS ACTUALLY, BUT, B, THEY WOULDN'T BE ENTITLED TO

09:44AM  3    PARTICIPATE IN THE SETTLEMENT.

09:44AM  4        SO AGAIN, IT KIND OF MAKES IT LONGER, BUT IT'S NECESSARY

09:44AM  5    INFORMATION FOR CLASS MEMBERS.

09:44AM  6            THE COURT:  MAY I SUGGEST UNDER THE "WHO IS

09:44AM  7    INCLUDED," AND THEN THAT FIRST SENTENCE, MAYBE -- COULD WE BOLD

09:44AM  8    THAT?

09:44AM  9            MR. ZAPALA:  YES.  SURE.

09:44AM 10            THE COURT:  "RECORDS COLLECTED DURING THE LITIGATION

09:44AM 11    INDICATE THAT YOU MIGHT BE COVERED BY THE SETTLEMENT."

09:44AM 12            MR. ZAPALA:  UH-HUH.  BOLD THAT LANGUAGE?

09:45AM 13            THE COURT:  YES, I THINK SO.  THAT WOULD CAPTURE

09:45AM 14    SOMEONE'S ATTENTION, I THINK.

09:45AM 15        AND THESE NOTICES ARE TRYING TO -- PARDON ME, THAT'S THE

09:45AM 16    HOOK TO GET SOMEBODY TO COMPLETE THE APPLICATION.

09:45AM 17        WHAT DOES THE SETTLEMENT PROVIDE?  IF AGREED TO, CREATE

09:45AM 18    32 MILLION SETTLEMENT FUND TO PROVIDE CASH PAYMENTS TO CLASS

09:45AM 19    MEMBERS WHO SUBMIT A VALID CLAIM FORM.

09:45AM 20        MAYBE -- CAN WE PUT -- YOU TELL ME, TOO -- "YOU HAVE BEEN

09:45AM 21    IDENTIFIED AS A POTENTIAL," IN BOLD OR SOMETHING?

09:45AM 22            MR. ZAPALA:  IN THE FIRST PARAGRAPH?

09:45AM 23            THE COURT:  WELL, SHOULD WE PUT THAT IN, "WHAT DOES

09:45AM 24    THE SETTLEMENT PROVIDE?" CATEGORY ALSO.

09:45AM 25            MR. ZAPALA:  YOU WANT TO PUT THAT UNDER "WHO IS

09:45AM  1      INCLUDED?"

09:45AM  2              THE COURT:  "WHAT THE SETTLEMENT PROVIDES."

09:46AM  3              MR. ZAPALA:  GOT IT.

09:46AM  4              THE COURT:  MY SENSE IS THAT IF YOU ATTACH THE

09:46AM  5      POSSIBILITY THAT THEY ARE A PLAINTIFF, A VALID CLAIMANT NEXT TO

09:46AM  6      THE $32 MILLION, THAT PROBABLY GETS SOME ATTENTION.

09:46AM  7              MR. ZAPALA:  GOT IT.  WE'LL MAKE THAT CHANGE,

09:46AM  8      YOUR HONOR.  THANK YOU.

09:46AM  9              THE COURT:  JUST OWING TO HUMAN NATURE.

09:46AM  10             MR. ZAPALA:  YEAH.

09:46AM  11             THE COURT:  THOSE WERE REALLY THE ONLY SUGGESTIONS

09:46AM  12     THAT I HAD.

09:46AM  13         THE OPT-OUT TIME PERIOD AND THE TIME TO OBJECT.

09:46AM  14             MR. ZAPALA:  YES, THAT'S SET FORTH IN OUR MOTION ON

09:46AM  15     PAGE 24 WHICH WOULD BE CUED OFF OF 104 DAYS.  I KNOW IT SOUNDS

09:46AM  16     LIKE A STRANGE NUMBER, BUT 104 DAYS FROM THE PRELIMINARY

09:46AM  17     APPROVAL ORDER, WHICH IS REALLY ROUGHLY TWO MONTHS FROM WHEN

09:46AM  18     THIS GOES OUT.  WE WANT TO HAVE ENOUGH TIME THAT NOTICE GOES

09:46AM  19     OUT.  YOU KNOW, YOU'LL WANT AN OBJECTION EXCLUSION DEADLINE TO

09:47AM  20     WHEN NOTICE WENT OUT BECAUSE IT DOESN'T GIVE PEOPLE ENOUGH TIME

09:47AM  21     TO CONSIDER WHEN THEIR OPTIONS ARE.  SO NOTICE GOES OUT AND

09:47AM  22     THERE'S A TWO-MONTH PERIOD, A LITTLE OVER A TWO-MONTH PERIOD

09:47AM  23     FOR PEOPLE TO CONSIDER THE SETTLEMENT, CONSIDER WHETHER THEY

09:47AM  24     WANT TO REMAIN PART OF THE SETTLEMENT, AND CONSIDER WHETHER

09:47AM  25     THEY WANT TO OBJECT OR OPT OUT.

09:47AM 1        OBVIOUSLY IN THE INTERIM, THE MOTION FOR ATTORNEYS' FEES

09:47AM 2    WILL BE FILED BEFORE THAT SO THEY CAN SEE THAT AS WELL AND

09:47AM 3    DETERMINE WHETHER THEY WANT TO OBJECT TO THAT.

09:47AM 4        THE COURT:  OKAY.

09:47AM 5        MR. ZAPALA:  CONSISTENT WITH THE PROCEDURAL GUIDANCE

09:47AM 6    ON CLASS ACTION SETTLEMENTS IN THE NORTHERN DISTRICT.

09:47AM 7        THE COURT:  GREAT.  WELL, THOSE WERE THE ONLY

09:47AM 8    QUESTIONS THAT I HAD.

09:47AM 9        MR. FROST, ANYTHING YOU WOULD LIKE TO ADD, SIR?

09:47AM 10        MR. FROST:  NO, YOUR HONOR, NOTHING FROM DEFENDANTS.

09:47AM 11        THE COURT:  OKAY.  THANK YOU.  ANYTHING FURTHER,

09:47AM 12    MR. ZAPALA?

09:47AM 13        MR. ZAPALA:  NO, YOUR HONOR.  I'M HAPPY TO ANSWER

09:47AM 14    ANY QUESTIONS, BUT, AGAIN, I'M VERY PLEASED THAT WE CAN BRING

09:47AM 15    THIS LITIGATION TO A CLOSE AND TRY TO GET MONEY TO THE CLASS

09:47AM 16    MEMBERS.

09:47AM 17        THE COURT:  GREAT.  OKAY.  WELL, THANK YOU.  THANKS

09:48AM 18    FOR WALKING ME THROUGH THIS AND ANSWERING MY QUESTIONS.

09:48AM 19        I DO FIND THAT RULE 23 FACTORS HAVE BEEN MET HERE FOR

09:48AM 20    PRELIMINARY APPROVAL.  THIS DOES APPEAR TO BE AN APPROPRIATE

09:48AM 21    SETTLEMENT.  IT'S AN ARM'S LENGTH NEGOTIATION.  AS COUNSEL

09:48AM 22    SAID, THERE WERE SUBSTANTIAL MOTION PRACTICE, DISCOVERY

09:48AM 23    PRACTICE IN FRONT OF THE MAGISTRATE JUDGE, AND THE SETTLEMENT

09:48AM 24    DID ARISE FROM CONSIDERABLE TIME SPENT WITH A MAGISTRATE JUDGE.

09:48AM 25    SO I WILL GRANT PRELIMINARY APPROVAL OF THE SETTLEMENT.

09:48AM  1          WHAT DATE SHOULD WE SET THEN FOR FINAL?

09:48AM  2              MR. ZAPALA:  IF I MAY SUGGEST, YOUR HONOR, BECAUSE

09:48AM  3      THE DATES ARE KEYED OFF OF YOUR PRELIMINARY APPROVAL ORDER, WE

09:48AM  4      COULD SUBMIT A NEW PROPOSED ORDER THAT FIXES THOSE DATES --

09:48AM  5              THE COURT:  SURE.

09:48AM  6              MR. ZAPALA:  -- ASSUMING THAT THE PRELIMINARY

09:48AM  7      APPROVAL ORDER IS ENTERED SORT OF THE SAME DAY, OR WHATEVER.

09:48AM  8      SO WE CAN DO THAT THROUGH YOUR WORK PORTAL, IF THAT'S EASIER

09:49AM  9      FOR YOU?

09:49AM  10              THE COURT:  THAT'S FINE.  IF YOU WANT TO SUBMIT

09:49AM  11      SOMETHING OR PREPARE A FORM AND SUBMIT IT, AND THEN WE'LL SIGN

09:49AM  12      IT, AND THEN THE DATES WILL BE FLOWING APPROPRIATELY.

09:49AM  13              MR. ZAPALA:  WE'LL DO THAT.  THANK YOU.

09:49AM  14          AND I THINK WE INCLUDED A PROPOSED ORDER, AND WHAT I'LL DO

09:49AM  15      IS TAKE THAT PROPOSED ORDER AND PUT THE FIXED DATES ON THERE

09:49AM  16      BASED ON TODAY'S DATE.

09:49AM  17              THE COURT:  AND WE'LL CALENDAR IT ON A DATE THAT IS

09:49AM  18      APPROPRIATE FOR OUR CALENDARS AS WELL THAT IS AS CLOSE AS

09:49AM  19      POSSIBLE TO THE TARGET DATE.

09:49AM  20              MR. ZAPALA:  RIGHT.  I THINK WE HAD SET FORTH, AND

09:49AM  21      I'M NOT SURE WHAT THAT WOULD BE, BUT 154 DAYS FROM TODAY WOULD

09:49AM  22      BE THE FINAL APPROVAL HEARING.

09:49AM  23          SO I'M NOT SURE WHAT THAT IS, AND I DON'T KNOW IF THAT'S

09:49AM  24      CONVENIENT FOR THE COURT, BUT WE'LL PUT THAT IN THE PROPOSED

09:49AM  25      ORDER.

09:49AM 1          THE COURT:  THAT'S GREAT.

09:49AM 2          MR. ZAPALA, I JUST WANT TO THANK YOU AND YOUR TEAM, AND,

09:49AM 3     MR. FROST, YOU AND YOUR TEAM FOR REACHING THIS SETTLEMENT.

09:49AM 4          JUST, MR. ZAPALA, IF YOU COULD OFFER YOUR ASSISTANCE IN

09:49AM 5     SETTLING ANY OTHER TELESCOPE CASES, WE WOULD BE GRATEFUL.

09:49AM 6          MR. ZAPALA:  YOUR HONOR, I WOULD BE MORE THAN HAPPY

09:49AM 7     TO DO THAT ONCE WE REACH FINAL APPROVAL, I CAN TURN MYSELF INTO

09:50AM 8     A MEDIATOR AND DO WHATEVER YOU NEED.  I'D BE HAPPY TO WORK FOR

09:50AM 9     FREE ON THAT.

09:50AM 10          THE COURT:  I DON'T KNOW.  IN THE UNIVERSE OF

09:50AM 11     TELESCOPE CASES AND LITIGATION THERE MIGHT BE SOME OTHER STRAY

09:50AM 12     COMMENT FLOATING OUT THERE THAT COULD BENEFIT FROM SOME

09:50AM 13     SUBSTANTIAL GRAVITY.

09:50AM 14          MR. ZAPALA:  I'M READY AND WILLING AND READY TO ROLL

09:50AM 15     UP MY SLEEVES, YOUR HONOR.

09:50AM 16          THE COURT:  GREAT.  THANK YOU.  SEE YOU SOON.  THANK

09:50AM 17     YOU.

09:50AM 18          (COURT CONCLUDED AT 9:50 A.M.)

19

20

21

22

23

24

25

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074
17

18       DATED:  NOVEMBER 1, 2024
19

20

21

22

23

24

25