CHRISTOPHER FROST (SBN 200336)
chris@wgfcounsel.com
ASHLEY MORRIS (SBN 225455)
ashley@wgfcounsel.com
JOHN MAATTA (SBN 83683)
john@wgfcounsel.com
WEINBERG GONSER FROST, LLP
10866 Wilshire Blvd., PH 1650
Los Angeles, California 90024
Telephone: (424) 407-4119
Facsimile: (424) 238-3060

Attorneys for Defendants,
Synta Technology Corp. of Taiwan; Suzhou Synta Optical Technology Co.; Nantong Schmidt Opt-Electrical Technology Co. Ltd.; Synta Canada International Enterprises Ltd.; Pacific Telescope Corp.; Olivon Manufacturing Co. Ltd.; SW Technology Corp.; Celestron Acquisition, LLC; Olivon USA LLC; David Shen; Joseph Lupica; and David Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: TELESCOPE ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| | Case No. 5:20-cv-03642-EJD |
| This document relates to | *The Hon. Edward J. Davila* |
| SPECTRUM SCIENTIFICS LLC, RADIO CITY, INC., and those similarly situated, | **DEFENDANTS' FURTHER SUBMISSION PURSUANT TO COURT'S ORDER** [Dkt. 332 and 400] |
| Plaintiff, | |
| vs. | |
| CELESTRON ACQUISITION, LLC, SYNTA CANADA INT'L ENTERPRISES LTD., SKYWATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50, | |
| Defendants. | |

Pursuant to the Court's April 25, 2023 Order (Dkt. Nos. 332 and 400), the Plaintiffs selected 37 "representative" document entries for *in camera* submission in connection with Plaintiffs' March 1, 2023 Motion to Compel (Dkt. No. 305). Defendants hereby provide notice that the 37 representative documents at issue in the March 1, 2023 Motion to Compel are being submitted to the Court for *in camera* review on April 28, 2023.

Defendants further advise the Court that of the 37 representative documents submitted for *in camera* review, 31 of them are part of the "clawback documents" that are at issue in Defendants' Motion to Compel further Discovery Responses. (Case No. 20-3642, Dkt. No. 359). Those 31 documents that are at issue in Defendants' Motion to Compel are listed below, and are also identified accordingly on the hard copy documents submitted for *in camera* review:

**Amended Clawback Log No. 2**

Entry No. 3 - (control #36594200)
Entry No. 29 - (control #36381967)

**Amended Clawback Log No. 3**

Entry No. 4 - (control #36331068)
Entry No. 14 - (control #36337068)
Entry No. 19 - (control #36360159)
Entry No. 22 - (control #36366243)
Entry No. 25 - (control #36369635)
Entry No. 28 - (control #36374166)
Entry No. 38 - (control #36380259)
Entry No. 47 - (control #36394250)
Entry No. 48 - (control #36395475)
Entry No. 49 - (control #36395500)
Entry No. 55 - (control #36410458)
Entry No. 58 - (control #36413235)
Entry No. 60 - (control #36423026)
Entry No. 61 - (control # 36424160)
Entry No. 71 - (control# 36437405)
Entry No. 72 - (control#36442697)
Entry No. 77 - (control#36453296)
Entry No. 80 - (control#36465162)
Entry No. 83 - (control# 36469960)
Entry No. 84 - (control#36469993)
Entry No. 86 - (control#36479068)
Entry No. 95 - (control#36488804)
Entry No. 96 - (control#3648819)
Entry No. 109 - (control#36795359)
Entry No. 110 - (control#36795910)
Entry No. 111 - (control#36795913)

Entry No. 112 - (control#36796082)
Entry No. 122 - (control#36831388)
Entry No. 127 - (control#36929363)

DATED:  April 28, 2023                         WEINBERG GONSER FROST LLP

                                               By: _____
                                               CHRISTOPHER FROST
                                               JOSHUA STAMBAUGH
                                               ASHLEY MORRIS
                                               Attorney for Defendants, Synta Technology Corp. of Taiwan; Suzhou Synta Optical Technology Co.; Nantong Schmidt Opt-Electrical Technology Co. Ltd.; Synta Canada International Enterprises Ltd.; Pacific Telescope Corp.; Olivon Manufacturing Co. Ltd.; SW Technology Corp.; Celestron Acquisition, LLC; Olivon USA LLC; David Shen; Joseph Lupica; and David Anderson