J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Ellen V. Leonida, Esq. (SBN: 184194)
  leonida@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
Ellis E. Herington, Esq. (SBN: 343085)
  herington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR REPRESENTATIVE
PLAINTIFF RADIO CITY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| SPECTRUM SCIENTIFICS LLC, RADIO CITY, INC., and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>Defendants. | **DIRECT PURCHASER PLAINTIFFS' NOTICE OF PUBLICLY FILED DOCUMENTS PURSUANT TO COURT ORDER RE: ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (ECF NO. 417)**<br><br>**Compl. Filed:** June 1, 2020<br>**Third Am. Compl. Filed:** August 31, 2021<br>**Trial Date:** None Set |

Pursuant to the Court's Order of June 8, 2023 (ECF No. 417), Direct Purchaser Plaintiffs ("DPPs") hereby respectfully enclose and publicly file the sealed versions of the documents listed below on the Court docket. For ease of reference, DPPs have identified the document title and ECF number of the documents subject to the Court's Order in the chart below.

| Document Title | ECF No. |
|---|---|
| Reply Declaration of Christopher Groves in Support of DPPs' Reply in Support of Motion to Enforce Discovery Order and for Sanctions for Violations of Court Orders | 345-1 |
| Exhibit 2 to the Declaration of Ronald J. Fisher in Support of DPPs' Reply in Support of Motion to Enforce Discovery Order and for Sanctions for Violations of Court Orders | 345-4 |
| DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375 |
| Exhibit 1 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-3 |
| Exhibit 2 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-4 |
| Exhibit 3 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One Plaintiffs' Compliance With Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-5 |
| Exhibit 4 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-6 |
| Exhibit 6 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-8 |
| Exhibit 7 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-9 |

| Document Title | ECF No. |
|---|---|
| Exhibit 9 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-11 |
| Exhibit 10 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-12 |
| Exhibit 11 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-13 |
| Exhibit 15 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-17 |
| Exhibit 18 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-20 |
| Exhibit 19 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-21 |
| Exhibit 21 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-23 |
| Exhibit 27 to the Declaration of Ronald J. Fisher in Support of DPPs' Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 375-29 |
| Corrected Opposition to Defendants' Motion to Compel Plaintiffs' Compliance with Defendants' Requests for Production, Set Four, and Defendant Synta's Interrogatories, Set One | 377-1 |

Dated:  June 14, 2023

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:   /s/ Matthew Borden
         Matthew Borden

Attorneys for Direct Purchaser Plaintiffs