UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case Nos.  20-cv-03642-EJD (VKD)<br>20-cv-03639-EJD (VKD)<br><br>**ORDER FOR FURTHER STATUS REPORT**<br><br>Re: Dkt. Nos. 318, 420 |

On June 7, 2023, the Court ordered the parties to file a joint status report on June 14, 2023 advising it of the parties' efforts to resolve their disputes relating to the defendants' production of transactional data pursuant to its November 9, 2022 discovery order. *See* Dkt. No. 416. The parties timely filed their report and the Court has now reviewed it. *See* Dkt. No. 420.

IPPs indicate that they are reviewing recently produced materials, but assert that defendants likely have not completed their production of transactional data. *Id.* at 4, 5. DPPs contend that defendants have still not produced three categories of transactional data. *Id.* at 2. Defendants report that they are investigating additional data sources and producing additional transactional data and information, and that they will respond to the plaintiffs' outstanding questions. *Id.* at 5-6, 7.

Defendants must promptly complete their investigation of the additional data sources identified in the status report, and must promptly complete their production of the additional data that they indicate in the report they will produce to plaintiffs. The parties (DPPs, IPPs, and defendants) must file a further joint status report advising the Court of the status of defendants' production of transactional data on **June 30, 2023**.

**IT IS SO ORDERED.**

Dated: June 15, 2023

                                              VIRGINIA K. DEMARCHI
                                              United States Magistrate Judge