# EXHIBIT 13

**From:** James-Junwen Chiu <jameschiu@sunnyoptics.com.cn>
**Sent:** Wednesday, January 21, 2015 11:50 PM
**To:** hcsynta
**Cc:** jackwu@sysnix.com.tw
**Subject:** Orion StarBlast 4.5 EQ Reflector

Joyce,

RE StarBlast 4.5 EQ Reflector-
关于这个产品, 客户要求的价格 USD88.00 实在太低, 为了服务 客人, 可否 Synta 只加 USD2, 给客人 USD90/PC.
这样我们把这个项目接下来.
谢谢!

James

> Price USD88.00 offered by the customer is too low. To keep the customer, if it is possible that Synta only increases by USD2, then the price to the customer is USD90/PC so that we take the project.
> Thanks.

---

发件人: James-Junwen Chiu
发送时间: 2015-01-20 08:40
收件人: hcsynta
主题: Re: RE: Fwd: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

接受 1000PCS, 请客人安排寄一套完整的样品给我

> Accept 1000pcs. Please let the customer to send me a full set of samples.

---

发件人: hcsynta
发送时间: 2015-01-19 16:51
收件人: 'James-Junwen Chiu'
主题: RE: Fwd: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

James,

Please confirm that if Orion order 1000pcs only, and you accept it for designing 7.5mm eyepiece.

---

**From:** James-Junwen Chiu [mailto:jameschiu@sunnyoptics.com.cn]
**Sent:** Monday, January 19, 2015 2:06 PM
**To:** hcsynta
**Subject:** 回復: Fwd: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Dear Joyce,

1, 1.25 EP kit-
a. Our best price is US$35.80 FOB Ningbo.
b. For the time being, Sunny doesn't have PL7.5mm available, but PL6.3mm and PL10mm can be provided. Could you please consider taking these instead of PL7.5mm?

1



HIGHLY CONFIDENTIAL

NSE00074590

**TRIAL EXHIBIT 1795.001**

If PL7.5mm is a must, we would like to know your yearly demand quantity of such an EP kit for reference so as to make the PL7.5mm to meet your need.

Jason – I would estimate 1,500 pcs per year. We would prefer to keep the 7.5mm as we do not want to have to change our part number. Please let us know if possible. Also what is the MOQ?

Joyce – If the said yearly order is confirmed, factory will go ahead designing the 7.5mm focal length unit, but needs you to send one complete set of sample for reference when order is placed.

Jason – we will agree and when we place the PO we will send you a new unit. What is the MOQ per shipment?

Joyce - A single order for 1500 pcs has to be placed, with partial shipments to finish the order in one year. The MOQ of each shipment : 300 pcs.

Jason – I am afraid I over quoted. And the real yearly volume would be 1,000PCS. Let me know if that volume will work for having to work on the 7.5mm.

我們能设计一个 PL7.5mm 目镜, 可否请客人寄一套完整的产品给我,以便外观和商标做一样.

> We can design PL7.5MM. Would you please ask the customer to send me a full set of smaples so that the appearance can be consistent with the logo.

2, StarBlast 4.5 EQ Reflector-
Our best price is US$117.- FOB Ningbo.

Jason – our yearly purchase volume for this SKU is around 5,000pcs. Would that volume per year help adjust the price down?

Joyce – What is your target price ?

Jason – Our target price would be $88 FOB China.

Joyce - Our offer includes 2pcs of 66 deg wide angle eyepiece per your requirement. If you agree to change to other non-wide angle eyepieces, it is possible to offer lower price. Besides, if each shipment may meet MOQ 2000pcs, it will help to reduce cost greatly. Please take this into account.

Jason – We cannot change the eyepieces that are included, it would make for a difficult transition. Also meeting the MOQ of 2,000 per shipment might not work for us in the non-holiday season.

> Sorry, their target price is too low and it includes 66 deg wide angles eyepiece. The factory is not interested in it.

3, Funscope 76mm Reflector Kit -
Our best price is US$29.- FOB Ningbo.

Jason – We would also like to have this telescope CPSIA tested. Do you know what the cost would be to do the testing? Also what is the MOQ?

Joyce - The CPSIA testing cost is US$2,000.- MOQ: 1000pcs per shipment.

Jason – We will agree to pay for the CPSIA testing. Would it be possible to lower the MOQ to 500pcs Jan-August and then increase it to 1000PCS Sep-December? We will order more than 1000PCS during the holiday months.

Joyce- O.K.

Jason – What do you need from Orion to start the CPSIA testing and when can a sample be made and sent for us to approve.

> He may refer to Celestron's FIRSTSCOPE 21024 for products we produced. To make a sample exclusively for him, we need to change lens cone and to make the logo would be also not easy. The sample only can be made after the purchase order has been confirmed. CPSIA testing will be only made after payment of testing costs and finalization of specification and details.

發件人：Joyce
發送時間：2015-01-15 11:50
收件人：邱軍文 [Qiu Junwen]
主題：Fwd: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit [Re.]

從我的 iPhone 傳送 [Sent from my iPhone]

2

HIGHLY CONFIDENTIAL                                                                                              NSE00074591

TRIAL EXHIBIT 1795.002

開始轉寄郵件： Start to forward email:

**寄件人:** JasonEspinosa <jasona@telescope.com>
**日期:** 2015年1月15日 GMT+8 上午9時22分31秒  [Jan. 13, 2015 9:22:31AM]
**收件人:** 'Joyce' <hcsynta@sysnix.com.tw>
**標題:** RE: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit [Re.]

See replies below.

Jason

**From:** Joyce [mailto:hcsynta@sysnix.com.tw]
**Sent:** Monday, January 12, 2015 10:31 PM
**To:** Jason Espinosa
**Subject:** Fwd: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit [Re.]

Dear Jason,

Please see answers below in red color.

Joyce

從我的 iPad 傳送   Sent from my iPad

開始轉寄郵件： Start to forward email:

**寄件人:** "James-Junwen Chiu" <jameschiu@sunnyoptics.com.cn>
**日期:** 2015年1月13日 GMT+8 上午11時00分51秒  [Jan. 13, 2015 11:00:51AM]
**收件人:** hcsynta <hcsynta@sysnix.com.tw>
**標題:** 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit [Re.]

Joyce,

1, 1.25 EP kit-

a. Our best price is US$35.80 FOB Ningbo.

b. For the time being, Sunny doesn't have PL7.5mm available, but PL6.3mm and PL10mm can be provided. Could you please consider taking these instead of PL7.5mm?

   If PL7.5mm is a must, we would like to know your yearly demand quantity of such an EP kit for reference so as to make the PL7.5mm to meet your need.

HIGHLY CONFIDENTIAL                                                      NSE00074592

TRIAL EXHIBIT 1795.003

Jason – I would estimate 1,500 pcs per year. We would prefer to keep the 7.5mm as we do not want to have to change our part number. Please let us know if possible. Also what is the MOQ?

Joyce – If the said yearly order is confirmed, factory will go ahead designing the 7.5mm focal length unit, but needs you to send one complete set of sample

for reference when order is placed.

Jason – we will agree and when we place the PO we will send you a new unit. What is the MOQ per shipment?

Joyce - A single order for 1500 pcs has to be placed, with partial shipments to finish the order in one year.   The MOQ of each shipment : 300 pcs.

Jason – I am afraid I over quoted. And the real yearly volume would be 1,000PCS. Let me know if that volume will work for having to work on the 7.5mm.

2, StarBlast 4.5 EQ Reflector-

Our best price is US$117.- FOB Ningbo.

Jason – our yearly purchase volume for this SKU is around 5,000pcs. Would that volume per year help adjust the price down?

Joyce – What is your target price ?

Jason – Our target price would be $88 FOB China.

Joyce - Our offer includes 2pcs of 66 deg wide angle eyepiece per your requirement. If you agree to change to other non-wide angle eyepieces, it is possible to offer lower price. Besides, if each shipment may meet MOQ 2000pcs, it will help to reduce cost greatly. Please take this into account .

Jason – We cannot change the eyepieces that are included, it would make for a difficult transition. Also meeting the MOQ of 2,000 per shipment might not work for us in the non-holiday season.

3, Funscope 76mm Reflector Kit -

Our best price is US$29.- FOB Ningbo.

4

HIGHLY CONFIDENTIAL

NSE00074593

TRIAL EXHIBIT 1795.004

Jason – We would also like to have this telescope CPSIA tested. Do you know what the cost would be to do the testing? Also what is the MOQ?

Joyce – The CPSIA testing cost is US$2,000.- MOQ: 1000pcs per shipment.

Jason – We will agree to pay for the CPSIA testing. Would it be possible to lower the MOQ to 500pcs Jan-August and then increase it to 1000PCS Sep-December? We will order more than 1000PCS during the holiday months.

Joyce- O.K.

Jason – What do you need from Orion to start the CPSIA testing and when can a sample be made and sent for us to approve.

發件人：Joyce
發送時間：2015-01-13 09:43
收件人：邱軍文 [Qiu Junwen]
主題：Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

從我的 iPad 傳送 [Sent from my iPad]

開始轉寄郵件： [Start to forward email:]

寄件人: "Jason Espinosa" <jasona@telescope.com>
日期: 2015 年 1 月 13 日 GMT+8 上午 8 時 30 分 02 秒 [Jan. 13, 2015 8:30:02AM]
收件人: "'joyce'" <hcsynta@sysnix.com.tw>
標題: RE: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

<!--[if mso 9]--> <!--[endif]-->
Dear Joyce,

Please see comment in yellow.

Regards,
Jason Espinosa

From: joyce [mailto:hcsynta@sysnix.com.tw]
Sent: Monday, January 05, 2015 6:45 PM
To: Jason Espinosa
Subject: Fw: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Dear Jason,

5

Please see answers below in blue color.

Joyce

**From:** Jason Espinosa
**Sent:** Tuesday, January 6, 2015 2:24 AM
**To:** 'joyce'
**Subject:** RE: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

See comments below...

**From:** joyce [mailto:hcsynta@sysnix.com.tw]
**Sent:** Sunday, January 04, 2015 7:13 PM
**To:** Jason Espinosa
**Subject:** Fw: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Dear Jason,

I hope this message finds you well, and Orion a more prosperous business prospect in 2015.

Please find your pricing requrement as below:

1, 1.25 EP kit-
a. Our best price is US$35.80 FOB Ningbo.
b. For the time being, Sunny doesn't have PL7.5mm available, but PL6.3mm and PL10mm can be provided. Could you please consider taking these instead of PL7.5mm ?
   If PL7.5mm is a must, we would like to know your yearly demand quantity of such an EP kit for reference so as to make the PL7.5mm to meet your need.
Jason – I would estimate 1,500 pcs per year. We would prefer to keep the 7.5mm as we do not want to have to change our part number. Please let us know if possible. Also what is the MOQ?
Joyce – If the said yearly order is confirmed, factory will go
ahead designing the 7.5mm focal length unit, but needs you to send one complete set of sample
        for reference when order is placed.
Jason – we will agree and when we place the PO we will send you a new unit. What is the MOQ per shipment?


2, StarBlast 4.5 EQ Reflector-
Our best price is US$117.- FOB Ningbo.
Jason – our yearly purchase volume for this SKU is around 5,000pcs. Would that volume per year help adjust the price down?

HIGHLY CONFIDENTIAL

NSE00074595

TRIAL EXHIBIT 1795.006

Joyce – What is your target price ?
Jason – Our target price would be $88 FOB China.


3, Funscope 76mm Reflector Kit -
Our best price is US$29.- FOB Ningbo.
Jason – We would also like to have this telescope CPSIA tested. Do you know what the cost would be to do the testing? Also what is the MOQ?
Joyce - The CPSIA testing cost is US$2,000.- MOQ: 1000pcs per shipment.
Jason – We will agree to pay for the CPSIA testing. Would it be possible to lower the MOQ to 500pcs Jan-August and then increase it to 1000PCS Sep-December? We will order more than 1000PCS during the holiday months.


If you have any further question about the aforesaid offer, don't hesitate to let me know.

Regards,
Joyce




**From:** Jason Espinosa
**Date:** 2014-12-31 23:41
**To:** 'James-Junwen Chiu'
**Subject:** RE: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Hello James,

Hope all is well.

Have you had time to review the product descriptions?

Happy Holidays and Happy New Year!

Regards,
Jason Espinosa

**From:** Jason Espinosa [mailto:jasona@telescope.com]
**Sent:** Tuesday, December 23, 2014 12:08 PM
**To:** 'James-Junwen Chiu'
**Subject:** RE: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Dear James,

I have attached the product descriptions for your review.

7

HIGHLY CONFIDENTIAL

NSE00074596

TRIAL EXHIBIT 1795.007

Regards,
Jason Espinosa

**From:** James-Junwen Chiu [mailto:jameschiu@sunnyoptics.com.cn]
**Sent:** Sunday, December 21, 2014 10:28 PM
**To:** Jason Espinosa
**Subject:** Re: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Dear Jason,

Greetings!

Could you send me the specifications? Then I will quote you.

James

**From:** Jason Espinosa
**Date:** 2014-12-20 06:30
**To:** 'James-Junwen Chiu'
**Subject:** Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Hello James,

Hope you are doing well. I hope your 2014 was great and I hope 2015 will be just as great or even better.

Would you be able to quote me on pricing, MOQ and lead time for 3 products. I know we had discussed on my last visit and it has been difficult to get on top of this from my end.

Images are attached below for your reference.

1. Funscope 76mm Reflector Kit
2. StarBlast 4.5 EQ Reflector
3. TAK 1.25"

Please let me know if you have any questions or concerns.

Best regards,
Jason Espinosa

HIGHLY CONFIDENTIAL                                                                 NSE00074597

TRIAL EXHIBIT 1795.008



未在此訊息中找到病毒。
已透過 AVG 檢查 - www.avg.com
版本: 2015.0.5645 / 病毒庫: 4260/8956 - 發佈日期: 01/19/15

No virus found in this message.
Has passed AVG inspection    www.avg.com
Version: 2015.0.5645/ Viral Library: 4260/8956 - Release Date: 01/19/15

HIGHLY CONFIDENTIAL                                          NSE00074598

TRIAL EXHIBIT 1795.009

| | |
|---|---|
| **From:** | James-Junwen Chiu <jameschiu@sunnyoptics.com.cn> |
| **Sent:** | Wednesday, January 21, 2015 11:50 PM |
| **To:** | hcsynta |
| **Cc:** | jackwu@sysnix.com.tw |
| **Subject:** | Orion StarBlast 4.5 EQ Reflector |

Joyce,

RE StarBlast 4.5 EQ Reflector-
关于这个产品, 客户要求的价格 USD88.00 实在太低, 为了服务 客人, 可否 Synta 只加 USD2, 给客人 USD90/PC. 这样我们把这个项目接下来.
谢谢!

James

---

发件人： James-Junwen Chiu
发送时间： 2015-01-20 08:40
收件人： hcsynta
主题： Re: RE: Fwd: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

接受 1000PCS，请客人安排寄一套完整的样品给我

---

发件人： hcsynta
发送时间： 2015-01-19 16:51
收件人： 'James-Junwen Chiu'
主题： RE: Fwd: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

James,

Please confirm that if Orion order 1000pcs only, and you accept it for designing 7.5mm eyepiece.

---

From: James-Junwen Chiu [mailto:jameschiu@sunnyoptics.com.cn]
Sent: Monday, January 19, 2015 2:06 PM
To: hcsynta
Subject: 回復: Fwd: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Dear Joyce,

1, 1.25 EP kit-
a. Our best price is US$35.80 FOB Ningbo.
b. For the time being, Sunny doesn't have PL7.5mm available , but PL6.3mm and PL10mm can be provided . Could you please consider taking these instead of PL7.5mm ?

1

HIGHLY CONFIDENTIAL

NSE00074590

TRIAL EXHIBIT 1795.010

   If PL7.5mm is a must, we would like to know your yearly demand quantity of such an EP kit for reference so as to make the PL7.5mm to meet your need.
Jason – I would estimate 1,500 pcs per year. We would prefer to keep the 7.5mm as we do not want to have to change our part number. Please let us know if possible. Also what is the MOQ?
Joyce – If the said yearly order is confirmed , factory will go ahead designing the 7.5mm focal length unit, but needs you to send one complete set of sample
          for reference when order is placed.
Jason – we will agree and when we place the PO we will send you a new unit. What is the MOQ per shipment?
Joyce - A single order for 1500 pcs has to be placed, with partial shipments to finish the order in one year.    The MOQ of each shipment : 300 pcs.
Jason – I am afraid I over quoted. And the real yearly volume would be 1,000PCS. Let me know if that volume will work for having to work on the 7.5mm.
我們能设计一个 PL7.5mm 目镜，可否请客人寄一套完整的产品给我,以便外观和商标做一样.-

2, StarBlast 4.5 EQ Reflector-
Our best price is US$117.- FOB Ningbo.
Jason – our yearly purchase volume for this SKU is around 5,000pcs. Would that volume per year help adjust the price down?
Joyce – What is your target price ?
Jason – Our target price would be $88 FOB China.
Joyce - Our offer includes 2pcs of 66 deg wide angle eyepiece per your requirement. If you agree to change to other non-wide angle eyepieces, it is possible to offer lower price. Besides, if each shipment may meet MOQ 2000pcs, it will help to reduce cost greatly. Please take this into account .
Jason – We cannot change the eyepieces that are included, it would make for a difficult transition. Also meeting the MOQ of 2,000 per shipment might not work for us in the non-holiday season.
据客人说明此SKU所配的两个66度广角目镜不能改.-

3, Funscope 76mm Reflector Kit -
Our best price is US$29.- FOB Ningbo.
Jason – We would also like to have this telescope CPSIA tested. Do you know what the cost would be to do the testing? Also what is the MOQ?
Joyce - The CPSIA testing cost is US$2,000.- MOQ: 1000pcs per shipment.
Jason – We will agree to pay for the CPSIA testing. Would it be possible to lower the MOQ to 500pcs Jan-August and then increase it to 1000PCS Sep-December? We will order more than 1000PCS during the holiday months.
Joyce- O.K.
Jason – What do you need from Orion to start the CPSIA testing and when can a sample be made and sent for us to approve.
客人同意参考 Celestron 的 FIRSTSCOPE 76AZ 开模生产此款天文望远镜.客人要求做CPSIA 测试并承担费用.请问需要客人提供什么资料开始测试及样品何时可以做好寄给客人确认.

發件人： Joyce
發送時間： 2015-01-15 11:50
收件人： 邱軍文
主題： Fwd: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit


從我的 iPhone 傳送

2

HIGHLY CONFIDENTIAL                                                                                                             NSE00074591

TRIAL EXHIBIT 1795.011

開始轉寄郵件：

**寄件人:** JasonEspinosa <jasona@telescope.com>
**日期:** 2015 年 1 月 15 日 GMT+8 上午 9 時 22 分 31 秒
**收件人:** 'Joyce' <hcsynta@sysnix.com.tw>
**標題: RE: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit**

See replies below.

Jason

---

**From:** Joyce [mailto:hcsynta@sysnix.com.tw]
**Sent:** Monday, January 12, 2015 10:31 PM
**To:** Jason Espinosa
**Subject:** Fwd: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Dear Jason,

Please see answers below in red color.

Joyce


從我的 iPad 傳送

開始轉寄郵件：

> **寄件人:** "James-Junwen Chiu" <jameschiu@sunnyoptics.com.cn>
> **日期:** 2015 年 1 月 13 日 GMT+8 上午 11 時 00 分 51 秒
> **收件人:** hcsynta <hcsynta@sysnix.com.tw>
> **標題: 回復: Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit**
>
> Joyce,
>
>
> 1, 1.25 EP kit-
>
> a. Our best price is US$35.80 FOB Ningbo.
>
> b. For the time being, Sunny doesn't have PL7.5mm available , but PL6.3mm and PL10mm can be provided . Could you please consider taking these instead of PL7.5mm ?
>
>     If PL7.5mm is a must, we would like to know your yearly demand quantity of such an EP kit for reference so as to make the PL7.5mm to meet your need.

3

HIGHLY CONFIDENTIAL

NSE00074592

TRIAL EXHIBIT 1795.012

Jason – I would estimate 1,500 pcs per year. We would prefer to keep the 7.5mm as we do not want to have to change our part number. Please let us know if possible. Also what is the MOQ?

Joyce – If the said yearly order is confirmed, factory will go ahead designing the 7.5mm focal length unit, but needs you to send one complete set of sample

    for reference when order is placed.

Jason – we will agree and when we place the PO we will send you a new unit. What is the MOQ per shipment?

Joyce - A single order for 1500 pcs has to be placed, with partial shipments to finish the order in one year.   The MOQ of each shipment : 300 pcs.

Jason – I am afraid I over quoted. And the real yearly volume would be 1,000PCS. Let me know if that volume will work for having to work on the 7.5mm.

2, StarBlast 4.5 EQ Reflector-

Our best price is US$117.- FOB Ningbo.

Jason – our yearly purchase volume for this SKU is around 5,000pcs. Would that volume per year help adjust the price down?

Joyce – What is your target price ?

Jason – Our target price would be $88 FOB China.

Joyce - Our offer includes 2pcs of 66 deg wide angle eyepiece per your requirement. If you agree to change to other non-wide angle eyepieces, it is possible to offer lower price. Besides, if each shipment may meet MOQ 2000pcs, it will help to reduce cost greatly. Please take this into account .

Jason – We cannot change the eyepieces that are included, it would make for a difficult transition. Also meeting the MOQ of 2,000 per shipment might not work for us in the non-holiday season.

3, Funscope 76mm Reflector Kit -

Our best price is US$29.- FOB Ningbo.

4

HIGHLY CONFIDENTIAL

NSE00074593

TRIAL EXHIBIT 1795.013

Jason – We would also like to have this telescope CPSIA tested. Do you know what the cost would be to do the testing? Also what is the MOQ?

Joyce - The CPSIA testing cost is US$2,000.- MOQ: 1000pcs per shipment.

Jason – We will agree to pay for the CPSIA testing. Would it be possible to lower the MOQ to 500pcs Jan-August and then increase it to 1000PCS Sep-December? We will order more than 1000PCS during the holiday months.

Joyce- O.K.

Jason – What do you need from Orion to start the CPSIA testing and when can a sample be made and sent for us to approve.

發件人：Joyce
發送時間：2015-01-13 09:43
收件人：邱軍文
主題：Fwd: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

從我的 iPad 傳送

開始轉寄郵件：

> 寄件人: "Jason Espinosa" <jasona@telescope.com>
> 日期: 2015 年 1 月 13 日 GMT+8 上午 8 時 30 分 02 秒
> 收件人: "'joyce'" <hcsynta@sysnix.com.tw>
> 標題: **RE: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit**
>
> <!--[if mso 9]--> <!--[endif]-->
> Dear Joyce,
>
> Please see comment in yellow.
>
> Regards,
> Jason Espinosa
>
> **From:** joyce [mailto:hcsynta@sysnix.com.tw]
> **Sent:** Monday, January 05, 2015 6:45 PM
> **To:** Jason Espinosa
> **Subject:** Fw: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit
>
> Dear Jason,

5

HIGHLY CONFIDENTIAL

NSE00074594

TRIAL EXHIBIT 1795.014

Please see answers below in blue color.

Joyce

**From:** Jason Espinosa
**Sent:** Tuesday, January 6, 2015 2:24 AM
**To:** 'joyce'
**Subject:** RE: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

See comments below...

**From:** joyce [mailto:hcsynta@sysnix.com.tw]
**Sent:** Sunday, January 04, 2015 7:13 PM
**To:** Jason Espinosa
**Subject:** Fw: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Dear Jason,

I hope this message finds you well, and Orion a more prosperous business prospect in 2015.

Please find your pricing requrement as below:

1, 1.25 EP kit-
a. Our best price is US$35.80 FOB Ningbo.
b. For the time being, Sunny doesn't have PL7.5mm available , but PL6.3mm and PL10mm can be provided . Could you please consider taking these instead of PL7.5mm ?
   If PL7.5mm is a must, we would like to know your yearly demand quantity of such an EP kit for reference so as to make the PL7.5mm to meet your need.
Jason – I would estimate 1,500 pcs per year. We would prefer to keep the 7.5mm as we do not want to have to change our part number. Please let us know if possible. Also what is the MOQ?
Joyce – If the said yearly order is confirmed , factory will go ahead designing the 7.5mm focal length unit, but needs you to send one complete set of sample
       for reference when order is placed.
Jason – we will agree and when we place the PO we will send you a new unit. What is the MOQ per shipment?


2, StarBlast 4.5 EQ Reflector-
Our best price is US$117.- FOB Ningbo.
Jason – our yearly purchase volume for this SKU is around 5,000pcs. Would that volume per year help adjust the price down?

6

HIGHLY CONFIDENTIAL

NSE00074595

**TRIAL EXHIBIT 1795.015**

Joyce – What is your target price ?
Jason – Our target price would be $88 FOB China.


3, Funscope 76mm Reflector Kit -
Our best price is US$29.- FOB Ningbo.
Jason – We would also like to have this telescope CPSIA tested. Do you know what the cost would be to do the testing? Also what is the MOQ?
Joyce -  The CPSIA testing cost is US$2,000.-  MOQ: 1000pcs per shipment.
Jason – We will agree to pay for the CPSIA testing. Would it be possible to lower the MOQ to 500pcs Jan-August and then increase it to 1000PCS Sep-December? We will order more than 1000PCS during the holiday months.


If you have any further question about the aforesaid offer, don't hesitate to let me know.

Regards,
Joyce




**From:** Jason Espinosa
**Date:** 2014-12-31 23:41
**To:** 'James-Junwen Chiu'
**Subject:** RE: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Hello James,

Hope all is well.

Have you had time to review the product descriptions?

Happy Holidays and Happy New Year!

Regards,
Jason Espinosa

**From:** Jason Espinosa [mailto:jasona@telescope.com]
**Sent:** Tuesday, December 23, 2014 12:08 PM
**To:** 'James-Junwen Chiu'
**Subject:** RE: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Dear James,

I have attached the product descriptions for your review.

HIGHLY CONFIDENTIAL

NSE00074596

TRIAL EXHIBIT 1795.016

Regards,
Jason Espinosa

---

**From:** James-Junwen Chiu [mailto:jameschiu@sunnyoptics.com.cn]
**Sent:** Sunday, December 21, 2014 10:28 PM
**To:** Jason Espinosa
**Subject:** Re: Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Dear Jason,

Greetings!

Could you send me the specifications? Then I will quote you.

James

**From:** Jason Espinosa
**Date:** 2014-12-20 06:30
**To:** 'James-Junwen Chiu'
**Subject:** Quote for 1.25 EP kit - StarBlast 4.5 EQ Reflector - Funscope 76mm Reflector Kit

Hello James,

Hope you are doing well. I hope your 2014 was great and I hope 2015 will be just as great or even better.

Would you be able to quote me on pricing, MOQ and lead time for 3 products. I know we had discussed on my last visit and it has been difficult to get on top of this from my end.

Images are attached below for your reference.

1. Funscope 76mm Reflector Kit
2. StarBlast 4.5 EQ Reflector
3. TAK 1.25"

Please let me know if you have any questions or concerns.

Best regards,
Jason Espinosa

HIGHLY CONFIDENTIAL

NSE00074597

**TRIAL EXHIBIT 1795.017**



未在此訊息中找到病毒。
已透過 AVG 檢查 - www.avg.com
版本: 2015.0.5645 / 病毒庫: 4260/8956 - 發佈日期: 01/19/15

HIGHLY CONFIDENTIAL                                                      NSE00074598

**TRIAL EXHIBIT 1795.018**