# EXHIBIT 16

**From:** hcsynta <hcsynta@sysnix.com.tw>
**Sent:** Tuesday, April 28, 2015 11:51 PM
**To:** 'nbsunny'
**Subject:** RE: 回复: sunny市場策略   Re: Sunny's market strategy

James,

DORR / ZIEL 業務已行之多年, 其實他們有自己的客戶群, 和 Skywatcher 並無衝突. 重點是:

DOOR / ZIEL 的天文產品只有 Synta ( Sunny ) 一家供應廠 ( 確實如此 ), 也算忠誠度很高, 若冒然斷貨, 必然對他們造成很大的傷害, 請三思.

我建議仍保持供貨, 但只供應舊機種, 且限定滿櫃. 如何 ?

Joyce

> James,
>
> Dorr/Ziel has been in business for numerous years. Actually they have their customer groups which are not in conflict with Skywatcher. The key points are listed as below:
> The astronomical products of Dorr/Ziel are indeed only supplied by Synta (Sunny). They do have a strong sense of loyalty. The abrupt suspension of supply will surely cause great harm to them. Please deliberate this point carefully. I recommend that product supply to Dorr/Ziel still be maintained. But only ship old models and the shipment quantity should fill a container. What do you think?
>
> Joyce

**From:** nbsunny [mailto:nbsunny@vip.sina.com]
**Sent:** Tuesday, April 28, 2015 12:06 PM
**To:** Joyce Huang
**Subject:** 转发: 回复: sunny 市場策略   Re: Sunny's market strategy



Joyce,

为了避免冲突, 后续天文: DORR/ZIEL 将没有办法再做了. 我们其它小的 OEM 客户也将会放弃. 以保护 SkyWatcher 在欧洲的市场.
请知会客户.

谢谢!

James

> Joyce,
>
> To avoid conflict and sustain the astronomical business, we will not be able to work with Dorr/Ziel any longer. We will also be abandoning our other small OEM customers, to protect SkyWatcher in the European market.
> Please inform customers as well.
>
> Thanks!
>
> James

发件人 : nbsunny
发送时间 : 2015-04-28 12:00
收件人 : david shen; hcsynta; 倪总; syf

1

HIGHLY CONFIDENTIAL                                                                                       NSE00075606

TRIAL EXHIBIT 1765.001

主题：回复: sunny 市 场 策 略

**Subject: Re: Sunny's market strategy**

沈先生,

您好!

邮件知悉.

> Mr Shen
> Hi!
> I got your e-mail.
> 1. We will take prompt action to avoid conflict in the astronomical market. In fact at the beginning of this year, we held internal meetings to discuss and determine strategies of focusing on serving big customers and abandoning the small OEM customers so as to protect big customers.
> Regarding the astronomical brands, we are going to produce only some old brands such as Celestron/Skywatcher/Meade/Orion/Bushnell and some older brands of Konus.
> 2. Regarding Acuter: Understand, we will sort out and complement the product lines again.
>
> Sincerely,
> Qiu Junwen

1, 关于天文市场, 我们会立即采取行动, 避免市场冲突. 事实上,我们年初就内部开会讨论,定好策略,开始逐步梳理, 专做大客户原则, 小的 OEM 客户将不再做.以保护大客户为原则.
--天文品牌,后续我们将只做 CELESTRON/SKYATCHER/MEADE/ORION/BUSHNELL 几个老机种/KONUS 以前老的几个老机种.

2, 关于 Acuter: 了解, 我们先再重新整理和补全产品线.

邱军文 敬上

发件人：david shen
发送时间：2015-04-28 11:04
收件人：joyce 现在用; 邱軍文; sunny 倪總; knwj; syf 孙玉峰 — *joyce using now; Qiu Junwen; Director Sunny Ni; Sun Yufeng*
主题：sunny 市 场 策 略 — **Subject: Re: Sunny's market strategy**

未在此訊息中找到病毒。
已透過 AVG 檢查 - www.avg.com
版本: 2015.0.5863 / 病毒庫: 4334/9587 - 發佈日期: 04/20/15
內部 病毒庫 已過期。

> No virus is found in this message.
>
> I have checked www.avg.com via AVG.
> Version: 2015.0.5863/Virus database: 4334/9587- Release date: April 20, 2015
> The internal virus database is expired.

HIGHLY CONFIDENTIAL                                                                                                    NSE00075607

TRIAL EXHIBIT 1765.002

| | |
|---|---|
| From: | hcsynta <hcsynta@sysnix.com.tw> |
| Sent: | Tuesday, April 28, 2015 11:51 PM |
| To: | 'nbsunny' |
| Subject: | RE: 回复: sunny市 場 策 略 |

James,

DORR / ZIEL 業務已行之多年, 其實他們有自己的客戶群, 和 Skywatcher 並無衝突. 重點是:

DOOR / ZIEL 的天文產品只有 Synta ( Sunny ) 一家供應廠 ( 確實如此 ), 也算忠誠度很高, 若冒然斷貨, 必然對他們造成很大的傷害, 請三思.

我建議仍保持供貨, 但只供應舊機種, 且限定滿櫃. 如何？

Joyce

**From:** nbsunny [mailto:nbsunny@vip.sina.com]
**Sent:** Tuesday, April 28, 2015 12:06 PM
**To:** Joyce Huang
**Subject:** 转发: 回复: sunny 市 場 策 略

Joyce,

为了避免冲突, 后续天文: DORR/ZIEL 将没有办法再做了. 我们其它小的 OEM 客户也将会放弃. 以保护 SkyWatcher 在欧洲的市场.
请知会客户.

谢谢!

James

**发件人：** nbsunny
**发送时间：** 2015-04-28 12:00
**收件人：** david shen; hcsynta; 倪总; syf

1

HIGHLY CONFIDENTIAL

NSE00075606

TRIAL EXHIBIT 1765.003

**主题：** 回复: sunny 市 场 策 略

沈先生,

您好!

邮件知悉.

1, 关于天文市场, 我们会立即采取行动, 避免市场冲突. 事实上,我们年初就内部开会讨论,定好策略, 开始逐步梳理, 专做大客户原则, 小的 OEM 客户将不再做.以保护大客户为原则.
--天文品牌,后续我们将只做 CELESTRON/SKYATCHER/MEADE/ORION/BUSHNELL 几个老机种/KONUS 以前老的几个老机种.

2, 关于 Acuter: 了解, 我们先再重新整理和补全产品线.

邱军文 敬上

**发件人：** david shen
**发送时间：** 2015-04-28 11:04
**收件人：** joyce 现在用; 邱軍文; sunny 倪總; knwj; syf 孙玉峰
**主题：** sunny 市 場 策 略

未在此訊息中找到病毒。
已透過 AVG 檢查 - www.avg.com
版本：2015.0.5863 / 病毒庫：4334/9587 - 發佈日期：04/20/15
內部 病毒庫 已過期。

2

HIGHLY CONFIDENTIAL

NSE00075607

TRIAL EXHIBIT 1765.004