# UNITED STATES DISTRICT COURT

## Northern District of California

### San Jose Division

## CIVIL MINUTE ORDER

**Date:** September 20, 2023     **Time:** 4:00 p.m. – 4:25 p.m.     **Judge:** Virginia K. DeMarchi

**Case Nos.**: 20-cv-03642-EJD     **Case Name:** In re Telescopes Antitrust Litigation

**Attorney for Direct Purchaser Plaintiffs:** Matthew Borden, Andrew Levine

**Attorneys for Defendant:** Christopher Frost, Lawrence Liu, Josh Stambaugh

## PROCEEDINGS

Off-Record Telephone Conference held.

At Defendants' request, the Court convened an informal discovery telephone conference regarding the conduct of the parties' depositions in Taiwan. The Court and the parties discussed DPPs' questioning of a Mandarin-speaking witness, David Shen, on documents containing Mandarin and English text.

The Court did not make any findings or issue any orders.