1  [Counsel Listed on Signature Page]
2
3
4
5
6
7
8
9
10
11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13
14 | IN RE TELESCOPES ANTITRUST        | Case No. 5:20-cv-03642-EJD
15 | LITIGATION
   | This Document Relates to:          | Case No. 5:20-cv-03639-EJD
16 |
   | All Actions.                       | **JOINT STIPULATION REGARDING
17 |                                    | EXTENDING TIME TO ANSWER OR
18 |                                    | OTHERWISE RESPOND TO
   |                                    | PLAINTIFFS' FOURTH AMENDED
19 |                                    | COMPLAINT; [~~PROPOSED~~] ORDER**
20 |
21 |                                    | **Trial Date:**   None Set
22
23
24
25
26
27
28

Case No 5:20-cv-03642-EJD
STIPULATION RE EXTENDING DEADLINE TO FILE ANSWER TO FOURTH AMENDED COMPLAINT

Pursuant to Civil L.R. 6-1 and 6-2, Direct Purchaser Plaintiffs ("DPPs") (collectively, "Plaintiffs"), and Defendants Celestron Acquisition, LLC; David Shen; Suzhou Synta Optical Technology Co., Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd.; Synta Technology Corp.; SW Technology Corporation; Pacific Telescope Corp.; Synta Canada International Enterprises Ltd.; Olivon Manufacturing Group Ltd.; Olivon USA; Joe Lupica; Dave Anderson; Corey Lee; and Pacific Telescope Corp. (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, on September 13, 2023 the Court granted in part and denied in part Defendants' Motion to Dismiss (ECF 504);

WHEREAS, Defendants seek an additional 14-day extension of time, until and including October 11, 2023, to answer or otherwise respond to Plaintiffs' Fourth Amended Complaint;

WHEREAS, Plaintiffs' counsel do not oppose the requested extension.

NOW, THERFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Defendants' deadline to answer, or otherwise respond to Plaintiffs' Fourth Amended Complaint is October 11, 2023.

Dated: September 28, 2023

Respectfully submitted,

FROST LLP

By: /s/ Christopher Frost
Christopher Frost

IZADI LEGAL GROUP, PLLC

By: /s/ Shauna A. Izadi
Shauna Izadi (admitted *pro hac vice*)

*Attorneys for Defendants*

BRAUNHAGEY & BORDEN LLP

By: /s/ Ronald Fisher
Ronald J. Fisher

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

## ATTESTATION

## ATTORNEY ATTESTATION

I, Christopher Frost, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Christopher Frost*

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation Regarding Extension to Answer or otherwise respond to Plaintiffs' Fourth Amended Complaint.  IT IS SO ORDERED.

Date:  September 28, 2023

_____
Hon. Edward J. Davila
United States District Court Judge