UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No.20-cv-03642-EJD (VKD)<br><br>**ORDER RE OCTOBER 2, 2023 JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 514 |

The parties must confer further regarding the dispute described in their October 2, 2023 joint discovery letter (Dkt. No. 514) and attempt to narrow their dispute and/or the relief requested. The parties shall jointly report back to the Court on the status of the dispute on **October 10, 2023**. The status report must not exceed 500 words total and must not include additional argument.

**IT IS SO ORDERED.**

Dated: October 3, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge