UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SIGURD MURPHY, et al.,

    Plaintiffs,

v.

CELESTRON ACQUISITION, LLC, et al.,

    Defendants.

Case No. 20-cv-03642-EJD (VKD)

**ORDER RE DEPOSITION SCHEDULE**

Re: Dkt. Nos. 548, 553

This order concerns the scheduling of the depositions addressed in the Court's December 20, 2023 order (Dkt. No. 548) and in the parties' joint report regarding those depositions (Dkt. No. 553).[1] The depositions shall proceed as follows:

| Witness | Deposition Date(s) |
|---|---|
| Rick Ayres (Rule 30(b)(6)) | January 3, 2024 |
| Claudia Pearson | January 9, 2024 |
| Pioneer Cycling (Rule 30(b)(6)) | January 12, 2024 (see note below) |
| Amir Cannon (Rule 30(b)(6)) | January 22, 2024 |
| Lance Lucero | January 26, 2023 |
| Alan Hale (individual and Rule 30(b)(6)) | January 29, 2024 |
| Paul Roth (Rule 30(b)(6)) | January 29, 2024 |
| Jean Shen (individual and Rule 30(b)(6)) | February 8-9, 2024 |

---

[1] The Court notes the supplemental report filed by defendants at Dkt. No. 554.

| | |
|---|---|
| Corey Lee (Rule 30(b)(6)) | February 12-13, 2024 |
| Dave Anderson | February 19-20, 2024 |
| Joseph Lupica | February 26-27, 2024 |
| Min Ma | February 29, 2024 |
| Sylvia Shen (individual and Rule 30(b)(6)) | March 4-5, 7, 2024 |
| Michael Sun (individual and Rule 30(b)(6)) | March 6, 8, 11-12, 2024 (not March 13, 2024) |
| Jack Chen | March 13-15, 2024 |

Defendants' Rule 30(b)(6) deposition of plaintiff Pioneer Cycling shall proceed as scheduled on January 12, 2024. If plaintiff did not produce all responsive documents relevant to the noticed topics sufficiently in advance of the date of that deposition to permit defendants a reasonable time to prepare for it, the Court will permit defendants to take a further Rule 30(b)(6) deposition of Pioneer Cycling addressing any late-produced documents and information.

**IT IS SO ORDERED.**

Dated: January 10, 2024

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge