J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Ellen V. Leonida, Esq. (SBN: 184194)
  leonida@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
  levine@braunhagey.com
Ellis E. Herington, Esq. (SBN: 343085)
  herington@braunhagey.com
Yekaterina Kushnir, Esq. (SBN: 350843)
  kushnir@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Garrett Biedermann, Esq. *(pro hac vice)*
  biedermann@braunhagey.com
Eric Schlabs, Esq. *(pro hac vice)*
  schlabs@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd St., 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Fax: (646) 403-4089

ATTORNEYS FOR
DIRECT PURCHASER PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| AURORA ASTRO PRODUCTS LLC, PIONEER CYCLING & FITNESS, LLP, JASON STEELE, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON | **DIRECT PURCHASER PLAINTIFFS' NOTICE OF PUBLICLY FILED DOCUMENTS PURSUANT TO COURT ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 578)**<br><br>**Compl. Filed:** June 1, 2020<br>**Fourth Am. Compl. Filed:** September 1, 2023<br>**Trial Date:** None Set |

| | |
|---|---|
| 1 | MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

Pursuant to the Court's February 21, 2024 Order Denying Sealing (ECF No. 578), Direct Purchaser Plaintiffs ("DPPs") hereby respectfully enclose and publicly file the sealed versions of the documents listed below on the Court docket. For ease of reference, DPPs have identified the document titles and ECF numbers of the documents subject to the Court's Orders in the chart below.

| Document Title | ECF No. |
| --- | --- |
| Exhibit 1 to the Declaration of Ronald J. Fisher in Support of DPPs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Fisher Declaration") (Also attached as DPPs' Opposition to Defendants' Motion to Deny Class Certification at ECF No. 558) | 557-2 |
| Exhibit 2 to the Fisher Declaration (Also attached as Exhibit 1 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-7) | 557-3 |
| Exhibit 3 to the Fisher Declaration (Also attached as Exhibit 2 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-8) | 557-4 |
| Exhibit 4 to the Fisher Declaration (Also attached as Exhibit 5 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-11) | 557-5 |
| Exhibit 5 to the Fisher Declaration (Also attached as Exhibit 6 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-12) | 557-6 |
| Exhibit 6 to the Fisher Declaration (Also attached as Exhibit 8 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-14) | 557-7 |
| Exhibit 7 to the Fisher Declaration (Also attached as Exhibit 9 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-15) | 557-8 |
| Exhibit 8 to the Fisher Declaration (Also attached as Exhibit 10 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-16) | 557-9 |
| Exhibit 9 to the Fisher Declaration (Also attached as Exhibit 11 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-17) | 557-10 |

| Document Title | ECF No. |
|---|---|
| Exhibit 10 to the Fisher Declaration<br><br>(Also attached as Exhibit 12 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-18) | 557-11 |
| Exhibit 11 to the Fisher Declaration<br><br>(Also attached as Exhibit 13 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-19) | 557-12 |
| Exhibit 12 to the Fisher Declaration<br><br>(Also attached as Exhibit 14 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-20) | 557-13 |
| Exhibit 13 to the Fisher Declaration<br><br>(Also attached as Exhibit 16 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-22) | 557-14 |
| Exhibit 14 to the Fisher Declaration<br><br>(Also attached as Exhibit 17 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-23) | 557-15 |
| Exhibit 15 to the Fisher Declaration<br><br>(Also attached as Exhibit 18 to the Declaration of Matthew Borden in Support of DPPs' Opposition at ECF No. 558-24) | 557-16 |
| Exhibit 16 to the Fisher Declaration<br><br>(Also attached as Exhibit 1 to the Declaration of Chris Groves in Support of DPPs' Opposition at ECF No. 558-5) | 557-17 |

Dated: February 27, 2024

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:   */s/ Matthew Borden*
      Matthew Borden

Attorneys for Direct Purchaser Plaintiffs

2   Case No. 5:20-cv-03642-EJD
DPPS' NOTICE OF PUBLICLY FILED DOCUMENTS