Ronald J. Fisher, Esq. (SBN: 298660)
 ron@ronfisherlaw.com
RONALD. J FISHER & ASSOCIATES, P.C.
444 27th Street
San Francisco, CA 94131
Telephone: (916) 216-2853

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No.: 20-cv-03642-EJD (VKD)<br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the association of Ronald J. Fisher with BraunHagey & Borden LLP ended on March 19, 2024, and Ronald J. Fisher accordingly withdraws as counsel of record for the Representative Plaintiffs in this action.

DATED: April 1, 2024

_/s/ Ronald J. Fisher_
Ronald J. Fisher

NOTICE OF WITHDRAWAL