1   J. Noah Hagey, Esq. (SBN: 262331)
        hagey@braunhagey.com
2   Matthew Borden, Esq. (SBN: 214323)
        borden@braunhagey.com
3   Ellen V. Leonida, Esq. (SBN: 184194)
        leonida@braunhagey.com
4   Andrew Levine, Esq. (SBN: 278246)
        levine@braunhagey.com
5   Yekaterina Kushnir, Esq. (SBN: 350843)
        kushnir@braunhagey.com
6   BRAUNHAGEY & BORDEN LLP
    351 California Street, 10th Floor
7   San Francisco, CA 94104
    Telephone: (415) 599-0210
8   Facsimile: (415) 276-1808

9   Garrett Biedermann, Esq. *(pro hac vice)*
        biedermann@braunhagey.com
10  Eric Schlabs, Esq. *(pro hac vice)*
        schlabs@braunhagey.com
11  BRAUNHAGEY & BORDEN LLP
    118 W 22nd Street, 12th Floor
12  New York, NY 10011
    Telephone: (646) 829-9403
13  Facsimile: (646) 403-4089

14  ATTORNEYS FOR DIRECT PURCHASER PLAINTIFFS

15

16                          **UNITED STATES DISTRICT COURT**

17                        **NORTHERN DISTRICT OF CALIFORNIA**

18

19  IN RE TELESCOPES ANTITRUST                  Case No. 5:20-cv-03639-EJD
    LITIGATION

20  This Document Relates to:                   Case No. 5:20-cv-03642-EJD

21  AURORA ASTRO PRODUCTS LLC,                  **DIRECT PURCHASER PLAINTIFFS'**
    PIONEER CYCLING & FITNESS, LLP, and         **ADMINISTRATIVE MOTION TO**
22  those similarly situated,                   **CONSIDER WHETHER ANOTHER**
                                                **PARTY'S MATERIAL SHOULD BE**
23          Plaintiffs,                         **SEALED**

24     v.                                       **Compl. Filed:**     June 1, 2020
                                                **Fourth Am.**        September 1, 2023
25  CELESTRON ACQUISITION, LLC, SUZHOU          **Compl. Filed:**
    SYNTA OPTICAL TECHNOLOGY CO., LTD.,         **Trial Date:**       None Set
26  SYNTA CANADA INT'L ENTERPRISES
    LTD., SW TECHNOLOGY CORP., OLIVON
27  MANUFACTURING CO. LTD., OLIVON USA,
    LLC, NANTONG SCHMIDT OPTO-
28  ELECTRICAL TECHNOLOGY CO. LTD.,

1  | NINGBO SUNNY ELECTRONIC CO., LTD.,
2  | PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE
3  | ANDERSON, LAURENCE HUEN, and DOES 1-50,
4  |
5  |         Defendants.

DPPS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

1    Direct Purchaser Plaintiffs ("DPPs") file this administrative motion to seal pursuant to Civil

2    Local Rule 79-5(f).

3    DPPs file this motion because portions of DPPs' Motion for Class Certification (the

4    "Motion"), and materials filed concurrently with the Motion on May 20, 2024, describe,

5    characterize, quote, or otherwise illustrate documents or portions of documents designated by

6    Defendants as "Highly Confidential – Attorneys' Eyes Only" in this matter under the Stipulated

7    Protective Order. (ECF No. 137.) DPPs take no position as to the sealing of the documents but

8    reserve the right to further respond should Defendants request sealing.

9    As required by the Local Rules, the documents subject to conditional sealing have been

10   attached as exhibits in sealed form to the Declaration of Yekaterina Kushnir Relating to DPPs'

11   Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Kushnir

12   Declaration") and lodged conditionally under seal.

13   DPPs file these documents conditionally under seal in accordance with Civil Local Rule 79-

14   5(f) and reserve the right to further respond pursuant to that Rule.

15

16   Dated:  May 20, 2024                              Respectfully submitted,

17                                                     BRAUNHAGEY & BORDEN LLP

18

19                                                     By:  /s/ *Yekaterina Kushnir*
                                                            Yekaterina Kushnir

20                                                     *Attorneys for Direct Purchaser*
                                                       *Plaintiffs*

21

22

23

24

25

26

27

28