| | |
|---|---|
| 1 | J. Noah Hagey, Esq. (SBN: 262331) |
| | hagey@braunhagey.com |
| 2 | Matthew Borden, Esq. (SBN: 214323) |
| | borden@braunhagey.com |
| 3 | Andrew Levine, Esq. (SBN: 278246) |
| | levine@braunhagey.com |
| 4 | Ellis E. Herington, Esq. (SBN: 343085) |
| | herington@braunhagey.com |
| 5 | Yekaterina Kushnir, Esq. (SBN: 350843) |
| | kushnir@braunhagey.com |
| 6 | BRAUNHAGEY & BORDEN LLP |
| | 351 California Street, 10th Floor |
| 7 | San Francisco, CA 94104 |
| | Telephone: (415) 599-0210 |
| 8 | Facsimile: (415) 276-1808 |
| | |
| 9 | Garrett Biedermann, Esq. *(pro hac vice)* |
| | biedermann@braunhagey.com |
| 10 | BRAUNHAGEY & BORDEN LLP |
| | 118 W. 22nd St., 12th Floor |
| 11 | New York, NY 10011 |
| | Telephone: (646) 829-9403 |
| 12 | Fax: (646) 403-4089 |

ATTORNEYS FOR DIRECT PURCHASER PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| | Case No. 5:20-cv-03642-EJD |
| This Document Relates to: | **DIRECT PURCHASER PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL** |
| AURORA ASTRO PRODUCTS LLC, PIONEER CYCLING & FITNESS, LLP, JASON STEELE, and those similarly situated, | **Judge:** Hon. Edward J. Davila |
| | **Ctrm:** 4, 5th Floor |
| Plaintiffs, | **Fourth Am. Compl.:** Sept. 1, 2023 |
| v. | |
| CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, | |

1  LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,

   Defendants.

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Eric Schlabs hereby withdraws as counsel of record for |
| 3 | Direct Purchaser Plaintiffs ("DPPs") in the above-titled action. DPPs shall continue to be |
| 4 | represented by the law firm of BraunHagey & Borden LLP. |

Dated: June 13, 2024

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:   /s/ *Matthew Borden*
        Matthew Borden

Attorneys for Direct Purchaser Plaintiffs