UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No.  5:20-cv-03642-EJD<br><br>**ORDER GRANTING MOTION TO EXTEND TIME; AMENDING SCHEDULE** |

Plaintiffs filed a motion for class certification on May 20, 2024.  Mot. for Class Cert., ECF No. 599.  On May 23, 2024, Defendants filed a request to extend their opposition deadline.  Mot. to Extend Deadline, ECF No. 601.  Plaintiffs opposed.  Opp'n, ECF No. 603.  The Court held a hearing on June 6, 2024, and ordered the Parties to meet and confer and provide a joint class certification briefing schedule proposal to the Court.  ECF No. 604.  The Parties submitted competing proposals on June 12, 2024.  Joint Status Report, ECF No. 610.

The Court finds good cause to extend time pursuant to Federal Rule of Civil Procedure 6(b) in light of the discovery disputes outlined in Defendants' motion and discussed during the June 6 hearing.  The Court has reviewed the Parties' scheduling proposals and **ORDERS** that the schedule is amended as follows:

- Deadline to File Opposition to Motion for Class Certification: **July 15, 2024**
- Deadline to File Reply in Support of Motion for Class Certification: **August 5, 2024**
- Hearing on Motion for Class Certification: **September 5, 2024, at 9:00 a.m.**
- Fact Discovery Cutoff: **October 4, 2024**
- Deadline for Opening Expert Reports: **November 1, 2024**
- Deadline for Opposing Expert Reports: **December 13, 2024**
- Deadline for Rebuttal Expert Reports: **January 10, 2025**

Case No.: 5:20-cv-03642-EJD
ORDER GRANTING MOTION TO EXTEND TIME; AMENDING SCHEDULE

1

- Expert Discovery Cutoff: **February 7, 2025**
- Deadline to File Dispositive Motions and Daubert Motions: **February 28, 2025**

All other dates remain unchanged.

**IT IS SO ORDERED.**

Dated: June 21, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-03642-EJD
ORDER GRANTING MOTION TO EXTEND TIME; AMENDING SCHEDULE
2