# EXHIBIT 11

**From:** COREY LEE
**Sent:** Monday, June 4, 2012 1:02 AM
**To:** DAVE THOMPSON; VICTOR ANICETO; JOSHUA LAZENBY
**Subject:** Target binos

All,

It turns out that Sunny produces 3 of the 4 models in Target. And Junwen has some ideas on the 4th model. The factory cost for Bushnell:

From Sunny
Powerview 8x21: USD6.55
Powerview 12x25: USD7.80
Falcon 10x50 porro: USD12.50

From James Liu:
Powerview 7-15x porro: about US$16.00.

The factory costs we got from Sunny for the Upclose are lower than Bushnell's, but I agree we should be aggressive here to take it away from them. And the implications are more than just the revenue that this will bring in.

Please keep the information above within Celestron. We certainly don't want Bushnell or other vendor knows about the information sharing between Celestron and Sunny.

Corey


Sent from my iPad


EXHIBIT 84
C. Lee
JP 8/15

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

DEFS001774701