1  CHRISTOPHER FROST (SBN 200336)
   chris@frostllp.com
2  JOHN MAATTA (SBN 83683)
   john@frostllp.com
3  JOSHUA STAMBAUGH (SBN 233834)
   josh@frostllp.com
4  LAWRENCE J.H. LIU (SBN 312115)
   lawrence@frostllp.com
5  FROST LLP
   10960 Wilshire Boulevard, Suite 2100
6  Los Angeles, California 90024
   Telephone: (424) 254-0441
7
   SHAUNA A. IZADI (Admitted *Pro Hac Vice*)
8  sizadi@izadilegal.com
   IZADI LEGAL GROUP, PLLC
9  13155 Noel Rd, Suite 900
   Dallas, Texas 75240
10
   Attorneys for Defendants Celestron Acquisition, LLC, Synta
11 Technology Corp., Suzhou Synta Optical Technology Co.,
   Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology
12 Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC,
   Nantong Schmidt Optoelectrical Technology Co. Ltd.,
13 Pacific Telescope Corp., Corey Lee, David Shen, Sylvia
   Shen, Jack Chen, Jean Shen, Joseph Lupica, Dave Anderson,
14 Laurence Huen

15                **UNITED STATES DISTRICT COURT**

16        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

17 IN RE TELESCOPES ANTITRUST LITIGATION        Case No. 5:20-cv-03642-EJD
   THIS DOCUMENT RELATES TO:
18                                              *Assigned for All Purposes to:*
   AURORA ASTRO PRODUCTS, LLC, PIONEER          *Hon. Edward J. Davila*
19 CYCLING & FITNESS, LLP; and those similarly
   situated,                                    **SEPARATE STATEMENT OF**
20            Plaintiffs,                        **UNDISPUTED FACTS IN SUPPORT OF**
                                                 **MOTION BY DEFENDANT SYNTA**
          vs.                                    **CANADA INT'L ENTERPRISES LTD.**
21                                               **FOR SUMMARY JUDGMENT, OR IN**
   CELESTRON ACQUISITION, LLC, SUZHOU            **THE ALTERNATIVE, PARTIAL**
22 SYNTA OPTICAL TECHNOLOGY CO., LTD.,           **SUMMARY JUDGMENT**
   SYNTA CANADA INT'L ENTERPRISES LTD.,
23 SW TECHNOLOGY CORP., OLIVON                   *[Filed concurrently with Notice of Motion and*
   MANUFACTURING CO. LTD., OLIVON USA,           *Motion for Summary Adjudication, Declaration*
24 LLC, NANTONG SCHMIDT OPTOELECTRICAL           *of Lawrence J. H. Liu and Sylvia Shen]*
   TECHNOLOGY CO. LTD., NINGBO SUNNY
25 ELECTRONIC CO., LTD., PACIFIC TELESCOPE
   CORP., COREY LEE, DAVID SHEN, SYLVIA          Hearing
26 SHEN, JACK CHEN, JEAN SHEN, JOSEPH            Date:              TBD
   LUPICA, DAVE ANDERSON, LAURENCE               Time:              TBD
27 HUEN, and DOES 1-50,                          Crtrm.:            4 (5th Floor)

28            Defendants.                        Compl. Filed:      June 1, 2020
                                                 Trial Setting Conference: May 8, 2025

1

### SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS

2

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| **Background Facts Common to All Claims** | | |
| | **Fact 1:** Synta Canada was founded by Defendant David Shen, Sylvia Shen, and Jack Chen in December 1996 after Sylvia Shen and her husband, Jack Chen emigrated to Canada.<br><br>Liu Decl. Ex. C [S. Shen 30(b)(6) 21:25–22:7]. Declaration of Sylvia Shen [S. Shen Decl. ¶¶ 2, 3]. | |
| | **Fact 2:** One of the first projects it invested in was Suzhou Synta in 1998.<br><br>S. Shen Decl. ¶ 3. | |
| | **Fact 3:** Initially, David Shen owned 50%, Sylvia Shen owned 30%, and Jack Chen owned 20% of Synta Canada, until the Shen Family Trust and the Chen Family Trust took ownership shares in October 2016.<br><br>S. Shen Decl. ¶ 4. | |
| | **Fact 4:** As an investment holding company over the years, Synta Canada invested in Suzhou Synta, SW Technology (2005), and Nantong Schmidt (2011).<br><br>S. Shen Decl., ¶ 5; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 36:7–17]. | |
| | **Fact 5:** In or around the mid-2010s, Synta Canada engaged in some limited research and development (R&D) with the goal of developing electronic software for telescopes.<br><br>S. Shen Decl., ¶ 7. | |
| | **Fact 6:** Synta Canada ultimately only produced a limited amount of software, which it sold to Nantong Schmidt.<br><br>S. Shen Decl., ¶ 7. | |

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | **Fact 7:** Synta Canada never manufactured or distributed telescopes or telescope accessories. Aside from briefly doing research and development work, it has primarily functioned as a passive holding company.<br><br>S. Shen Decl., ¶ 6. | |
| | **Fact 8:** SW Technology, a Delaware-incorporated holding company for specific purpose of acquiring Celestron, was formed in 2005 with Synta Taiwan as the majority investor and Synta Canada as the minority 15% owner, which later increased to 24% owner in 2019.<br><br>Liu Decl. Ex. A [S. Shen Dep. I 63:15–64:11]; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 42:4–19]. | |
| | **Fact 9:** Celestron is SW Technology's wholly owned subsidiary.<br><br>Liu Decl. Ex. E_[Huen Dep. I, 56:9–11]; S. Shen Decl. ¶ 16. | |
| | **Fact 10:** As Synta Canada's subsidiary, SW Technology never directly engaged in the manufacturing, sale, or purchase of telescopes.<br><br>Shen Decl. ¶ 23. | |
| | **Fact 11:** Neither SW Technology nor its shareholders committee ("ExCom") exercised any control in the day-to-day business operations of Celestron.<br><br>Liu Decl. Ex. A [S. Shen Dep. I, at 69:8-10, 73:13-15, 76:19-77:4]; S. Shen Decl. ¶ 24 | |
| | **Fact 12:** By 2011, now purely a holding company, Synta Canada owned 24% of SW Technology, 20% of Suzhou Synta, and 20% of Nantong Schmidt, the successor to Suzhou Synta.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 36:22–25, 37:1–10]. | |

Case No. 5:20-cv-03642-EJD

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | **Fact 13:** For a brief period in the mid-2010s, Synta Canada engaged in research and development for electronic software for telescopes.<br><br>Liu Decl. Ex. B [S. Shen Dep. II, 118:21–25, 119:1–4]; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 25:23–26:6]; S. Shen Decl., ¶ 7. | |
| | **Fact 14:** For Synta Canada's research and development project, Synta Canada hired its first and only three long-term employees in 2011.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 23:25–24:24]. | |
| | **Fact 15:** The outcome of this research and development endeavor was only a limited amount of software, which was sold to Nantong Schmidt.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 26:15–25, 27:1–12]; S. Shen Decl., ¶ 7. | |
| | **Fact 16:** The company only retained these employees until about 2018 and since then has remained employee-less.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 24:11–16]. | |
| | **Fact 17:** In 2013, Ningbo Sunny acquired Meade Instruments ("Meade").<br><br>Liu Decl. Ex. F [P. Roth Dep. I at 29:4-6]; S. Shen Decl. ¶ 28. | |
| | **Fact 18:** Synta Canada had no role in the Meade Acquisition. It did not direct, authorize, or facilitate any part of the Meade Acquisition.<br><br>Shen Decl. ¶ 29; Liu Decl. Ex. A [S. Shen Dep. I 21:2–7] | |
| | **Fact 19:** In September 2016, during the beginning of the *Orion* litigation (N.D. Cal. Case No. 5:16-cv-06370-EJD), Celestron, SW Technology, and other named Defendants in this case entered into a Settlement Agreement with Orion. | |

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | S. Shen Decl. ¶ 26, Ex. A; RJN, Ex. 1. | |
| | **Fact 20:** Under section 6.a. of the Settlement Agreement, Orion agreed to generally "release and forever discharge each of Defendants and each's respective shareholders, directors, officers, … from all Claims … , known and unknown."<br><br>S. Shen Decl., Ex. A; RJN, Ex. 1. | |
| | **Fact 21:** Under sections 1 through 3 of the Settlement Agreement, in exchange for the general release, Celestron and "Synta Parties" paid Orion $500,000 and provided Orion a favorable supply agreement, and website domain URLs that included "Telescopes.com" (the "Hayneedle Assets").<br><br>S. Shen Decl., Ex. A; RJN, Ex. 1. | |
| | **Fact 22:** SW Technology performed all its required obligations under the Settlement Agreement and therefore SW Technology and its shareholders, which includes Synta Canada, are thus released from all claims by Orion.<br><br>S. Shen Decl. ¶¶ 26, 27, Ex. A; RJN, Ex. 1. | |
| **Claim 1**<br>**Sherman Act, § 1; Cartwright Act – Conspiracy to Fix Prices** | | |
| As a Passive Holding Company, Synta Canada Did Not Engage in Price-Fixing | **Fact 4:** As an investment holding company over the years, Synta Canada invested in Suzhou Synta, SW Technology (2005), and Nantong Schmidt (2011).<br><br>S. Shen Decl., ¶ 5; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 36:7–17]. | |
| | **Fact 5:** In or around the mid-2010s, Synta Canada engaged in some limited research and development (R&D) with the goal of developing electronic software for telescopes.<br><br>S. Shen Decl., ¶ 7. | |

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | **Fact 6:** It ultimately only produced a limited amount of software, which it sold to Nantong Schmidt.<br><br>S. Shen Decl., ¶ 7. | |
| | **Fact 7:** Synta Canada never manufactured or distributed telescopes or telescope accessories. Aside from briefly doing research and development work, it has primarily functioned as a passive holding company.<br><br>S. Shen Decl., ¶ 6. | |
| | **Fact 8:** SW Technology, a Delaware-incorporated holding company for specific purpose of acquiring Celestron, was formed in 2005 with Synta Taiwan as the majority investor and Synta Canada as the minority 15% owner, which later increased to 24% owner in 2019.<br><br>Liu Decl. Ex. A [S. Shen Dep. I 63:15–64:11]; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 42:4–19]. | |
| | **Fact 9:** Celestron is SW Technology's wholly owned subsidiary.<br><br>Liu Decl. Ex. E_[Huen Dep. I, 56:9–11]; S. Shen Decl. ¶ 16. | |
| | **Fact 10:** As Synta Taiwan's subsidiary, SW Technology never directly engaged in the manufacturing, sale, or purchase of telescopes.<br><br>Shen Decl. ¶ 23. | |
| | **Fact 11:** Neither SW Technology nor ExCom exercised any control in the day-to-day business operations of Celestron.<br><br>Liu Decl. Ex. A [S. Shen Dep. I, at 69:8-10, 73:13-15, 76:19-77:4]; S. Shen Decl. ¶ 24 | |
| | **Fact 12:** By 2011, now purely a holding company, Synta Canada owned 24% of SW Technology, 20% of Suzhou Synta, and 20% of Nantong Schmidt, the successor to Suzhou Synta. | |

Case No. 5:20-cv-03642-EJD

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 36:22–25, 37:1–10]. | |
| | **Fact 13:** For a brief period in the mid-2010s, Synta Canada engaged in research and development for electronic software for telescopes.<br><br>Liu Decl. Ex. B [S. Shen Dep. II, 118:21–25, 119:1–4]; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 25:23–26:6]; S. Shen Decl., ¶ 7. | |
| | **Fact 14:** For Synta Canada's research and development project, Synta Canada hired its first and only three long-term employees in 2011.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 23:25–24:24]. | |
| | **Fact 15:** The outcome of this research and development endeavor was only a limited amount of software, which was sold to Nantong Schmidt.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 26:15–25, 27:1–12]; S. Shen Decl., ¶ 7. | |
| | **Fact 16:** The company only retained these employees until about 2018 and since then has remained employee-less.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 24:11–16]. | |
| | **Fact 17:** In 2013, Ningbo Sunny acquired Meade Instruments ("Meade").<br><br>Liu Decl. Ex. F [P. Roth Dep. I at 29:4-6]; S. Shen Decl. ¶ 28. | |
| | **Fact 18:** Synta Canada had no role in the Meade Acquisition. It did not direct, authorize, or facilitate any part of the Meade Acquisition.<br><br>Shen Decl. ¶ 29; Liu Decl. Ex. A [S. Shen Dep. I 21:2–7] | |
| | **Fact 19:** In September 2016, during the beginning of the Orion litigation (N.D. Cal. Case No. 5:16-cv-06370-EJD), Celestron, SW | |

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | Technology, and other named Defendants in this case entered into a Settlement Agreement with Orion.<br><br>S. Shen Decl. ¶ 26, Ex. A; RJN, Ex. 1. | |
| | **Fact 20:**  Under section 6.a. of the Settlement Agreement, Orion agreed to generally "release and forever discharge each of Defendants and each's respective shareholders, directors, officers, … from all Claims … , known and unknown."<br><br>S. Shen Decl., Ex. A; RJN, Ex. 1. | |
| | **Fact 21:**  Under sections 1 through 3 of the Settlement Agreement, in exchange for the general release, Celestron and "Synta Parties" paid Orion $500,000 and provided Orion a favorable supply agreement, and website domain URLs that included "Telescopes.com" (the "Hayneedle Assets").<br><br>S. Shen Decl. ¶¶ 40–42, Ex. A; RJN, Ex. 1. | |
| | **Fact 22:**  SW Technology performed all its required obligations under the Settlement Agreement and therefore SW Technology and its shareholders, which includes Synta Canada, are thus released from all claims by Orion.<br><br>S. Shen Decl. ¶¶ 40–42, Ex. A; RJN, Ex. 1. | |
| As a Passive Holding Company, Synta Canada Had No Market Power to Divide or Monopolize the Market | **Fact 4:** As an investment holding company over the years, Synta Canada invested in Suzhou Synta, SW Technology (2005), and Nantong Schmidt (2011).<br><br>S. Shen Decl., ¶ 5; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 36:7–17]. | |
| | **Fact 5:**  In or around the mid-2010s, Synta Canada engaged in some limited research and development (R&D) with the goal of developing electronic software for telescopes.<br><br>S. Shen Decl., ¶ 7. | |

Case No. 5:20-cv-03642-EJD

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | **Fact 6:** It ultimately only produced a limited amount of software, which it sold to Nantong Schmidt. <br><br> S. Shen Decl., ¶ 7. | |
| | **Fact 7:** Synta Canada never manufactured or distributed telescopes or telescope accessories. Aside from briefly doing research and development work, it has primarily functioned as a passive holding company. <br><br> S. Shen Decl., ¶ 6. | |
| | **Fact 8:** SW Technology, a Delaware-incorporated holding company for specific purpose of acquiring Celestron, was formed in 2005 with Synta Taiwan as the majority investor and Synta Canada as the minority 15% owner, which later increased to 24% owner in 2019. <br><br> Liu Decl. Ex. A [S. Shen Dep. I 63:15–64:11]; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 42:4–19]. | |
| | **Fact 9:** Celestron is SW Technology's wholly owned subsidiary. <br><br> Liu Decl. Ex. E [Huen Dep. I, 56:9–11]; S. Shen Decl. ¶ 16. | |
| | **Fact 10:** As Synta Taiwan's subsidiary, SW Technology never directly engaged in the manufacturing, sale, or purchase of telescopes. <br><br> Shen Decl. ¶ 23. | |
| | **Fact 11:** Neither SW Technology nor ExCom exercised any control in the day-to-day business operations of Celestron. <br><br> Liu Decl. Ex. A [S. Shen Dep. I, at 69:8-10, 73:13-15, 76:19-77:4]; S. Shen Decl. ¶ 24 | |
| | **Fact 12:** By 2011, now purely a holding company, Synta Canada owned 24% of SW Technology, 20% of Suzhou Synta, and 20% of Nantong Schmidt, the successor to Suzhoynta. | |

Case No. 5:20-cv-03642-EJD

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 36:22–25, 37:1–10]. | |
| | **Fact 13:** For a brief period in the mid-2010s, Synta Canada engaged in research and development for electronic software for telescopes.<br><br>Liu Decl. Ex. B [S. Shen Dep. II, 118:21–25, 119:1–4]; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 25:23–26:6]; S. Shen Decl., ¶ 7. | |
| | **Fact 14:** For Synta Canada's research and development project, Synta Canada hired its first and only three long-term employees in 2011.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 23:25–24:24]. | |
| | **Fact 15:** The outcome of this research and development endeavor was only a limited amount of software, which was sold to Nantong Schmidt.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 26:15–25, 27:1–12]; S. Shen Decl., ¶ 7. | |
| | **Fact 16:** The company only retained these employees until about 2018 and since then has remained employee-less.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 24:11–16]. | |
| | **Fact 17:** In 2013, Ningbo Sunny acquired Meade Instruments ("Meade").<br><br>Liu Decl. Ex. F [P. Roth Dep. I at 29:4-6]; S. Shen Decl. ¶ 28. | |
| | **Fact 18:** Synta Canada had no role in the Meade Acquisition. It did not direct, authorize, or facilitate any part of the Meade Acquisition.<br><br>Shen Decl. ¶ 29; Liu Decl. Ex. A [S. Shen Dep. I 21:2–7] | |
| | **Fact 19:** In September 2016, during the beginning of the Orion litigation (N.D. Cal. Case No. 5:16-cv-06370-EJD), Celestron, SW | |

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | Technology, and other named Defendants in this case entered into a Settlement Agreement with Orion.<br><br>S. Shen Decl. ¶ 26, Ex. A; RJN, Ex. 1. | |
| | **Fact 20:** Under section 6.a. of the Settlement Agreement, Orion agreed to generally "release and forever discharge each of Defendants and each's respective shareholders, directors, officers, … from all Claims … , known and unknown."<br><br>S. Shen Decl., Ex. A; RJN, Ex. 1. | |
| | **Fact 21:** Under sections 1 through 3 of the Settlement Agreement, in exchange for the general release, Celestron and "Synta Parties" paid Orion $500,000 and provided Orion a favorable supply agreement, and website domain URLs that included "Telescopes.com" (the "Hayneedle Assets").<br><br>S. Shen Decl. ¶¶ 40–42, Ex. A; RJN, Ex. 1. | |
| | **Fact 22:** SW Technology performed all its required obligations under the Settlement Agreement and therefore SW Technology and its shareholders, which includes Synta Canada, are thus released from all claims by Orion.<br><br>S. Shen Decl. ¶¶ 40–42, Ex. A; RJN, Ex. 1. | |
| Synta Canada Had No Role in the 2013 Meade Acquisition | **Fact 17:** In 2013, Ningbo Sunny acquired Meade Instruments ("Meade").<br><br>Liu Decl. Ex. F [P. Roth Dep. I at 29:4-6]; S. Shen Decl. ¶ 28. | |
| | **Fact 18:** Synta Canada had no role in the Meade Acquisition. It did not direct, authorize, or facilitate any part of the Meade Acquisition.<br><br>Shen Decl. ¶ 29; Liu Decl. Ex. A [S. Shen Dep. I 21:2–7] | |

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| Synta Canada Did Not Unlawfully Use or Share any Non-Public Information | **Fact 10:** As Synta Taiwan's subsidiary, SW Technology never directly engaged in the manufacturing, sale, or purchase of telescopes.<br><br>Shen Decl. ¶ 23. | |
| | **Fact 11:** Neither SW Technology nor ExCom exercised any control in the day-to-day business operations of Celestron.<br><br>Liu Decl. Ex. A [S. Shen Dep. I, at 69:8-10, 73:13-15, 76:19-77:4]; S. Shen Decl. ¶ 24 | |
| | **Fact 17:** In 2013, Ningbo Sunny acquired Meade Instruments ("Meade").<br><br>Liu Decl. Ex. F [P. Roth Dep. I at 29:4-6]; S. Shen Decl. ¶ 28. | |
| | **Fact 18:** Synta Canada had no role in the Meade Acquisition. It did not direct, authorize, or facilitate any part of the Meade Acquisition.<br><br>Shen Decl. ¶ 29; Liu Decl. Ex. A [S. Shen Dep. I 21:2–7] | |
| | **Fact 19:** In September 2016, during the beginning of the Orion litigation (N.D. Cal. Case No. 5:16-cv-06370-EJD), Celestron, SW Technology, and other named Defendants in this case entered into a Settlement Agreement with Orion.<br><br>S. Shen Decl. ¶ 26, Ex. A; RJN, Ex. 1. | |
| | **Fact 20:** Under section 6.a. of the Settlement Agreement, Orion agreed to generally "release and forever discharge each of Defendants and each's respective shareholders, directors, officers, … from all Claims … , known and unknown."<br><br>S. Shen Decl., Ex. A; RJN, Ex. 1. | |
| | **Fact 21:** Under sections 1 through 3 of the Settlement Agreement, in exchange for the general release, Celestron and "Synta Parties" | |

Case No. 5:20-cv-03642-EJD
SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | paid Orion $500,000 and provided Orion a favorable supply agreement, and website domain URLs that included "Telescopes.com" (the "Hayneedle Assets"). <br><br> S. Shen Decl. ¶¶ 40–42, Ex. A; RJN, Ex. 1. | |
| | **Fact 22:** SW Technology performed all its required obligations under the Settlement Agreement and therefore SW Technology and its shareholders, which includes Synta Canada, are thus released from all claims by Orion. <br><br> S. Shen Decl. ¶¶ 40–42, Ex. A; RJN, Ex. 1. | |
| Synta Canada's Business Purpose Was Legitimate and Pro-Competitive | **Fact 1:** Synta Canada was founded by Defendant David Shen, Sylvia Shen, and Jack Chen in December 1996 after Sylvia Shen and her husband, Jack Chen emigrated to Canada. <br><br> Liu Decl. Ex. C [S. Shen 30(b)(6) 21:25–22:77]. Declaration of Sylvia Shen [S. Shen Decl. ¶¶ 2, 3]. | |
| | **Fact 2:** One of the first projects it invested in was Suzhou Synta in 1998. <br><br> S. Shen Decl. ¶ 3. | |
| | **Fact 3:** Initially, David Shen owned 50%, Sylvia Shen owned 30%, and Jack Chen owned 20% of Synta Canada, until the Shen Family Trust and the Chen Family Trust took ownership shares in October 2016. <br><br> S. Shen Decl. ¶ 4. | |
| | **Fact 4:** As an investment holding company over the years, Synta Canada invested in Suzhou Synta, SW Technology (2005), and Nantong Schmidt (2011). <br><br> S. Shen Decl., ¶ 5; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 36:7–17]. | |
| | **Fact 5:** In or around the mid-2010s, Synta Canada engaged in some limited research and development (R&D) with the goal of | |

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | developing electronic software for telescopes.<br><br>S. Shen Decl., ¶ 7. | |
| | **Fact 6:**  It ultimately only produced a limited amount of software, which it sold to Nantong Schmidt.<br><br>S. Shen Decl., ¶ 7. | |
| | **Fact 7:**  Synta Canada never manufactured or distributed telescopes or telescope accessories. Aside from briefly doing research and development work, it has primarily functioned as a passive holding company.<br><br>S. Shen Decl., ¶ 6. | |
| | **Fact 8:** SW Technology, a Delaware-incorporated holding company for specific purpose of acquiring Celestron, was formed in 2005 with Synta Taiwan as the majority investor and Synta Canada as the minority 15% owner, which later increased to 24% owner in 2019.<br><br>Liu Decl. Ex. A [S. Shen Dep. I 63:15–64:11]; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 42:4–19]. | |
| | **Fact 9:** Celestron is SW Technology's wholly owned subsidiary.<br><br>Liu Decl. Ex. E [Huen Dep. I, 56:9–11]; S. Shen Decl. ¶ 16. | |
| | **Fact 10:**  As Synta Taiwan's subsidiary, SW Technology never directly engaged in the manufacturing, sale, or purchase of telescopes.<br><br>Shen Decl. ¶ 23. | |
| | **Fact 11:** Neither SW Technology nor ExCom exercised any control in the day-to-day business operations of Celestron.<br><br>Liu Decl. Ex. A [S. Shen Dep. I, at 69:8-10, 73:13-15, 76:19-77:4]; S. Shen Decl. ¶ 24 | |

Case No. 5:20-cv-03642-EJD

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | **Fact 12:** By 2011, now purely a holding company, Synta Canada owned 24% of SW Technology, 20% of Suzhou Synta, and 20% of Nantong Schmidt, the successor to Suzhou Synta.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 36:22–25, 37:1–10]. | |
| **Claim 2**<br>**Sherman Act, § 1; Cartwright Act – Conspiracy to Allocate/Divide the Market** | | |
| Synta Canada Had No Market Power | **Fact 4:** As an investment holding company over the years, Synta Canada invested in Suzhou Synta, SW Technology (2005), and Nantong Schmidt (2011).<br><br>S. Shen Decl., ¶ 5; Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 36:7–17]. | |
| | **Fact 5:** In or around the mid-2010s, Synta Canada engaged in some limited research and development (R&D) with the goal of developing electronic software for telescopes.<br><br>S. Shen Decl., ¶ 7. | |
| | **Fact 6:** It ultimately only produced a limited amount of software, which it sold to Nantong Schmidt.<br><br>S. Shen Decl., ¶ 7. | |
| | **Fact 7:** Synta Canada never manufactured or distributed telescopes or telescope accessories. Aside from briefly doing research and development work, it has primarily functioned as a passive holding company.<br><br>S. Shen Decl., ¶ 6. | |
| | **Fact 8:** SW Technology, a Delaware-incorporated holding company for specific purpose of acquiring Celestron, was formed in 2005 with Synta Taiwan as the majority investor and Synta Canada as the minority 15% owner, which later increased to 24% owner in 2019.<br><br>Liu Decl. Ex. A [S. Shen Dep. I 63:15–64:11]; Liu Decl. Ex. C [S. Shen Dep. | |

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | 30(b)(6) 42:4–19]. | |
| | **Fact 9:** Celestron is SW Technology's wholly owned subsidiary.<br><br>Liu Decl. Ex. E  [Huen Dep. I, 56:9–11]; S. Shen Decl. ¶ 16. | |
| | **Fact 10:**  As Synta Taiwan's subsidiary, SW Technology never directly engaged in the manufacturing, sale, or purchase of telescopes.<br><br>Shen Decl. ¶ 23. | |
| | **Fact 11:** Neither SW Technology nor ExCom exercised any control in the day-to-day business operations of Celestron.<br><br>Liu Decl. Ex. A [S. Shen Dep. I, at 69:8-10, 73:13-15, 76:19-77:4]; S. Shen Decl. ¶ 24 | |
| Synta Canada Did Not Attempt to Allocate or Divide the Market | **Fact 17:** In 2013, Ningbo Sunny acquired Meade Instruments ("Meade").<br><br>Liu Decl. Ex. F [P. Roth Dep. I at 29:4-6]; S. Shen Decl. ¶ 28. | |
| | **Fact 18:** Synta Canada had no role in the Meade Acquisition. It did not direct, authorize, or facilitate any part of the Meade Acquisition.<br><br>Shen Decl. ¶ 29; Liu Decl. Ex. A [S. Shen Dep. I 21:2–7] | |
| **Claim 3:** <br>**Sherman Act, § 2; Clayton Act, § 7 – Monopolization, Attempted Monopolization, Conspiracy to Monopolize (2013 to present)** | | |
| Synta Canada Had No Market Power to Divide or Monopolize the Market | **Fact 4:** Early on, in 1998, Synta Canada invested in Suzhou Synta; meanwhile, the company also sought to import and export goods between Canada and Taiwan.<br><br>Liu Decl., Ex. A [S. Shen Dep. I 90:2–5]; S. Shen Decl., ¶ 3. | |
| | **Fact 5:** Synta Canada began as and remained a small project for some time. It generated very little income—so little income, in fact, | |

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| | that David did not receive any income from Synta Canada.<br><br>Liu Decl. Ex. A, [S. Shen Dep. I 92:20–25]; Liu Decl. Ex. D  [D. Shen Dep. II 26:5–10]. | |
| | **Fact 7:** Having had little success in its first decade, Synta Canada shifted its focus to solely investment.<br><br>Liu Decl. Ex. A [S. Shen Dep. I 92:20–25]. | |
| | **Fact 8:** In around 2005, Synta Canada allocated its resources towards its investments in SW Technology—and on 2011, Nantong Schmidt.<br><br>Liu Decl. Ex. C [S. Shen Dep. 30(b)(6) 36:7–17]. | |
| | **Fact 9:** SW Technology, a Delaware-incorporated holding company for specific purpose of acquiring Celestron, was formed in 2005 with Synta Taiwan as the majority investor and Synta Canada as the minority 15% owner, which later increased to 24% owner in 2019.<br><br>Liu Decl.. Ex. A, C (S. Shen Dep. 63–64:15–11; S. Shen Dep. 30(b)(6) 42:4–19). | |
| | **Fact 25:** Synta Canada did not manufacture or distribute telescopes for sale in the U.S. during the class period.<br><br>D. Shen Decl. Ex. C [S. Shen Dep. III] 23:8-10, 23:20-23.) | |
| Synta Canada Had No Role in the 2013 Meade Acquisition | **Fact 17:** In 2013, Ningbo Sunny acquired Meade Instruments ("Meade").<br><br>Liu Decl. Ex. F [P. Roth Dep. I at 29:4-6]; S. Shen Decl. ¶ 28. | |
| | **Fact 18:** Synta Canada had no role in the Meade Acquisition. It did not direct, authorize, or facilitate any part of the Meade Acquisition.<br><br>Shen Decl. ¶ 29; Liu Decl. Ex. A [S. Shen Dep. I 21:2–7] | |

Case No. 5:20-cv-03642-EJD

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

| Claim or Defense | Moving Party's Undisputed Facts/ Supporting Evidence | Opposing Party's Response/ Supporting Evidence |
|---|---|---|
| **Claim 4:** <br> **Unfair Competition Law (Bus. & Prof. Code, § 17200) – Unlawful, unfair, or fraudulent business practices** | | |
| There is no evidence that Synta Canada engaged in any unlawful, unfair, or fraudulent business practices | Defendants incorporate by reference Facts 1-22 as though fully set forth herein. | |

DATED:  March 7, 2025                    FROST LLP


By: _____
CHRISTOPHER FROST
JOHN D. MAATTA
JOSHUA S. STAMBAUGH
LAWRENCE J.H. LIU
Attorneys for Defendants Celestron Acquisition, LLC, Synta Technology Corp., Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC, Nantong Schmidt Optoelectrical Technology Co. Ltd., Pacific Telescope Corp., Corey Lee, David Shen, Sylvia Shen, Jack Chen, Jean Shen, Joseph Lupica, Dave Anderson, Laurence Huen

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION

**ATTESTATION**

I attest that the evidence cited herein fairly and accurately supports or disputes the facts as asserted.

DATED:  March 7, 2025          FROST LLP

By:  _____

CHRISTOPHER FROST
JOHN D. MAATTA
JOSHUA S. STAMBAUGH
LAWRENCE J.H. LIU
Attorneys for Defendants Celestron Acquisition, LLC, Synta Technology Corp., Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC, Nantong Schmidt Optoelectrical Technology Co. Ltd., Pacific Telescope Corp., Corey Lee, David Shen, Sylvia Shen, Jack Chen, Jean Shen, Joseph Lupica, Dave Anderson, Laurence Huen

Case No. 5:20-cv-03642-EJD

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION