CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
JOHN MAATTA (SBN 83683)
john@frostllp.com
JOSHUA STAMBAUGH (SBN 233834)
josh@frostllp.com
LAWRENCE J.H. LIU (SBN 312115)
lawrence@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441

SHAUNA A. IZADI (Admitted *Pro Hac Vice*)
sizadi@izadilegal.com
IZADI LEGAL GROUP, PLLC
13155 Noel Rd, Suite 900
Dallas, Texas 75240

Attorneys for Defendants Celestron Acquisition, LLC Synta Technology Corp., Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC, Nantong Schmidt Optoelectrical Technology Co. Ltd, Pacific Telescope Corp., Corey Lee, David Shen, Sylvia Shen, Jack Chen, Jean Shen, Joseph Lupica, Dave Anderson, Laurence Huen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION<br>THIS DOCUMENT RELATES TO:<br><br>AURORA ASTRO PRODUCTS, LLC, PIONEER CYCLING & FITNESS, LLP; and those similarly situated,<br>　　　　　Plaintiffs,<br>　vs.<br>CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTOELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br>　　　　　Defendants. | Case No. 5:20-cv-03642-EJD<br><br>*Assigned for All Purposes to:*<br>*Hon. Edward J. Davila*<br><br>**DECLARATION OF LAWRENCE J.H. LIU IN SUPPORT OF DEFENDANT SYNTA CANADA INT'L ENTERPRISES LTD.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed with Defendant Synta Canada Int'l Enterprises Ltd.'s Motion For Summary Judgment; Separate Statement; and Declaration of Sylvia Shen]*<br><br><u>Hearing</u><br>Date:　　　　　　TBD<br>Time:　　　　　　TBD<br>Crtrm.:　　　　　4 (5th Floor)<br><br>Compl. Filed:　　　　June 1, 2020<br>Trial Setting Conference: May 8, 2025 |

Case No. 5:20-cv-03642-EJD

# DECLARATION OF LAWRENCE J.H. LIU

I, Lawrence J.H. Liu, declare as follows:

1. I am an attorney licensed to practice before this Court, and am Senior Counsel to the law firm of FROST LLP, attorneys of record herein for Defendants Celestron Acquisition, LLC, Synta Technology Corp., Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC, Nantong Schmidt Optoelectrical Technology Co. ltd., Pacific Telescope Corp., Corey Lee, David Shen, Sylvia Shen, Jack Chen, Jean Shen, Joseph Lupica, Dave Anderson, Laurence Huen (collectively, "Defendants"). I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of Defendant Synta Canada Int'l Enterprises, Ltd.'s Motion for Summary Judgment, Or In The Alternative, Partial Summary Judgment, filed concurrently herewith.

2. On February 28, 2025, my office met and conferred with counsel for Direct Purchaser Plaintiffs ("DPPs") to discuss Defendants' anticipated filing of motions for summary judgment for: (1) Corey Lee; (2) Jean Shen, Olivon Manufacturing Co. Ltd., and Olivon USA, LLC (together, "Olivon Defendants"); (3) Synta Technology Corp. ("Synta Taiwan"); (4) Synta Canada Int'l Enterprises Ltd. ("Synta Canada"); (5) SW Technology Corp. ("SW Technology"); (6) Pacific Telescope Corp. ("Pacific Telescope"); (7) Celestron Acquisition, LLC ("Celestron"); (8) Joe Lupica; and (9) Dave Anderson. Defendants explained the factual and legal grounds for each motion and invited DPPs to further meet and confer on how to potentially resolve any of the motions informally. The parties, however, were not able to resolve these motions before the Court's dispositive motion deadline, thereby necessitating the filing of these motions.

3. Attached hereto as **Exhibit A** are true and correct copies of excerpts taken from the transcript of Sylvia Shen's deposition in this case, volume I, dated March 4, 2024

4. Attached hereto as **Exhibit B** are true and correct copies of excerpts taken from the transcript of Sylvia Shen's deposition in this case, volume II, dated March 5, 2024.

5. Attached hereto as **Exhibit C** are true and correct copies of excerpts taken from the transcript of Sylvia Shen's deposition taken in her 30(b)(6) capacity on behalf of Synta Canada and

1    Case No. 5:20-cv-03642-EJD

DECLARATION OF LAWRENCE J.H. LIU IN SUPPORT OF DEFENDANT SYNTA CANADA INT'L ENTERPRISES LTD.'S MOTION FOR SUMMARY JUDGMENT

1  SW Technology in this case, dated March 27, 2024.

2      6.    Attached hereto as **Exhibit D** are true and correct copies of excerpts taken from the
3  transcript of David Shen's deposition in this case, volume II, dated September 22, 2023.

4      7.    Attached hereto as **Exhibit E** are true and correct copies of excerpts taken from the
5  transcript of Laurence Huen's deposition in this case, volume I, dated November 9, 2023.

6      8.    Attached hereto as **Exhibit F** are true and correct copies of excerpts taken from the
7  transcript of Paul Roth's deposition in this case, volume I, dated August 7, 2023.

8      I declare under penalty of perjury under the laws of the State of California that the foregoing
9  is true and correct.

10      Executed on this 7th day of March, 2025, at Los Angeles, California.

*[signature]*

Lawrence J.H. Liu