# EXHIBIT B

```
 1                 UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF NEW YORK

 3                          ---oOo---

 4   IN RE TELESCOPES ANTITRUST
     LITIGATION
 5   _____

 6   This document relates to: CASE NO. 5:20-CV-03639-EJD
                                Case No. 5:20-cv-03642-EJD
 7   AURORA  ASTRO PRODUCTS LLC,
     PIONEER CYCLING & FITNESS, LLP,
 8   JASON STEELE, AND THOSE
     SIMILARLY SITUATED,
 9
                      Plaintiffs,
10   vs.

11   CELESTRON ACQUISITION, LLC, SUZHOU
     SYNTA OPTICAL TECHNOLOGY CO., LTD.,
12   SYNTA CANADA INT'L ENTERPRISES LTD.,
     SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD,
13   OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL
     TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO.,
14   LTD. PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN,
     SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA,
15   DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,
                      Defendants.
16   _____

17

18     VIDEO-RECORDED DEPOSITION OF THE 30 (b)(6) OF

19              PACIFIC TELESCOPE CORP.

20       BY AND THROUGH SYLVIA SHEN, VOLUME II

21             San Francisco, California

22              Tuesday, March 5, 2024

23   Stenographically Reported by:  Ashley Soevyn,
     CSR No. 12019
24   ESQUIRE Job No. J10828594

25   Pages 108 - 213
```



1  of the other employees that Synta Canada hired,          10:02:47
2  other than Mr. Liu?
3          MR. LIU:  Asked and answered.
4          THE WITNESS:  I believe there is another
5  name, Frank Liu.                                         10:03:47
6  BY MS. KUSHNIR:
7      Q    Any others?
8      A    Yes.
9      Q    What are their names?
10     A    Justin Liu.                                     10:04:19
11     Q    Any others?
12     A    I'm not sure.
13     Q    Is there any familial relationship
14 between Eric, Frank or Justin?
15         MR. LIU:  Objection.  Vague and                  10:05:12
16 ambiguous.  Compound.
17         THE WITNESS:  No.
18 BY MS. KUSHNIR:
19     Q    What did Eric Liu do for Synta Canada?
20     A    I don't have any understanding of that.         10:06:22
21     Q    Well, you testified earlier that Synta
22 Canada hired these employees to conduct research for
23 Synta Canada.  What type of research did they
24 conduct?
25         MR. LIU:  Objection.  Compound.                  10:06:46



800.211.DEPO (3376)
EsquireSolutions.com

1        THE WITNESS:  I only know that they were                10:07:47
2   doing research and development work related to the
3   products.  Also, as far as I remember, he was only
4   with the company for a short period of time.
5   BY MS. KUSHNIR:                                              10:08:05
6        Q    Which products were Synta Canada's
7   employees doing research and development work for?
8        MR. LIU:  Objection.  Lacks foundation.
9   Calls for speculation.
10       THE WITNESS:  I don't know that detail.                 10:08:50
11  BY MS. KUSHNIR:
12       Q    Are the products that you are speaking of
13  products that Celestron sold?
14       MR. LIU:  Objection.  Lacks foundation.
15  Calls for speculation.                                       10:09:14
16       THE WITNESS:  Would you be able to
17  specify that question?
18  BY MS. KUSHNIR:
19       Q    Sure.
20            You testified that Synta Canada's                  10:09:46
21  employees were doing research and development work
22  related to products.  Did those products belong to
23  Celestron?
24       MR. LIU:  Objection.  Vague and
25  ambiguous.  Lacks foundation.  Calls for              10:10:15



| | | |
|---|---|---|
| 1 | things that Synta Canada developed belongs to Synta | 10:14:15 |
| 2 | Canada. | |
| 3 | BY MS. KUSHNIR: | |
| 4 |     Q   Did Synta Canada ever sell any products? | |
| 5 |         MR. LIU:  Objection.  Vague and | 10:14:31 |
| 6 | ambiguous.  Lacks foundation.  Calls for | |
| 7 | speculation. | |
| 8 |         THE WITNESS:  Synta Canada does not sell | |
| 9 | telescopes. | |
| 10 | BY MS. KUSHNIR: | 10:15:08 |
| 11 |     Q   Does Synta Canada sell any other products | |
| 12 | other than telescopes? | |
| 13 |         MR. LIU:  Same objections. | |
| 14 |         THE WITNESS:  No. | |
| 15 | BY MS. KUSHNIR: | 10:15:35 |
| 16 |     Q   Is it accurate to say then, that the | |
| 17 | research and development work that Synta Canada's | |
| 18 | employees did, were not put to any use by Synta | |
| 19 | Canada? | |
| 20 |         MR. LIU:  Objection.  Lacks foundation. | 10:16:03 |
| 21 | Calls for speculation.  Misstates prior testimony. | |
| 22 |         THE WITNESS:  I believe there might be | |
| 23 | some misunderstandings. | |
| 24 | BY MS. KUSHNIR: | |
| 25 |     Q   What do you think there is a | 10:16:30 |



```
 1                    REPORTER'S CERTIFICATE
 2             I, ASHLEY SOEVYN, a Certified Shorthand
 3   Reporter of the State of California, do hereby
 4   certify:
 5             That the foregoing proceedings were taken
 6   before me at the time and place herein set forth;
 7   at which time the witness was put under oath by me;
 8             That the testimony of the witness, the
 9   questions propounded, and all objections and
10   statements made at the time of the examination were
11   recorded stenographically by me and were thereafter
12   transcribed;
13             That a review of the transcript by the
14   deponent was/ was not requested;
15             That the foregoing is a true and correct
16   transcript of my shorthand notes so taken.
17             I further certify that I am not a relative
18   or employee of any attorney of the parties, nor
19   financially interested in the action.
20             I declare under penalty of perjury under
21   the laws of California that the foregoing is true
22   and correct.  Dated this 14th day of March, 2024.
23
```



```
24   _____
     ASHLEY SOEVYN
25   CSR No. 12019
```