# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3   in re: TELESCOPES              )
     ANTITRUST LITIGATION            )
 4   This Document Relates to:      )  Case No.:
     AURORA ASTRO PRODUCTS           )  5:20-CV-03639-EJD
 5   LLC, et al.,                   )  5:20-CV-03642-EJD
                                     )
 6               Plaintiff,          )
                                     )
 7    v.                             )
                                     )
 8   CELESTRON ACQUISITION,          )
     LLC, et al.,                    )
 9                                   )
                 Defendants.         )
10   _____ )

11

12

13       HIGHLY CONFIDENTIAL:   ATTORNEYS' EYES ONLY

14     30(b)(6) VIDEOTAPED DEPOSITION OF SYLVIA SHEN

15                 CONDUCTED VIRTUALLY

16                   March 27, 2024

17                     9:03 a.m.

18

19

20

21

22

23   REPORTED BY:

24   Tammy Moon, CSR No. 13184, RDR, CRR

25
```



| | | |
|---|---|---|
| 1 | right now? | 09:49:57 |
| 2 | A.   I know you are talking about Synta Canada | 09:50:19 |
| 3 | right now. | 09:50:20 |
| 4 | Q.   Okay.  I'll ask you some questions, then. | 09:50:21 |
| 5 | What -- | 09:50:26 |
| 6 | MR. FROST:  Eric, hold on one second.  I'm | 09:50:26 |
| 7 | sorry. | |
| 8 | MR. SCHLABS:  Sure. | 09:50:52 |
| 9 | THE WITNESS:  I have -- I have one | 09:50:52 |
| 10 | question.  When you talked about the relevant time | 09:50:53 |
| 11 | period, did you mean from 2005?  I heard you mention | 09:50:55 |
| 12 | 2001.  I'm a little confused. | 09:51:03 |
| 13 | MR. SCHLABS: | 09:51:14 |
| 14 | Q.   I believe the relevant time period for this | 09:51:15 |
| 15 | topic is January 1st, 2001, through the present. | 09:51:17 |
| 16 | MR. FROST:  Even though the lawsuit only | 09:51:23 |
| 17 | relates to 2005, we're allowing them to ask | 09:51:27 |
| 18 | questions for a little bit prior to that period, to | 09:51:30 |
| 19 | 2001.  So if you have any information for that | 09:51:32 |
| 20 | period, it's okay to provide that. | 09:51:35 |
| 21 | MR. SCHLABS: | 09:52:24 |
| 22 | Q.   Ms. Shen, do you -- do you understand the | 09:52:25 |
| 23 | relevant time period? | 09:52:27 |
| 24 | A.   I understand. | 09:52:36 |
| 25 | Q.   Okay.  Thank you.  What year was Synta | 09:52:37 |



800.211.DEPO (3376)
EsquireSolutions.com

| | | |
|---|---|---|
| 1 | Canada established? | 09:52:41 |
| 2 | A.   December 1996. | 09:53:00 |
| 3 | Q.   Who started Synta Canada? | 09:53:05 |
| 4 | A.   When it started, there were three | 09:53:36 |
| 5 | shareholders. | 09:53:38 |
| 6 | Q.   And who were those three shareholders? | 09:53:44 |
| 7 | A.   David Shen, Sylvia Shen, and Jack Chen. | 09:54:10 |
| 8 | Q.   And for what purpose was Synta Canada | 09:54:18 |
| 9 | established? | 09:54:21 |
| 10 | MR. FROST:  Did the video go off?  Okay. | 09:54:43 |
| 11 | THE WITNESS:  At that time, it was because | 09:55:22 |
| 12 | we, Jack and I, immigrated to Canada.  We wanted to | 09:55:24 |
| 13 | open a company to see whether there were businesses | 09:55:31 |
| 14 | that we could do. | 09:55:36 |
| 15 | MR. SCHLABS: | 09:55:39 |
| 16 | Q.   Okay. Thank you. Is Synta Canada still | 09:55:40 |
| 17 | operating? | 09:55:42 |
| 18 | MR. FROST:  Objection.  Vague and | 09:55:54 |
| 19 | ambiguous. | 09:56:17 |
| 20 | THE WITNESS:  I would -- I would like to | 09:56:17 |
| 21 | ask what "operating" means. | 09:56:19 |
| 22 | MR. SCHLABS: | 09:56:21 |
| 23 | Q.   I can ask some more specific questions.  Is | 09:56:22 |
| 24 | it fair to call Synta Canada a holding company? | 09:56:27 |
| 25 | THE CHECK INTERPRETER:  "A more specific | 09:56:43 |



| | | |
|---|---|---|
| 1 | question" was translated into "a more similar | 09:56:44 |
| 2 | question." | 09:56:47 |
| 3 |     THE MAIN INTERPRETER:  So interpreter will | 09:56:55 |
| 4 | retranslate that part, then. | 09:56:56 |
| 5 |     (Interpretation by interpreter.) | 09:57:29 |
| 6 |     THE WITNESS:  I think so. | 09:57:29 |
| 7 |     MR. SCHLABS: | 09:57:33 |
| 8 | Q.  Has Synta Canada ever sold telescopes? | 09:57:34 |
| 9 | A.  As far as I know, it has never bought or | 09:58:02 |
| 10 | sold telescopes. | 09:58:06 |
| 11 | Q.  Okay.  Thank you.  Has Synta Canada ever | 09:58:12 |
| 12 | designed telescopes or telescope features? | 09:58:15 |
| 13 |     THE MAIN INTERPRETER:  The interpreter did | 09:58:52 |
| 14 | not hear the witness clearly.  Interpreter will | 09:58:53 |
| 15 | double-check. | 09:58:56 |
| 16 |     (Interpretation by interpreter.) | 09:59:14 |
| 17 |     THE WITNESS:  So Synta Canada has never | 09:59:14 |
| 18 | designed telescopes. | 09:59:16 |
| 19 |     MR. SCHLABS: | 09:59:20 |
| 20 | Q.  Has Synta Canada ever manufactured | 09:59:20 |
| 21 | telescopes? | 09:59:24 |
| 22 | A.  Synta Canada has never manufactured | 09:59:45 |
| 23 | telescopes either. | 09:59:49 |
| 24 | Q.  Has Synta Canada ever had employees? | 09:59:52 |
| 25 | A.  Synta Canada did not have any employees | 10:00:27 |



```
 1   before 2011.                                              10:00:29
 2        Q.   Did Synta Canada have employees after 2011?     10:00:41
 3        A.   Yes.  Correct.                                  10:00:59
 4        Q.   And who were they?                              10:01:02
 5             THE MAIN INTERPRETER:  The interpreter          10:01:28
 6   needs to double-check.                                    10:01:30
 7             (Interpretation by interpreter.)                10:01:37
 8             THE WITNESS:  Mainly two to three               10:01:37
 9   engineers.                                                10:01:39
10             MR. SCHLABS:                                    10:01:46
11        Q.   Does Synta Canada currently have any            10:01:47
12   employees?                                                10:01:49
13        A.   No.                                             10:02:03
14        Q.   When was the last time Synta Canada had an     10:02:04
15   employee?                                                 10:02:12
16        A.   Around -- between -- around 2018 to 2019.       10:02:13
17        Q.   Has Synta Canada ever had any employees         10:02:46
18   aside from the two to three engineers who you             10:02:49
19   mentioned?                                                10:02:52
20        A.   As far as I can recall, there were also         10:03:45
21   some others -- for example, the payroll people or         10:03:49
22   people doing chores for the company.  They were           10:03:52
23   short term, and if they came and -- they come and         10:03:57
24   go.                                                       10:04:03
25        Q.   Anyone aside from the engineers, the            10:04:04
```



| | | |
|---|---|---|
| 1 | payroll people, and the short-term people doing | 10:04:08 |
| 2 | chores for the company? | 10:04:11 |
| 3 |     A.   I can't recall. | 10:04:41 |
| 4 |     Q.   What were the names of the two to three | 10:04:44 |
| 5 | engineers who were employed by Synta Canada sometime | 10:04:47 |
| 6 | between 2011 and 2019? | 10:04:52 |
| 7 |     A.   They are Eric Liu, Justin Liu, Frank Liu. | 10:05:39 |
| 8 |     Q.   Thank you.  And what were the day-to-day | 10:05:51 |
| 9 | responsibilities of those engineers at Synta Canada? | 10:05:53 |
| 10 |     A.   Their responsibilities -- they took care of | 10:07:21 |
| 11 | their jobs.  For example, they had goals to reach. | 10:07:26 |
| 12 | So every day, they would focus on how to reach the | 10:07:31 |
| 13 | goals. | 10:07:36 |
| 14 |         Compared with a regular type of job, it's | 10:07:39 |
| 15 | hard to say their daily responsibilities because | 10:07:42 |
| 16 | they needed time to achieve the goals.  So it was | 10:07:47 |
| 17 | not like they did some -- something every day and | 10:07:52 |
| 18 | type. | 10:07:59 |
| 19 |     Q.   What were their goals?  What kinds of | 10:08:02 |
| 20 | projects were they working on? | 10:08:04 |
| 21 |     A.   Because -- I'm not an engineering person, | 10:09:09 |
| 22 | so I really cannot give you any detailed answers. | 10:09:12 |
| 23 |     Q.   Even if you can't give me any detailed | 10:09:21 |
| 24 | answers, can you tell me whether they were working | 10:09:25 |
| 25 | on engineering for telescopes or telescope | 10:09:29 |



| | | |
|---|---|---|
| 1 | accessories? | 10:09:33 |
| 2 | A.   So I don't know whether I can answer your | 10:11:31 |
| 3 | question this way.  The items that we were working | 10:11:33 |
| 4 | on were electronic products and software | 10:11:37 |
| 5 | development-related items.  They were not | 10:11:41 |
| 6 | telescopes. | 10:11:49 |
| 7 | Telescopes are more related to optics and | 10:11:50 |
| 8 | machinery, and we -- we were not in the telescope | 10:11:54 |
| 9 | field.  How do I put it?  It's -- telescope is in a | 10:12:04 |
| 10 | different field.  We were not in the field of | 10:12:09 |
| 11 | optics, machinery, or the whole telescopes. | 10:12:16 |
| 12 | Q.   Okay. Thank you.  That's helpful.  Did | 10:12:23 |
| 13 | Synta Canada sell any electronic products or | 10:12:27 |
| 14 | software? | 10:12:31 |
| 15 | A.   In the end, we sold the -- the outcome we | 10:13:39 |
| 16 | got from the electronic products and software to our | 10:13:47 |
| 17 | customers. | 10:13:53 |
| 18 | Q.   And who were Synta Canada's customers of | 10:13:58 |
| 19 | electronic products and software? | 10:14:02 |
| 20 | A.   And our -- Synta Canada's customer.  In the | 10:15:29 |
| 21 | end, we -- in the end, we sold it to Nantong | 10:15:32 |
| 22 | Schmidt. | 10:15:48 |
| 23 | Q.   Did Synta Canada have any customers for any | 10:15:48 |
| 24 | products other than Nantong Schmidt? | 10:15:52 |
| 25 | A.   We did not sell other products. | 10:16:26 |



```
 1     Q.   And for the products that it did have,              10:16:33
 2   electronic products and software products, did Synta       10:16:37
 3   Canada sell those to any customers other than              10:16:41
 4   Nantong Schmidt?                                            10:16:45
 5     A.   They did not sell them to other customers,          10:17:28
 6   but I would like to clarify one thing.  Our products       10:17:31
 7   were sold to Pacific.  Through Pacific, they were          10:18:25
 8   sold to Nantong Schmidt.                                   10:18:29
 9     Q.   Okay.  Thank you.  That's helpful.  So is           10:18:39
10   it fair to say that all of Synta Canada's products         10:18:48
11   were sold to Nantong Schmidt through Pacific?              10:18:50
12     A.   You can say that.                                    10:19:20
13     Q.   Does -- since 2019, has Synta Canada done           10:19:27
14   any engineering work?                                       10:19:30
15     A.   As far as I know, nothing after that.               10:19:58
16     Q.   Did the engineers employed by Synta Canada          10:20:01
17   do work for any other companies in their capacity as       10:20:11
18   Synta Canada employees?                                    10:20:17
19          MR. FROST:  Can you read that question              10:20:41
20   back, please.                                              10:20:42
21          (Record read.)                                      10:20:56
22          THE WITNESS:  As far as I know, no.                 10:21:13
23   I would like to take a break.                              10:21:15
24          MR. SCHLABS:  Okay.  We can take a break.           10:21:17
25          THE VIDEOGRAPHER:  Off the record at                10:21:21
```



| | | |
|---|---|---|
| 1 | shareholders when the company was started? | 11:06:01 |
| 2 | A.  Yes. | 11:06:16 |
| 3 | Q.  Were there ever any other shareholders | 11:06:16 |
| 4 | other than yourself, David Shen, Jack Chen, and the | 11:06:19 |
| 5 | two family trusts? | 11:06:25 |
| 6 | A.  No, as far as I know. | 11:06:48 |
| 7 | Q.  Okay.  Thank you.  Does Synta Canada own | 11:06:50 |
| 8 | shares in any other companies? | 11:06:58 |
| 9 | A.  Yes. | 11:07:15 |
| 10 | Q.  Which companies? | 11:07:16 |
| 11 | A.  Synta Canada owns shares of SW. | 11:07:36 |
| 12 | Q.  Does Synta Canada own shares in any other | 11:07:40 |
| 13 | companies besides SW Technology? | 11:07:44 |
| 14 | A.  Yes. | 11:08:00 |
| 15 | Q.  And what companies are those? | 11:08:02 |
| 16 | A.  It has some shares of Suzhou Synta and also | 11:08:32 |
| 17 | Nantong Schmidt. | 11:08:37 |
| 18 | Q.  Okay.  Thank you.  Does Synta Canada own | 11:08:40 |
| 19 | shares in any companies besides SW Technology, | 11:08:42 |
| 20 | Suzhou Synta, and Nantong Schmidt? | 11:08:46 |
| 21 | A.  No. | 11:09:15 |
| 22 | Q.  What percentage of the shares of SW | 11:09:26 |
| 23 | Technology does Synta Canada own? | 11:09:28 |
| 24 | A.  Would you please repeat the question. | 11:09:49 |
| 25 | THE MAIN INTERPRETER:  The interpreter will | 11:09:51 |



| | | |
|---|---|---|
| 1 | repeat the question. | 11:09:53 |
| 2 | (Interpretation by interpreter.) | 11:10:17 |
| 3 | THE WITNESS:  24 percent. | 11:10:17 |
| 4 | MR. SCHLABS: | 11:10:18 |
| 5 | Q.   What percentage of the shares of Suzhou | 11:10:19 |
| 6 | Synta does Synta Canada own? | 11:10:22 |
| 7 | A.   20 percent. | 11:10:47 |
| 8 | Q.   And what percentage of the shares of | 11:10:52 |
| 9 | Nantong Schmidt does Synta Canada own? | 11:10:55 |
| 10 | A.   20 percent. | 11:11:22 |
| 11 | Q.   Okay.  Thank you.  Does Synta Canada have | 11:11:23 |
| 12 | any officers? | 11:11:36 |
| 13 | A.   When? | 11:11:51 |
| 14 | Q.   Now. | 11:11:52 |
| 15 | THE MAIN INTERPRETER:  I'm sorry.  The | 11:12:01 |
| 16 | interpreter did not hear you clearly. | 11:12:03 |
| 17 | MR. SCHLABS:  Did not hear me? | 11:12:05 |
| 18 | THE MAIN INTERPRETER:  Yeah.  Did you say | 11:12:07 |
| 19 | "now"?  Okay. | 11:12:09 |
| 20 | MR. SCHLABS:  Now, yes. | 11:12:09 |
| 21 | THE WITNESS:  Well, right now is a | 11:12:29 |
| 22 | so-called officer -- it's called a secretary, right? | 11:12:31 |
| 23 | MR. SCHLABS: | |
| 24 | Q.   Who is Synta Canada's secretary right now, | 11:12:38 |
| 25 | then? | 11:12:40 |



| | | |
|---|---|---|
| 1 | you questions about the same topic, Topic No. 1, | 11:26:33 |
| 2 | except for SW Technology.  Do you understand? | 11:26:38 |
| 3 |     A.    I understand. | 11:26:57 |
| 4 |     Q.    What year was SW Technology established? | 11:26:58 |
| 5 |     A.    2005. | 11:27:12 |
| 6 |     Q.    Who started SW Technology? | 11:27:14 |
| 7 |     A.    There were two companies who cofounded the | 11:27:37 |
| 8 | company. | 11:27:41 |
| 9 |     Q.    And who were the two companies that | 11:27:46 |
| 10 | cofounded SW Technology? | 11:27:49 |
| 11 |     A.    One was Synta Canada.  The other one was | 11:28:26 |
| 12 | Synta Technology. | 11:28:29 |
| 13 |     Q.    And why did Synta Canada and Synta | 11:28:33 |
| 14 | Technology establish SW Technology? | 11:28:40 |
| 15 |     A.    The only purpose was the acquisition of | 11:29:10 |
| 16 | Celestron. | 11:29:15 |
| 17 |     Q.    Is it fair to describe SW Technology as an | 11:29:22 |
| 18 | investment holding company? | 11:29:26 |
| 19 |     A.    Yes. | 11:29:46 |
| 20 |     Q.    Which individuals or entities are | 11:29:47 |
| 21 | shareholders in SW Technology? | 11:29:53 |
| 22 |     A.    I just talked about it.  There were two | 11:30:19 |
| 23 | entities, two companies. | 11:30:22 |
| 24 |     Q.    Fair enough.  Other than Synta Canada and | 11:30:24 |
| 25 | Synta Technology, have there ever been any other | 11:30:28 |



```
 1   STATE OF CALIFORNIA )
                          )
 2   COUNTY OF SACRAMENTO)

 3           I, TAMMY MOON, CSR No. 13184, Certified

 4   Shorthand Reporter, do hereby certify:

 5           That prior to being examined, the witness

 6   in the foregoing proceedings was by me duly sworn to

 7   testify to the truth, the whole truth, and nothing

 8   but the truth;

 9           That said proceedings were taken by me in

10   shorthand and thereafter transcribed into

11   typewriting under my direction and supervision;

12           That I am neither counsel for, nor related

13   to, any party to said proceedings, nor in any way

14   interested in the outcome thereof.

15           I further certify that I am not a party to

16   any stipulation, if made, that would waive my duties

17   mandated by the Court Reporters Board of California.

18           In witness whereof, I have hereunto

19   subscribed my name.

20           Dated:  3rd of April, 2024

21

22
```



```
23   ------------------------

24   Tammy Moon, CSR No. 13184, RDR, CRR

25
```