# EXHIBIT D

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3   IN RE TELESCOPES ANTITRUST        )
     LITIGATION,                       )
 4   _____   )
     This Document Relates to:         )
 5                                     )
     SPECTRUM SCIENTIFICS LLC, RADIO   )
 6   CITY, INC., and those similarly   )
     situated,                         )
 7                                     )
            Plaintiffs,                )
 8                                     )
       vs.                             )# 5:20-cv-03639-EJD
 9                                     )# 5:20-cv-03642-EJD
     CELESTRON ACQUISITION, LLC,       )
10   SUZHOU SYNTA OPTICAL TECHNOLOGY   )
     CO., LTD., SYNTA CANADA INT'L     )
11   ENTERPRISES LTD., SW TECHNOLOGY   )
     CORP., OLIVON MANUFACTURING CO.   )
12   LTD., OLIVON USA, LLC, NANTONG    )
     SCHMIDT OPTIO-ELECTRICAL          )
13   TECHNOLOGY CO. LTD., NINGBO SUNNY )
     ELECTRONIC CO., LTD, PACIFIC      )
14   TELESCOPE CORP., COREY LEE, DAVID )
     SHEN, SYLVIA SHEN, JACK CHEN,     )
15   JEAN SHEN, JOSEPH LUPICA, DAVE    )
     ANDERSON, LAURANCE HUEN, and DOES )
16   1-50,                             )
                                       )
17          Defendants.                )
     _____   )
18

19           DEPOSITION OF DAVID SHEN, Volume 2

20                Friday, September 22, 2023

21              *** ATTORNEYS' EYES ONLY ***

22

23   Reported by:

24   GWEN S. BRASS, CCR 1908, CSR 5784

25   JOB NO. J10272332
```



1  Nantong Schmidt, and neither have I gotten salary from
2  SW.  So this question is unanswerable.  I never -- I can
3  say that I did not get any salary from Celestron.
4  Neither have I gotten salary from other companies.
5              And for salaries, we have to look at the                10:30
6  timeline.  When I was working in Taiwan before, I was
7  collecting a salary from Taiwan.  After I got to Suzhou,
8  I started getting a salary from Suzhou.  I never went to
9  Canada, and I did not get Canada's salary.  Neither have
10 I gone to Nantong Schmidt nor getting a salary from them. 10:30
11             Is this a clear enough explanation?
12             CHECK INTERPRETER:  This is the check
13 interpreter speaking.
14             Mr. Shen asked Mr. Borden how come there's a
15 question about salary, and this was because when          10:30
16 Mr. Borden asked about income, the main translator
17 translated that into salary first, and then she
18 backtracked it.  So the question sounded like Mr. Borden
19 was asking about salary and then also income.
20 BY ATTORNEY BORDEN:                                       10:31
21     Q.   Yes.  So let me re-ask it because I think we
22 had a misunderstanding, Mr. Shen.
23             My question wasn't limited to salary, and it
24 wasn't -- it was about income or revenue.
25             So you explained that you receive dividends   10:31



```
 1                    C E R T I F I C A T E
 2
 3             I, GWEN S. BRASS, a Certified Shorthand
 4   Reporter within and for the state of California, do
 5   hereby certify:
 6             That DAVID SHEN, the witness whose
 7   deposition is hereinbefore set forth, was duly
 8   sworn by me through the Mandarin interpreter and
 9   that such deposition consisting of pages 1 through
10   109 is a true record of the testimony given through
11   the interpreters by such witness.
12             I further certify that I am not related
13   to any of the parties to this action by blood or
14   marriage and that I am in no way interested in the
15   outcome of this matter.
16             IN WITNESS WHEREOF, I have hereunto set
17   my hand this 3rd day of October, 2023.
18
19
                                   [signature: Gwen S. Brass]
21                                 _____
22                                 Gwen Brass, CSR 5784
23
24
25
```