# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4                       ---oOo---

 5   IN RE TELESCOPES ANTITRUST             :
     LITIGATION                             :
 6   _____ :
     This Document Relates to:              :
 7                                          :
     SPECTRUM SCIENTIFICS LLC, RADIO CITY,  :
 8   INC., and those similarly situated,    :
                                            :
 9                Plaintiffs,               :
                                            :
10             vs.                          :No.
                                            :5:20-cv-03642-EJD
11   CELESTRON ACQUISITION, LLC, SUZHOU SYNTA :
     OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA:
12   INT'L ENTERPRISES LTD., SW TECHNOLOGY  :
     CORP., OLIVON MANUFACTURING CO. LTD.,  :
13   OLIVON USA, LLC, NANTONG SCHMIDT       :
     OPTO-ELECTRICAL TECHNOLOGY CO. LTD.,   :
14   NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC:
     TELESCOPE CORP., COREY LEE, DAVID SHEN,:
15   SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH :
     LUPICA, DAVE ANDERSON, LAURENCE HUEN, AND :
16   DOES 1-50,                             :
                                            :
17                                          :
                     Defendants.            :
18   _____ :

19

20           DEPOSITION OF LAURENCE HUEN

21              November 9, 2023

22

23   Job No. J10403984

24   Stenographically reported by:
     LAURA AXELSEN, CSR NO. 6173
25       RMR, CCRR, CRR, CRC, RDR
```



1          VIDEOGRAPHER:  Good morning.  We are now
2    on the record.  Today is November 9th, 2023.  Time
3    on the screen is 10:04 a.m.  My name is Kevin
4    McMahon.  I am the legal videographer and the
5    court reporter today is Laura Axelsen.
6          We're both here representing Esquire
7    Deposition Solutions.  This is the beginning of
8    Media Unit 1 for the deposition of Laurence Huen
9    regarding Telescopes Antitrust Litigation.  The case
10   numbers are 520CV03639EJD and 520CV03642EJD.  We are
11   located today at BraunHagey, 351 California Street,
12   10th Floor, San Francisco, California 94104.
13         Counsel, would you please identify
14   yourselves for the record beginning with the
15   noticing attorney.
16         MR. BIEDERMANN:  Yes, this is Garrett
17   Biedermann of BraunHagey Borden LLP, here
18   representing the plaintiffs.  I am joined -- so,
19   first of all, I am attending the deposition remotely
20   via Zoom.  In the deposition room with the witness
21   are my colleagues Katie Kushnir and Bryn
22   Treloar-Ballard, and I will be joined later in
23   person by my colleague Matt Borden also of
24   BraunHagey & Borden LLP.
25         MR. FROST:  Christopher Frost of Frost



```
 1        A.    The box on the right-hand side?
 2        Q.    In the center, I believe.
 3        A.    Center --
 4        Q.    Under investment relationship.
 5        A.    Oh, SW Technology.  Okay.  Okay.
 6        Q.    And that's the entity that, to your
 7   knowledge, you're a consultant for; is that right?
 8        A.    Yes.
 9        Q.    And it's accurate that SW Technology is a
10   100 percent owner of Celestron?
11        A.    Yes.
12        Q.    There are two boxes listed above SW
13   Technology in this organizational chart.  Do you see
14   that?
15        A.    Yes.
16        Q.    And one of those is Synta Canada; is that
17   right?
18        A.    Yes.
19        Q.    Says that Synta Canada has a 15 percent
20   interest in SW Technology.  Do you see that?
21        A.    Yeah, I saw it.
22        Q.    To your knowledge, is it correct that
23   Synta Canada has a 15 percent ownership interest in
24   SW Technology?
25        A.    I don't know.  I can't answer question on
```



```
 1                        CERTIFICATE
 2
 3           I, the undersigned, a Certified Shorthand
 4   Reporter, State of California, hereby certify that
 5   the witness in the foregoing deposition was by me
 6   first duly sworn to testify to the truth, the whole
 7   truth, and nothing but the truth in the
 8   within-entitled cause; that said deposition was
 9   taken at the time and place therein stated; that the
10   testimony of the said witness was reported by me, a
11   disinterested person, and was thereafter transcribed
12   under my direction into typewriting; that the
13   foregoing is a full, complete, and true record of
14   said testimony; and that the witness was given an
15   opportunity to read it and, if necessary, correct
16   said deposition and to subscribe the same.
17             I further certify that I am not of counsel
18   or attorney for either or any of the parties in the
19   foregoing deposition and caption named, nor in any
20   way interested in the outcome of the cause named in
21   said caption.
22           Executed this 20th day of November, 2023.
23
24
                         LAURA AXELSEN, C.S.R. 6173
25
```

