# EXHIBIT F

1

2

3              UNITED STATES DISTRICT COURT

4           NORTHERN DISTRICT OF CALIFORNIA

5                SAN JOSE DIVISION

6

7   IN RE:  TELESCOPES ANTITRUST

8   LITIGATION

9                            No. 5:20-cv-03639-EJD

10                           No. 5:20-cv-03642-EJD

11

12

13          * * * HIGHLY CONFIDENTIAL * * *

14

15   REMOTE VIDEOTAPED 30(b)(1) DEPOSITION OF PAUL ROTH

16                August 7, 2023

17

18                   VOLUME I

19

20

21

22

23

24   Stenographically Reported by:

25   Bonnie Pruszynski, RMR, CA CSR No. 13064
     Job No. J10007769



1        THE VIDEOGRAPHER:  We are going on the

2    record at 9:06 a.m. on August 7th, 2023.  This

3    begins the video conference deposition of Paul

4    Roth, taken in In Re: Telescopes Antitrust

5    Litigation, being heard before the United

6    States District Court, Northern District of

7    California, Case Numbers 5:20-CV-03639-EJD,

8    and 5:20-CV-03642-EJD.

9        My name is Mike Cooper.  The court

10   reporter is Bonnie Pruszynski, and we

11   represent Esquire Deposition Solutions.

12       Will all counsel present please

13   introduce yourselves and whom you represent?

14       MR. LEVINE:  Andrew Levine on behalf of

15   the plaintiff direct purchasers.

16       MS. CASTILLO:  Good morning.  Elizabeth

17   Castillo on behalf of the indirect purchaser

18   plaintiffs.

19       MR. FROST:  Christopher Frost here on

20   behalf of the defendants, other than Ningbo

21   Sunny, and the witness, Paul Roth.

22       THE VIDEOGRAPHER:  Thank you.

23       Will the court reporter please swear in

24   the witness.

25       (Witness sworn.)



1      A.    By the purchaser would be Celestron, the

2  company, but the purchasing team negotiates with

3  our vendors on the payment terms.

4      Q.    Are you familiar with Sunny's

5  acquisition of Meade in 2013?

6      A.    I know that they acquired Meade, yes.

7      Q.    Okay.  Were you involved in that

8  acquisition?

9      A.    I would like to understand, that when

10  you say "involved," Ningbo Sunny acquired Meade,

11  an entity.  I was not involved in them acquiring

12  Meade, no.

13      Q.    You didn't have discussions and meetings

14  regarding Ningbo Sunny's acquisition of Meade?

15      A.    I do not recall having discussions or

16  meetings to -- I can't remember what word you

17  used -- for their acquisition of Meade.

18      Q.    You don't recall writing e-mails and

19  creating entity structure charts for how Ningbo

20  Sunny's acquisitions of Meade would be structured?

21      A.    I do not recall how they were

22  structured, but I do recall that after the

23  acquisition took place, you know, we're looking at

24  Ningbo Sunny and trying to assess them as a

25  vendor, their financial viability.



```
 1              C E R T I F I C A T E

 2              I, Bonnie Pruszynski, RPR, RMR, do

 3     hereby certify that on August 7, 2023,

 4     appeared before me, PAUL ROTH.

 5              I further certify that the said

 6     witness was first duly sworn to testify to the truth

 7     in the cause aforesaid.

 8              I further certify that the signature

 9     of the witness to the foregoing deposition was not

10     specified by counsel.

11              I further certify that I am not

12     counsel for nor in any way related to any of the

13     parties to this suit, nor financially interested in

14     the action.

15          IN WITNESS WHEREOF, I have hereunto

16       set my hand this 16th   of August, 2023.

17

18       _____

19              Bonnie Pruszynski

20

21

22

23

24

25
```

