# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

                            SAN JOSE DIVISION


  SPECTRUM SCIENTIFICS LLC, ET
  AL.,
                                        CASE NO.  CV-20-03642 EJD
            PLAINTIFFS,
                                        SAN JOSE, CALIFORNIA
       VS.
                                        SEPTEMBER 5, 2024
  CELESTRON ACQUISITION, LLC, ET
  AL.,                                  PAGES 1 - 54

            DEFENDANTS.



                       TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE


  A-P-P-E-A-R-A-N-C-E-S


  FOR THE PLAINTIFFS:     BRAUNHAGEY & BORDEN LLP
                          BY:  MATTHEW B. BORDEN
                               KATIE KUSHNIR
                          351 CALIFORNIA STREET, 10TH FLOOR
                          SAN FRANCISCO, CALIFORNIA 94104



             (APPEARANCES CONTINUED ON THE NEXT PAGE.)


    OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074


        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
     TRANSCRIPT PRODUCED WITH COMPUTER.
```

A P P E A R A N C E S: (CONT'D)

FOR THE DEFENDANTS:    FROST LLP
                       BY:  JOSHUA STAMBAUGH
                            LAWRENCE LIU
                       10960 WILSHIRE BOULEVARD, SUITE 2100
                       LOS ANGELES, CALIFORNIA 90024

ALSO PRESENT:          BRAUNHAGEY & BORDEN LLP
                       BY:  OLIVIA SMITH, PARALEGAL

```
09:34AM   1        YOU.
09:34AM   2        THIS IS A MOTION FOR CLASS CERT, AND THERE'S A MOTION TO
09:34AM   3   STRIKE AS WELL.  AND I MUST HAVE LEFT MY NOTES ON MY DESK.
09:34AM   4        CAN YOU FIND THEM?
09:34AM   5        ALL RIGHT.  THANK YOU.
09:34AM   6        MR. BORDEN, WOULD YOU LIKE TO BE HEARD AS TO THE MOTION
09:34AM   7   FOR CLASS CERT?  MY SENSE IS THAT THERE'S GOING TO BE SOME
09:34AM   8   OVERLAP FROM THE DEFENSE ABOUT THAT, PRIMARILY ABOUT DR. ZONA'S
09:34AM   9   REPORT.  AND THAT'S REALLY WHAT I HAVE SOME QUESTIONS ABOUT,
09:34AM  10   TOO, DR. ZONA'S REPORT REGARDING METHODOLOGY, REGARDING
09:35AM  11   DIFFERENT STRATEGIES THAT HE ENGAGED.
09:35AM  12        I'M CURIOUS ABOUT, I'M CURIOUS ABOUT PCE, I AM CURIOUS
09:35AM  13   ABOUT DEMAND CONTROL, I'M CURIOUS ABOUT 16.7 PERCENT.  IS THIS
09:35AM  14   ARBITRARY?  WHERE DID THAT COME FROM?  IS THERE FOUNDATION FOR
09:35AM  15   THAT?
09:35AM  16        I'M JUST GIVING YOU A HEADS UP ON SOME OF THE ISSUES THAT
09:35AM  17   TICK OFF AS I LOOK AT HIS REPORT AND TRYING TO ANALYZE THAT.
09:35AM  18        I'M CURIOUS WHAT DOES, IF WE ADD A PCE VARIABLE, WHAT DOES
09:35AM  19   THAT DO?  DID HE DO THAT ANALYSIS?  WHAT IS THE RESULT OF THAT?
09:35AM  20   AND IF WE PUT IN DEMAND CONTROL INTO HIS ANALYSIS, HOW DOES
09:35AM  21   THAT CHANGE HIS, HIS REGRESSION MODEL, IF AT ALL?
09:36AM  22        SO THOSE ARE SOME OF THE HIGH POINTS THAT I KNOW YOU'LL BE
09:36AM  23   ABLE TO ANSWER FOR US.
09:36AM  24        HAVING SAID THAT, HOW WOULD YOU LIKE TO PROCEED?
09:36AM  25             MR. BORDEN:  I WOULD LIKE TO PROCEED AND SORT OF
```

```
09:37AM   1              MR. BORDEN:  SURE.  DIFFERENT REPORT.  DIFFERENT
09:37AM   2   CASE.  DIFFERENT METHODOLOGY.
09:37AM   3              THE COURT:  YES, OF COURSE.
09:37AM   4              MR. BORDEN:  BUT I THINK THERE'S EVEN A MORE
09:37AM   5   FUNDAMENTAL POINT, WHICH IS PROBABLY THE BEST AND MOST
09:37AM   6   COMPELLING EVIDENCE OF CLASSWIDE IMPACT, IS THE EVIDENCE OF ALL
09:37AM   7   OF THESE ANTITRUST VIOLATIONS THAT WE PUT INTO THE RECORD,
09:37AM   8   WHICH WERE ESSENTIALLY UNREBUTTED.  THEY DID NOT DISPUTE THEM.
09:37AM   9   THEY DON'T DISPUTE THAT THEY ENGAGED IN THIS CONDUCT.  THEY
09:38AM  10   DON'T ADDRESS OUR EVIDENCE IN ANY WAY, AND THAT'S REALLY
09:38AM  11   IMPORTANT BECAUSE EXPERTS CAN KIND OF THEORIZE WHATEVER THEY
09:38AM  12   WANT, BUT THEY CAN SAY SOMEBODY HAS MARKET POWER, THEY CAN SAY
09:38AM  13   SOMEBODY DOES THIS OR THAT, BUT THE WHOLE POINT OF AN ANTITRUST
09:38AM  14   VIOLATION IS TO RAISE THE PRICE ON EVERYBODY.  AND THE
09:38AM  15   DEMONSTRATION OF MARKET POWER IS WHEN THEY DO THINGS LIKE
09:38AM  16   RESTRICT SUPPLY AND RAISE PRICE, AND WE HAVE EMAILS DOCUMENTING
09:38AM  17   THAT VERY THING IN THE FLESH.
09:38AM  18         SO TO -- PUTTING THE THEORY ASIDE FOR A SEC, JUST THE
09:38AM  19   EVIDENCE IS SO COMPELLING IN THIS CASE AND IT'S ENTIRELY
09:38AM  20   UNDISPUTED IN THIS RECORD.
09:38AM  21         SO I THINK THAT'S ACTUALLY THE STARTING PLACE, AND IT
09:38AM  22   SOUNDS LIKE THE COURT HAS SOME, YOU KNOW, QUESTIONS ABOUT
09:38AM  23   DR. ZONA'S METHODOLOGY.
09:38AM  24              THE COURT:  WELL, RIGHT.  AND WHAT I'M SAYING IS --
09:38AM  25   AND YOU CITE IN YOUR PLEADINGS THE ORION CASE THAT YOU AND I
```

```
09:42AM  1    THAT'S WHERE HE COMES UP WITH THE 16.7 PERCENT.  HE SAYS --
09:42AM  2              THE COURT:  DOES HE SAY THAT?
09:42AM  3              MR. BORDEN:  YEAH.  AND THE 16.7 PERCENT IS BASED ON
09:42AM  4    THE SAME METHODOLOGIES THAT HE USED IN ORION, THE COURNOT
09:42AM  5    METHODOLOGY AND THE PIC METHODOLOGY, WHICH LOOK AT ANTITRUST
09:42AM  6    THEORY AND THE HISTORY OF CARTELS AND HOW MUCH MARKET SHARE
09:42AM  7    THEY HAVE AND HOW MUCH THEY'RE ABLE TO RAISE THE PRICE
09:42AM  8    DEPENDING ON HOW MANY PLAYERS ARE IN THE MARKET.
09:42AM  9              THE COURT:  SO WHERE DID THE 16.7 COME FROM?  WHAT
09:42AM 10    IS THE FOUNDATION FOR THAT?
09:42AM 11              MR. BORDEN:  THAT'S THE COURNOT AND THE PIC MODELS
09:42AM 12    FROM DR. ZONA.  IT'S THE SAME TECHNIQUE THAT HE USED IN ORION.
09:42AM 13    IT'S THE SAME TECHNIQUE THAT THE NINTH CIRCUIT AFFIRMED WHEN IT
09:42AM 14    LOOKED AT THE JUDGMENT IN ORION.  IT SAYS THIS IS A PERFECTLY
09:42AM 15    FINE TECHNIQUE BECAUSE YOU DON'T HAVE A CLEAN PERIOD, YOU HAVE
09:43AM 16    TO USE SOMETHING, AND THESE ECONOMIC THEORIES ARE SOUND,
09:43AM 17    THEY'RE TESTED.
09:43AM 18              THE COURT:  HE -- I'M SORRY.  DID HE RUN THE THEORY
09:43AM 19    AND THEN DID THAT YIELD A 16.7 PERCENT, OR DID HE USE
09:43AM 20    16.7 PERCENT AND THEN DO HIS WORK?
09:43AM 21         DO YOU UNDERSTAND MY QUESTION?
09:43AM 22              MR. BORDEN:  SO I THINK I UNDERSTAND YOUR QUESTION.
09:43AM 23    AND DR. ZONA DID THIS IN PIECES.
09:43AM 24         SO THE FIRST PIECE THAT HE DID IS HE SAID BETWEEN 2001 AND
09:43AM 25    2005, WHEN THE ACQUISITION HAPPENED, WHAT WAS THE -- WHAT
```

```
10:49AM   1         CROSS-CHECK --
10:49AM   2              MR. BORDEN:  THE NINTH CIRCUIT AFFIRMED THE USE OF
10:49AM   3    COURNOT AND PIC DATA TO FIGURE OUT THE OVERCHARGE.
10:49AM   4              THE COURT:  RIGHT.
10:49AM   5              MR. BORDEN:  AND THAT IS THE SAME THING.
10:49AM   6              THE COURT:  BUT THE 16.7 WASN'T USED IN ORION?
10:49AM   7              MR. BORDEN:  16 WAS A DIFFERENT QUESTION AND HE WAS
10:49AM   8    LOOKING AT ORION'S DATA IN PARTICULAR AS OPPOSED TO DATA ACROSS
10:49AM   9    THE CLASS.
10:49AM  10              THE COURT:  SO THERE MIGHT BE A SMALL DISTINCTION
10:49AM  11    MAYBE BETWEEN ORION.  I MEAN, YOU KEEP SAYING THE NINTH CIRCUIT
10:49AM  12    AFFIRMED THIS SO --
10:49AM  13              MR. BORDEN:  BUT IT'S THE TECHNIQUE.  THE TECHNIQUE
10:49AM  14    IS USING THE COURNOT DATA AND USING THE PIC DATA.
10:49AM  15              THE COURT:  SURE.  OKAY.
10:49AM  16              MR. BORDEN:  THERE'S NO TECHNIQUE THAT I'M AWARE OF
10:49AM  17    OR THAT THEY'RE -- THE PERSON THAT THEY PAID TO CRITIQUE
10:50AM  18    DR. ZONA IS AWARE OF OTHER THAN USING COURNOT DATA AND PIC DATA
10:50AM  19    TO GENERATE.
10:50AM  20              THE COURT:  OKAY.  I DON'T THINK YOU QUARREL WITH
10:50AM  21    COURNOT AND PIC.
10:50AM  22              MR. STAMBAUGH:  AS A WHOLE, NO.  THE SPECIFIC
10:50AM  23    TECHNIQUE USED HERE HAS NEVER BEEN AFFIRMED BY ANY COURT EVER.
10:50AM  24              THE COURT:  AND THE SPECIFIC TECHNIQUE HERE IS WHAT
10:50AM  25    IN YOUR VIEW?
```

```
10:50AM   1              MR. STAMBAUGH:  IT IS TAKING WHAT YOU HAVE SAID IS
10:50AM   2   NOT A CLEAN BENCHMARK, COMPARING THE PRICES TO A 20-YEAR CLASS
10:50AM   3   PERIOD, AND THEN ARBITRARILY REDUCING IT BY 16.7 PERCENT
10:50AM   4   UNTETHERED TO ANY EMPIRICAL DATA.
10:50AM   5              THE COURT:  AND, MR. BORDEN, THAT LAST PIECE, THE
10:50AM   6   16.7 PERCENT --
10:50AM   7              MR. STAMBAUGH:  IT'S A PREDETERMINED OVERCHARGE.
10:50AM   8              THE COURT:  WHAT IS THE CONNECTION?  THAT'S THE
10:50AM   9   PIECE I'M CURIOUS ABOUT.  IS IT UNTETHERED OR --
10:50AM  10              MR. BORDEN:  IT IS NOT UNTETHERED.  IT IS, IT IS --
10:50AM  11   AND IF YOU GO BACK TO PARAGRAPH 98, IT IS THE LOWEST AMOUNT OF
10:50AM  12   OVERCHARGE THAT THERE COULD BE.  AND HE'S JUST -- HE'S PICKED
10:51AM  13   IT BECAUSE IT IS THE MOST CONSERVATIVE ESTIMATE OF WHAT THAT
10:51AM  14   OVERCHARGE COULD POSSIBLY BE.
10:51AM  15              THERE HAS TO BE SOME OVERCHARGE.  THERE'S GOING TO BE AT
10:51AM  16   LEAST 16.7.
10:51AM  17              THE COURT:  WHAT DID HE DO TO GET 16.7 PERCENT?
10:51AM  18              MR. BORDEN:  SO HE --
10:51AM  19              THE COURT:  WHAT WAS THE MATH TO GET THAT?
10:51AM  20              MR. BORDEN:  THE MATH IS TWO THINGS:  ONE IS HE
10:51AM  21   LOOKED AT THE COURNOT DATA --
10:51AM  22              THE COURT:  OKAY.
10:51AM  23              MR. BORDEN:  -- WHICH SAYS WHEN YOU HAVE A COLLUSION
10:51AM  24   AMONGST COMPETITORS, HOW MANY COMPETITORS ARE THERE, HOW MUCH
10:51AM  25   MARKET SHARE, HERE'S WHAT THE ECONOMICS TELLS US THE OVERCHARGE
```

```
10:51AM   1          SHOULD BE.  SO THAT WAS METHOD ONE.
10:51AM   2               METHOD TWO IS THAT THERE IS ALL OF THIS DATA, THIS PIC
10:51AM   3   DATA, WHICH MY FRIEND DOESN'T QUARREL WITH, THAT SAYS, OKAY,
10:51AM   4   WELL, WE'VE OBSERVED DIFFERENT MARKETS, WE'VE OBSERVED WHAT
10:51AM   5   HAPPENS WHEN YOU HAVE A 70 PERCENT MARKET SHARE AND YOU'RE A --
10:52AM   6   YOU KNOW, YOU'RE THERE WITH, YOU KNOW, THREE OTHER PLAYERS, AND
10:52AM   7   WHAT HAPPENS WHEN YOU HAVE 40 PERCENT OF THE MARKET AND THERE'S
10:52AM   8   2 OTHER PLAYERS?
10:52AM   9               THE COURT:  UNDERSTOOD.
10:52AM  10               MR. BORDEN:  AND, AND --
10:52AM  11               THE COURT:  AND DO YOU GET A NUMBER?  WHAT DO YOU
10:52AM  12   GET?
10:52AM  13               MR. BORDEN:  YES.  IT SAYS THE STANDARD OR THE
10:52AM  14   AVERAGE OVERCHARGE IS X.
10:52AM  15               THE COURT:  OKAY.
10:52AM  16               MR. BORDEN:  AND HE RAN SOME TYPE OF --
10:52AM  17               THE COURT:  AND THEN HE DID THOSE TWO, HE DID THOSE
10:52AM  18   TWO ANALYSES.  AND WHAT DID HE DO WITH THE RESULTS OF THOSE
10:52AM  19   THAT YIELDED 16.7?  DO YOU ADD THEM?  DO YOU DIVIDE THEM?  DO
10:52AM  20   YOU SQUARE ROOT THEM?  WHAT DO YOU DO?
10:52AM  21               MR. BORDEN:  HE USED REGRESSION ON THAT TO FIGURE
10:52AM  22   OUT.  AND I'M LOOKING AT PARAGRAPH 97 OF --
10:52AM  23               THE COURT:  YES, IF YOU COULD JUST POINT ME TO THE
10:52AM  24   REPORT THAT MS. GREICO, YOUR THIRD GRADE MATH TEACHER SAID SHOW
10:52AM  25   ME THE WORK, IF YOU JUST POINT IT OUT, I WILL LOOK AT IT.
```

```
10:55AM   1    DID WHAT HE WAS SUPPOSED TO DO WITH THE BEFORE AND AFTER
10:55AM   2    PERIOD, HE SAW THAT THERE WAS NO IMPACT, THERE WERE NO
10:55AM   3    OVERCHARGES OR CERTAINLY VERY, VERY LITTLE THAT HE COULD EVEN
10:55AM   4    SURMISE, SO HE GRABBED THE 16.7 PERCENT.
10:55AM   5         THAT'S THE DISTINCTION HERE, AND I THINK IT'S VERY
10:55AM   6    IMPORTANT FOR THE COURT TO UNDERSTAND.
10:56AM   7              MR. BORDEN:  THE REPORT SAYS WHAT IT SAYS, AND HE
10:56AM   8    WALKS THROUGH HIS METHODOLOGY BEGINNING ON PARAGRAPH 95.  ON 98
10:56AM   9    HE SAYS, "I HAVE USED A MARKET SHARE FOR SUNNY/SYNTA OF
10:56AM   10   40 PERCENT (WHICH LIKELY UNDERSTATES THE COMBINED SHARE OF
10:56AM   11   SUNNY AND SYNTA THUS CONSERVATIVE)."
10:56AM   12        AND THAT'S WHAT HE DID, HE TOOK THE LOWEST POSSIBLE
10:56AM   13   OVERCHARGE AND HE APPLIED IT TO THE 2001 TO 2005 PERIOD.
10:56AM   14        HE LOOKED AT DIFFERENT OVERCHARGES THAT HAPPENED AS THE
10:56AM   15   MARKET BEGAN TO CONSOLIDATE AS THE COURT IS ALREADY AWARE OF.
10:56AM   16        SO --
10:56AM   17             THE COURT:  OKAY.  GREAT.
10:56AM   18             MR. STAMBAUGH:  THANK YOU VERY MUCH, YOUR HONOR.
10:56AM   19             THE COURT:  THANKS VERY MUCH.
10:56AM   20             MR. BORDEN:  THANK YOU, YOUR HONOR.
10:56AM   21             THE COURT:  MATTER IS UNDER SUBMISSION.  MAYBE I'LL
10:56AM   22   REACH OUT TO YOU FOR ADDITIONAL INFORMATION IF I NEED IT AS I
10:56AM   23   REVIEW IT.  SO BE PREPARED FOR THAT.
10:56AM   24             MR. STAMBAUGH:  VERY GOOD.  THANK YOU VERY MUCH,
10:56AM   25   YOUR HONOR.
```

10:56AM 1          MR. BORDEN:  HAVE A GREAT AFTERNOON.

10:57AM 2          THE COURT:  YOU AS WELL.  THANK YOU.

10:57AM 3     (COURT CONCLUDED AT 10:57 A.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: SEPTEMBER 11, 2024