# Exhibit G

Case 5:20-cv-03642-EJD Document 720-9 Filed 03/07/25 Page 2 of 6
Case 5:16-cv-06370-EJD Document 420 Filed 01/03/20 Page 1 of 216
1893

09:01AM

|    |    |    |
|----|----|----|
| 1  | UNITED STATES DISTRICT COURT | |
| 2  | NORTHERN DISTRICT OF CALIFORNIA | |
| 3  | SAN JOSE DIVISION | |
| 4  | OPTRONIC TECHNOLOGIES, INC., ) | CV-16-6370-EJD |
|    | D/B/A ORION TELESCOPES & ) | |
| 5  | BINOCULARS, A CALIFORNIA ) | SAN JOSE, CALIFORNIA |
|    | CORPORATION ) | |
| 6  | ) | NOVEMBER 14, 2019 |
|    | PLAINTIFF, ) | |
| 7  | ) | VOLUME 11 |
|    | VS. ) | |
| 8  | ) | PAGES 1893 - 2003 |
|    | NINGBO SUNNY ELECTRONIC CO., ) | |
| 9  | LTD., SUNNY OPTICS, INC., MEADE ) | |
|    | INSTRUMENTS CORP., AND DOES ) | |
| 10 | 1-25, ) | |
|    | ) | |
| 11 | DEFENDANTS. ) | |
|    | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:    BRAUNHAGEY & BORDEN LLP
                      BY:  MATTHEW BORDEN
                           J. NOAH HAGEY
                           RONALD J. FISHER
                           JEFFREY M. THEODORE
                      351 CALIFORNIA STREET, 10TH FLOOR
                      SAN FRANCISCO, CALIFORNIA 94104

         (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTERS:
                      IRENE L. RODRIGUEZ, CSR, RMR, CRR
                      CERTIFICATE NUMBER 8074
                      LEE-ANNE SHORTRIDGE, CSR, CRR
                      CERTIFICATE NUMBER 9595

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S:  (CONT'D)

 2      FOR THE DEFENDANTS:
                                    SHEPPARD, MULLIN, RICHTER &
 3                                  HAMPTON LLP
                                    BY:  MICHAEL W. SCARBOROUGH
 4                                       DYLAN I. BALLARD
                                         JOY SIU
 5                                  FOUR EMBARCADERO CENTER, 17TH
                                    FLOOR
 6                                  SAN FRANCISCO, CALIFORNIA
                                    94109
 7
                                    SHEPPARD, MULLIN, RICHTER &
 8                                  HAMPTON LLP
                                    BY:  LEO CASERIA
 9                                  333 SOUTH HOPE STREET, 43RD FLOOR
                                    LOS ANGELES, CALIFORNIA 90071
10
                                    BY:  THOMAS DILLICKRATH
11                                  SUITE 100
                                    2099 PENNSYLVANIA AVENUE, NW
12                                  WASHINGTON, D.C. 20006

13
        ALSO PRESENT:
14                                  BRAUNHAGEY & BORDEN LLP
                                    BY:  VICTORIA TONG, I.T.
15                                       LAURA VERGA, PARALEGAL
                                    351 CALIFORNIA STREET, 10TH FLOOR
16                                  SAN FRANCISCO, CALIFORNIA 94104

17                                  PEDER RUDLING LEGAL SERVICES
                                    BY:  PEDER RUDLING
18

19

20

21

22

23

24

25
```

04:24PM 1   ARE, YOU KNOW, MILLIONS OF DOLLARS, BUT SMALL RELATIVE TO
04:25PM 2   $120 MILLION.
04:25PM 3   Q.   DID YOU HAVE AN OPPORTUNITY TO INVESTIGATE AND GET AN
04:25PM 4   UNDERSTANDING OF THE ALLEGATIONS THAT ORION WAS MAKING AGAINST
04:25PM 5   THE DEFENDANTS AND SYNTA IN THIS CASE?
04:25PM 6   A.   YES, I HAVE.
04:25PM 7   Q.   AND I DON'T KNOW IF YOU NEED TO NECESSARILY DESCRIBE
04:25PM 8   THOSE, BUT DID YOU PREPARE A SLIDE THAT HAD SOME OF THE SALIENT
04:25PM 9   ONES IN YOUR OPINION?
04:25PM 10  A.   YES, THERE'S A SLIDE.  THE NEXT ONE, PLEASE.
04:25PM 11       SO AGAIN, I DON'T WANT TO LIST OFF ALL OF THE ALLEGATIONS
04:25PM 12  OF CONSPIRACY BETWEEN SUNNY AND SYNTA, BUT THERE'S A LIST IN
04:25PM 13  FRONT OF YOU.
04:25PM 14       BUT SOME OF THE THINGS THAT ARE IMPORTANT TO AN ECONOMIST,
04:25PM 15  WITHOUT GOING THROUGH THE LIST, ARE THE AGREEMENT ON PRICING.
04:25PM 16  SO YOU'VE GOT JOINT AGREEMENT, COMMUNICATION ABOUT PRICING, THE
04:25PM 17  EXCHANGE OF PRICE INFORMATION.
04:25PM 18       AND THEN THERE'S LOTS OF E-MAILS THAT I'VE SEEN THAT OR --
04:25PM 19  AND THERE ARE ALLEGATIONS THAT SUNNY AND SYNTA AGREED TO AVOID
04:25PM 20  CONFLICT WITH ONE ANOTHER, AVOID PRICE WARS AND TO PROTECT ONE
04:26PM 21  ANOTHER IN ORDER TO MAKE THE INDUSTRY -- SO THAT THE THESE FOUR
04:26PM 22  COMPANIES, SUNNY, SYNTA, MEADE, AND CELESTRON CAN DOMINATE THE
04:26PM 23  TELESCOPE INDUSTRY.
04:26PM 24  Q.   WHAT WAS THE TIME PERIOD, THE RELEVANT TIME PERIOD THAT
04:26PM 25  YOU WERE LOOKING AT IN THIS CASE?

04:26PM 1   A.   THANKS.  NEXT SLIDE.
04:26PM 2        SO AS I SAID BEFORE, THE TIME PERIOD 2013 TO THE PRESENT,
04:26PM 3   SO NOVEMBER 2013 TO THE PRESENT, WAS THE TIME PERIOD THAT I
04:26PM 4   USED FOR COMPETING DAMAGES.
04:26PM 5        THERE ARE -- THERE'S SORT OF A QUESTION ABOUT TWO OTHER
04:26PM 6   TIME PERIODS.
04:26PM 7        BEFORE 2013, ORION ALLEGES THAT THE CONSPIRACY BEGAN WELL
04:26PM 8   BEFORE 2013, AND I'VE SEEN SOME INFORMATION THAT SUGGESTS THAT
04:26PM 9   THAT'S CONSISTENT WITH THE CONSPIRACY BEGINNING WELL BEFORE
04:26PM 10  2013.
04:27PM 11       AND THEN THERE'S ANOTHER PERIOD OF TIME BEGINNING IN 2016
04:27PM 12  WHEN THERE'S A SETTLEMENT AGREEMENT ENTERED INTO.
04:27PM 13       AND BASED ON WHAT I'VE SEEN, THE CONSPIRACY CONTINUED, OR
04:27PM 14  THE EFFECTS OF THE CONSPIRACY CONTINUED BEYOND THAT SETTLEMENT
04:27PM 15  AGREEMENT.
04:27PM 16            MR. DILLICKRATH:  OBJECTION, YOUR HONOR.  DR. ZONA
04:27PM 17  SHOULD NOT BE TESTIFYING ABOUT HIS OPINION OF THE FACTS IN THE
04:27PM 18  CASE.  HE SHOULD BE STICKING TO ECONOMIC OPINIONS.
04:27PM 19            THE COURT:  ARE THESE FACTS RELATED TO HIS ANALYSIS?
04:27PM 20            MR. HAGEY:  IT DOES, YOUR HONOR.  I CAN ASK A
04:27PM 21  FOLLOW-UP QUESTION.
04:27PM 22            THE COURT:  WHY DON'T YOU ASK A FOLLOW-UP QUESTION.
04:27PM 23  BY MR. HAGEY:
04:27PM 24  Q.   AND DID YOU COME TO AN OPINION REGARDING ORION'S DAMAGES
04:27PM 25  FOR THE PERIOD FOLLOWING THE REFERENCED SETTLEMENT IN 2016?

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: NOVEMBER 14, 2019