1  CHRISTOPHER FROST (SBN 200336)
   chris@frostllp.com
2  JOHN MAATTA (SBN 83683)
   john@frostllp.com
3  JOSHUA STAMBAUGH (SBN 233834)
   josh@frostllp.com
4  LAWRENCE J.H. LIU (SBN 312115)
   lawrence@frostllp.com
5  FROST LLP
   10960 Wilshire Boulevard, Suite 2100
6  Los Angeles, California 90024
   Telephone: (424) 254-0441
7
   SHAUNA A. IZADI (Admitted *Pro Hac Vice*)
8  sizadi@izadilegal.com
   IZADI LEGAL GROUP, PLLC
9  13155 Noel Rd, Suite 900
   Dallas, Texas 75240
10
   Attorneys for Defendants Celestron Acquisition, LLC,
11 Synta Technology Corp.,Suzhou Synta Optical
   Technology Co., Ltd., Synta Canada Int'l Enterprises
12 Ltd., SW Technology Corp., Olivon Manufacturing
   Co. Ltd., Olivon USA, LLC, Nantong Schmidt
13 Optoelectrical Technology Co. Ltd, Pacific Telescope
   Corp., Corey Lee, David Shen, Sylvia Shen, Jack
14 Chen, Jean Shen, Joseph Lupica, Dave Anderson,
   Laurence Huen

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>AURORA ASTRO PRODUCTS, LLC, PIONEER CYCLING & FITNESS, LLP; and those similarly situated,<br>        Plaintiffs,<br>   vs.<br><br>CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTOELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br>        Defendants. | Case No. 5:20-cv-03642-EJD<br><br>*Assigned for All Purposes to:*<br>Hon. Edward J. Davila<br><br>**DEFENDANT JACK CHEN'S NOTICE OF JOINDER TO CELESTRON ACQUISITION LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br>[ECF 720]<br><br>Hearing<br>Date:     TBD<br>Time:     TBD<br>Crtrm.:   4 (5th Floor)<br><br>Compl. Filed:            June 1, 2020<br>Trial Setting Conference: May 8, 2025 |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Jack Chen, by and through his undersigned counsel, hereby files the instant joinder to Celestron Acquisition LLC'S Motion For Summary Judgment [ECF 720] filed on March 7, 2025. *See Tatung Co., Ltd. v. Shu Tze Hsu*, 217 F. Supp. 3d 1138, 1151 (C.D. Cal. 2016) ("When reviewing whether to allow a party to join in a motion, the court will allow the founder when … the parties are so similarly situated that filing an independent motion would be redundant."); *Vazquez v. Central States Joint Bd.*, 547 F. Supp. 2d 833, 867 (N.D. Ill. 2008) ("[i]t is permissible for a party to adopt the motion of another party when the facts between the parties are essentially the same and the adoption would promote judicial efficiency"); *accord Spencer v. Lunada Bay Boys*, No. CV1602129SJORAOX, 2016 WL 6818757, at *3 (C.D. Cal. July 22, 2016).

DATED: March 7, 2025                              FROST LLP

By: _____
CHRISTOPHER FROST
JOHN D. MAATTA
JOSHUA S. STAMBAUGH
LAWRENCE J.H. LIU
Attorneys for Defendants Celestron Acquisition, LLC, Synta Technology Corp., Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC, Nantong Schmidt Optoelectrical Technology Co. Ltd., Pacific Telescope Corp., Corey Lee, David Shen, Sylvia Shen, Jack Chen, Jean Shen, Joseph Lupica, Dave Anderson, Laurence Huen