UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03642-EJD<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 809 |

The Court is in receipt of the parties' Joint Status Report Regarding Settlement Efforts. ECF No. 809. The Court **ORDERS** the parties to contact Judge DeMarchi within two days of this Order to schedule a settlement conference at Judge DeMarchi's earliest convenience.

The parties are further **ORDERED** to file a further Joint Status Report regarding continued settlement efforts on September 5, 2025.

**IT IS SO ORDERED.**

Dated: August 29, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-03642-EJD
ORDER REFERRING PARTIES TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

1