J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
  levine@braunhagey.com
Yekaterina Kushnir, Esq. (SBN: 350843)
  kushnir@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Garrett Biedermann, Esq. *(pro hac vice)*
  biedermann@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

*Attorneys for Direct Purchaser Plaintiffs*

Christopher L. Frost (SBN: 200336)
John Maatta (SBN: 83683)
Joshua S. Stambaugh (SBN: 233834)
Lawrence Liu (SBN: 312115)
FROST LLP
10960 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90024
Telephone: (424) 254-0441
chris@frostllp.com
john@frostllp.com
josh@frostllp.com
lawrence@frostllp.com

Shauna A. Izadi (*pro hac vice*)
sizadi@izadilegal.com
IZADI LEGAL GROUP, PLLC
13155 Noel Rd, Suite 900
Dallas, TX 75240

Jeffrey E. Faucette (SBN: 193066)
Martin R. Glick (SBN: 40187)
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
jeff@skaggsfaucette.com
marty@skaggsfaucette.com

Eric P. Enson (SBN: 204447)
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
eenson@crowell.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| AURORA ASTRO PRODUCTS LLC, PIONEER CYCLING & FITNESS, LLP, and those similarly situated,<br><br>Plaintiffs,<br><br>v. | **JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>**Compl. Filed:** June 1, 2020<br>**Fourth Am. Compl. Filed:** September 1, 2023<br>**Trial Date:** None Set |

| | |
|---|---|
| 1 | CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>        Defendants. |

Pursuant to the Court's September 9, 2025 Minute Order, the undersigned parties respectfully submit this Joint Status Report Regarding Settlement.

## JOINT STATUS REPORT

The parties engaged in further settlement discussions on September 3 and 9, 2025. Notwithstanding the Parties' and Judge DeMarchi's sustained and substantial efforts, the Parties concluded after their discussion that a settlement is not possible at this time and notified Judge DeMarchi. Based on that, the settlement conference scheduled for September 11, 2025 was taken off calendar. The Parties respectfully request that the Court reschedule the Trial Setting Conference and the hearing on Defendants' Motions for Summary Judgment at the Court's earliest convenience. Defense counsel, however, are not available on October 2, 16 or 23, 2025 due to commitments in other matters.

Dated: September 11, 2025

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Matthew Borden*
Matthew Borden

*Attorneys for Direct Purchaser Plaintiffs*

SKAGGS FAUCETTE LLP

By: */s/ Martin R. Glick*
Martin R. Glick

*Attorneys for Defendants Sylvia Shen, Suzhou Synta Optical Technology Co., Ltd., SW Technology Corp., Nantong Schmidt Opto-Electrical Technology Co. Ltd., Synta Technology Corp., Synta Canada Int'l Enterprises Ltd., David Shen, Jack Chen*

FROST LLP

By: */s/ Lawrence Liu*
Lawrence Liu

*Attorneys for Defendants Celestron Acquisition, LLC, Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA,*

*LLC, Nantong Schmidt Opto-Electrical Technology Co. Ltd., Pacific Telescope Corp., David Shen, Sylvia Shen, Jack Chen, Jean Shen, Laurence Huen*

CROWELL & MORING LLP

By: */s/ Eric P. Enson*
 Eric P. Enson

*Attorneys for Defendants Corey Lee, Joseph Lupica, Dave Anderson*

**ATTESTATION**

Counsel for Direct Purchaser Plaintiffs hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendants.

Dated: September 11, 2025

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Matthew Borden*
　　Matthew Borden

*Attorneys for Direct Purchaser Plaintiffs*