| | |
|---|---|
| J. Noah Hagey, Esq. (SBN: 262331)<br>hagey@braunhagey.com<br>Matthew Borden, Esq. (SBN: 214323)<br>borden@braunhagey.com<br>Andrew Levine, Esq. (SBN: 278246)<br>levine@braunhagey.com<br>Yekaterina Kushnir, Esq. (SBN: 350843)<br>kushnir@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 599-0210<br><br>Molly Jamison, Esq. (*pro hac vice*)<br>jamison@braunhagey.com<br>Garrett Biedermann, Esq. (*pro hac vice*)<br>biedermann@braunhagey.com<br>Nicholas Fallah, Esq. (*pro hac vice*)<br>nfallah@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>200 Madison Avenue, 23rd Floor<br>New York, NY 10016<br>Telephone: (646) 829-9403<br><br>*Attorneys for Direct Purchaser Plaintiffs* | Christopher L. Frost (SBN: 200336)<br>John Maatta (SBN: 83683)<br>Joshua S. Stambaugh (SBN: 233834)<br>Lawrence Liu (SBN: 312115)<br>FROST LLP<br>10960 Wilshire Boulevard, Suite 1260<br>Los Angeles, CA 90024<br>Telephone: (424) 254-0441<br>chris@frostllp.com<br>john@frostllp.com<br>josh@frostllp.com<br>lawrence@frostllp.com<br><br>Shauna A. Izadi (*pro hac vice*)<br>sizadi@izadilegal.com<br>IZADI LEGAL GROUP, PLLC<br>13155 Noel Rd, Suite 900<br>Dallas, TX 75240<br><br>Jeffrey E. Faucette (SBN: 193066)<br>Martin R. Glick (SBN: 40187)<br>SKAGGS FAUCETTE LLP<br>505 Montgomery Street, 11th Floor<br>San Francisco, CA 94111<br>jeff@skaggsfaucette.com<br>marty@skaggsfaucette.com<br><br>Eric P. Enson (SBN: 204447)<br>CROWELL & MORING LLP<br>515 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>eenson@crowell.com<br><br>*Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>AURORA ASTRO PRODUCTS LLC, PIONEER CYCLING & FITNESS, LLP, and those similarly situated,<br><br>    Plaintiffs,<br><br>    v. | Case No. 5:20-cv-03639-EJD<br><br>Case No. 5:20-cv-03642-EJD<br><br>**JOINT STATUS REPORT REGARDING MOTION TO APPROVE CLASS NOTICE**<br><br>**Compl. Filed:** June 1, 2020<br>**Fourth Am.**<br>**Compl. Filed:** September 1, 2023<br>**Trial Date:** None Set |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>                    Defendants. |

Pursuant to the Court's December 10, 2025 Order (Dkt. 838), the undersigned parties respectfully submit this Joint Status Report Regarding Motion to Approve Class Notice.

**JOINT STATUS REPORT**

At the November 19, 2025 hearing (Dkt. 834), and in its Order on December 10, 2025 (Dkt. 838), the Court instructed the parties to meet and confer regarding the class notice plan and provide an update to the Court by December 19, 2025. The parties met and conferred on December 9 and 15 regarding class notice and have reached agreement as to the form and method for providing notice and the notice period.

As to the notice, the parties have exchanged and agreed to the language of the long form notice and email notice. Direct Purchaser Plaintiffs ("DPPs") in consultation with their claims administrator had originally proposed postcard notice given the size and information available for the class. Defendants have since agreed to supplement Celestron transactional sales and costs data, in the same form and format as previously produced in the litigation, so as to provide customer transactional information for the class period identified in the notice and to include email information for class members.[1] With Defendants' agreement to supplement transactional data, DPPs have agreed to provide notice via email to class members. The parties are continuing to confer regarding the specific data to be supplemented and will update the Court if they are unable to reach agreement as to that discovery, but the parties do not anticipate that this issue will prevent the parties from reaching agreement on the notice process or the notice process moving forward.

Given the parties' alignment, the parties are continuing to meet and confer and expect to reach agreement as to any remaining issues shortly. Provided no other issues arise, the parties expect to be able to file a joint motion for approval by December 26, 2025.

---

[1] Defendants, however, reserve all rights regarding arguments that (i) DPPs are not entitled to additional discovery; (ii) that the time period covered by this transactional data (as well as the time period set forth in the notice) is outside the proper damages period; and (iii) any eventual use of this transactional data by DPPs or their economist, Dr. Zona.

| | |
|---|---|
| Dated: December 19, 2025 | Respectfully submitted, |
| | BRAUNHAGEY & BORDEN LLP |
| | By: */s/ Matthew Borden* <br> Matthew Borden |
| | *Attorneys for Direct Purchaser Plaintiffs* |
| | SKAGGS FAUCETTE LLP |
| | By: */s/ Martin R. Glick* <br> Martin R. Glick |
| | *Attorneys for Defendants Sylvia Shen, Suzhou Synta Optical Technology Co., Ltd., SW Technology Corp., Nantong Schmidt Opto-Electrical Technology Co. Ltd., Synta Technology Corp., Synta Canada Int'l Enterprises Ltd., David Shen, Jack Chen* |
| | FROST LLP |
| | By: */s/ Lawrence Liu* <br> Lawrence Liu |
| | *Attorneys for Defendants Celestron Acquisition, LLC, Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC, Nantong Schmidt Opto-Electrical Technology Co. Ltd., Pacific Telescope Corp., David Shen, Sylvia Shen, Jack Chen, Jean Shen, Laurence Huen* |
| | CROWELL & MORING LLP |
| | By: */s/ Eric P. Enson* <br> Eric P. Enson |
| | *Attorneys for Defendants Corey Lee, Joseph Lupica, Dave Anderson* |

**ATTESTATION**

Counsel for Direct Purchaser Plaintiffs hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendants.

Dated: December 19, 2025

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Matthew Borden*
       Matthew Borden

*Attorneys for Direct Purchaser Plaintiffs*

3    Case No. 5:20-cv-03642-EJD
JOINT STATUS REPORT REGARDING MOTION TO APPROVE CLASS NOTICE